United States District Court
Southern District of Texas

**ENTERED**

May 02, 2023

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA    §
§
v.    §    CRIMINAL NO. 4:22-CR-612
§
TOM COOPERMAN    §
§

**O R D E R**

ON THIS DAY came to be considered a Motion to Modify Conditions of Release,

and having been considered, said Motion is hereby:

__✓__ GRANTED. *Defendant may furnish Pretrial Services with the appropriate documentation of his bookings.*

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the _2nd_ day of ~~April~~ *May* 2023.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE