IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman and hereby requests this Court allow him permission to travel to Rosemary Beach, Florida for a family gathering.

I.

Mr. Cooperman requests permission to travel from Houston to Rosemary Beach on September 10, 2023, and return to Houston on September 14, 2023. Mr. Cooperman will be traveling with his fiancé to join family members in Rosemary Beach.[1]

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests this Court allow him to travel as requested herein.

Respectfully Submitted,

/s/ Chip Lewis
Chip Lewis
Erin Epley
1207 S. Shepherd Dr.

---

[1] Contact information and itinerary will be provided directly to Pretrial Services.

Houston, Texas 77019  
Telephone: (713) 523-7878  
Federal ID#24313  
*Chip@chiplewislaw.com*

## **CERTIFICATE OF CONFERENCE**

On August 20, 2023, counsel for Defendant conferred with the Government and Pretrial Services concerning their positions on Defendant's Motion to Travel and they are both UNOPPOSED.

/s/ Chip Lewis  
CHIP LEWIS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Travel has been forward via electronic mail to the Government and to Pretrial Services on this the 20th day of August 2023.

/s/ Chip Lewis  
CHIP LEWIS