IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

**DEFENDANT COOPERMAN'S JOINDER OF
DEFENDANT HENNESSEY'S EMERGENCY MOTION TO SEVER**

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman joining Defendant Hennessey's Emergency Motion to Sever.[1]

I.

As made clear in his Emergency Motion to Sever, Mr. Hennessey's trial preparation encompasses but a fraction of the expansive universe of the Government's evidence.[2] Mr. Cooperman and Mr. Hennessey appear in **only one** substantive count together. Counsel for Mr. Hennessey estimates the trial of Mr. Hennessey to take only days versus the months of trial it will require to try all seven Defendants together.

II.

Undersigned Counsel first appeared in Court on this matter March 14, 2023. Mr. Hennessey's esteemed counsel entered this case in December of 2022. She is a most

---

[1] Doc. 365.
[2] *Id.* at p. 5 – less than 10% of the Government's exhibits.

accomplished partner in very large, prestigious law firm who keenly recognizes that Co-Defendants must have more time to effect effective assistance of counsel.  Mr. Hennessey has consistently requested a speedy trial, so it is most telling that he pleads, in the alternative, for a continuance due to his recognition as to the impossibility for his Co-Defendants to exercise their Sixth Amendments with the current trial date.

Respectfully Submitted,

/s/ Chip Lewis
Chip Lewis
Erin Epley
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone:  (713) 523-7878
Federal ID#24313
*Chip@chiplewislaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder has been forward via electronic mail to the Government on this the 27th day of August 2023.

/s/ Chip Lewis
CHIP LEWIS