IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## **MOTION FOR PERMISSION TO TRAVEL**

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman and hereby requests this Court allow him permission to travel for the following holiday/family events:

1. Baby shower in Lafayette, LA on November 17, 2023, and returning to Houston on November 19, 2023.

2. Hanukkah in Los Angeles, CA on December 7, 2023, and returning to Houston on December 11, 2023.

3. Christmas in Lafayette, LA on December 24, 2023, and returning to Houston on December 26, 2023.

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests this Court allow him to travel as requested herein.

Respectfully submitted,

/s/ Chip Lewis
Chip Lewis
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone: (713) 523-7878
Federal ID#24313
Chip@chiplewislaw.com

### CERTIFICATE OF CONFERENCE

On November 6, 2023, counsel for Defendant conferred with the Government concerning their position on Defendant's Motion to Travel: the Government is UNOPPOSED.

/s/ Chip Lewis
CHIP LEWIS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Travel has been forward via electronic mail to the Government on the 6th day of November 2023.

/s/ Chip Lewis
CHIP LEWIS