IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

**AMENDED CERTIFICATE OF CONFERENCE FOR**
**DEFENDANT'S MOTION TO TRAVEL**

On November 6, 2023, counsel for Defendant conferred with the Government concerning their position on Defendant's Motion to Travel: the Government is UNOPPOSED. On November 9, 2023, counsel for Defendant conferred with Pretrial Services Officer Jarrod Shaw and he is unopposed to this request.

/s/ Chip Lewis
CHIP LEWIS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Travel has been forward via electronic mail to the Government and Pretrial Services on the 9th day of November 2023.

/s/ Chip Lewis
CHIP LEWIS