| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA | HOUSTON DIVISION |
| *VERSUS* | CRIMINAL ACTION NO. H-22-612 |
| EDWARD CONSTANTINESCU, ET AL. | AMENDED EXHIBIT LIST 03/11/2024 |
| LIST OF: PERRY "PJ" MATLOCK<br>TYPE OF HEARING: JURY TRIAL | COUNSEL: LUIS A. REYES<br>JOHNNY K. SUTTON<br>ALEXANDER E. BROWN<br>WILLIAM M. STRADLEY |
| JUDGE: ANDREW S. HANEN / CLERK: RHONDA HAWKINS | REPORTER: |

| No. | Description | OFR | OBJ | ADM | Date |
|---|---|---|---|---|---|
| 1 | VIDEO: Atlas Discord trading educational video "Atlas YouTube - Taking Trades _ Atlas Trading - Alerts and Stock Calls" posted May 10, 2020 | | | | |
| 2 | Atlas Discord Rules | | | | |
| 2A | Atlas Discord Rules in chat view | | | | |
| 2B | Atlas Welcome Disclaimer Jan. 28, 2021 | | | | |
| 2C | Atlas Trader Chat Rules | | | | |
| 2D | Atlas Trading Chatroom and Website Disclaimer | | | | |
| 3 | PJ Matlock Twitter profile as of March 18, 2021 | | | | |
| 3A | PJ Matlock Twitter profile as of May 17, 2021 | | | | |
| 3B | PJ Matlock Twitter profile as of July 29, 2021 | | | | |
| 3C | PJ Matlock Twitter profile mobile view | | | | |
| 4 | PJ Matlock post to Atlas Discord Apr. 26, 2019 | | | | |
| 4A | PJ Matlock post to Atlas Discord Jul. 4, 2022 | | | | |
| 4B | PJ Matlock post to Atlas Discord Jul. 4, 2020 | | | | |
| 4C | Atlas user thread in Atlas Discord Feb. 24, 2021 | | | | |
| 4D | PJ Matlock post to Atlas Discord users May 18, 2020 | | | | |
| 4E | PJ Matlock post to Atlas Discord May 13, 2020 | | | | |
| 4F | PJ Matlock post to Atlas Discord Dec. 3, 2018 | | | | |

1

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 4G | PJ Matlock post to Atlas Discord Jun. 27, 2019 | | | | |
| 4H | PJ Matlock post to Atlas Discord Jul. 29, 2019 | | | | |
| 4I | PJ Matlock post to Atlas Discord Nov. 22, 2019 | | | | |
| 4J | PJ Matlock post to Atlas Discord Jan. 8, 2020 | | | | |
| 4K | PJ Matlock post to Atlas Discord Jan. 18, 2020 | | | | |
| 4L | PJ Matlock post to Atlas Discord May 10, 2020 | | | | |
| 4M | PJ Matlock post to Atlas Discord Jul. 18, 2020 | | | | |
| 4N | PJ Matlock post to Atlas Discord Nov. 23, 2020 | | | | |
| 4O | PJ Matlock post to Atlas Discord Oct.11, 2021 | | | | |
| 5 | PJ Matlock direct message exchange with Atlas Discord user Jae#0636 Nov. 11, 2020 | | | | |
| 5A | PJ Matlock direct message exchange with Atlas Discord user Jae#0636 Nov. 11, 2020 | | | | |
| 5B | PJ Matlock direct message exchange with Atlas Discord user unnnu#8305 Nov. 14, 2020 | | | | |
| 5C | PJ Matlock direct message exchange with Atlas Discord user Zo#1913 Jan. 2, 2021 | | | | |
| 5D | PJ Matlock direct message exchange with Atlas Discord user ButchCassidy#8283 Nov. 25, 2020 | | | | |
| 5E | PJ Matlock direct message exchange with Atlas Discord user SiN#7865 Jul. 29, 2020 | | | | |
| 5F | PJ Matlock direct message exchange with Atlas Discord user Exo#8831 Nov. 13, 2020 | | | | |
| 6 | PJ Matlock Twitter post Feb. 14, 2022 | | | | |
| 6A | PJ Matlock Twitter post Jul. 30, 2021 | | | | |
| 6B | PJ Matlock Twitter post Sep. 16, 2022 | | | | |
| 6C | PJ Matlock Twitter post Feb. 13, 2022 | | | | |
| 6D | PJ Matlock Twitter post Nov. 5, 2022 | | | | |
| 6E | PJ Matlock Twitter post Feb. 13, 2021 | | | | |
| 6F | PJ Matlock Twitter post Apr. 24, 2021 | | | | |
| 6G | PJ Matlock Twitter post Jul. 5, 2021 | | | | |
| 7 | PJ Matlock – Nathan Michaud Discord direct message interaction Oct. 5, 2021 | | | | |
| 8 | VIDEO: Atlas "Discord Breakdown 2" | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 9 | Aaron Hughes Expert Report including Report Exhibits | | | | |
| 10 | Form 1099s issued for PJ Matlock brokerage account for 2021 | | | | |
| 11 | SEC Bulletin regarding Day Trading April 2005 | | | | |
| 12 | SEC Staff Report on Equity and Options Market Structure Conditions in Early 2021 | | | | |
| 13 | FINRA Industry Snapshot 2021 | | | | |
| 14 | FINRA Industry Snapshot 2022 | | | | |
| 15 | FINRA Industry Snapshot 2023 | | | | |
| 16 | SXTC Market activity price and volume data summary Sep. 2020 – Feb. 2021 | | | | |
| 16A | SXTC Market activity price and volume data summary Sep. 14, 2020 | | | | |
| 16B | Sep. 9, 2020 – NASDAQ.com – SXTC granted 180 days to meet bid price requirement | | | | |
| 17 | SURF Market activity price and volume data summary Mar.-Jun. 2021 | | | | |
| 17A | SURF Market activity price and volume data summary May 19, 2021 | | | | |
| 17B | May 5, 2021 – BioSpace - Surface Oncology Reports Financial Results and Corporate Highlights for First Quarter 2021 | | | | |
| 17B-1 | May 16, 2021 – Motley Fool – Could Surface Oncology Be a Millionaire-Maker Stock? | | | | |
| 17B-2 | May 28, 2021 – Motley Fool – This Is Why Surface Oncology Is a Great Stock to Buy Now | | | | |
| 17B-3 | May 17, 2021 – BTIG Research Report | | | | |
| 17B-4 | SURF Q1 2021 Financial Results | | | | |
| 18 | TRCH Market activity price and volume data summary Feb.-Jun. 2021 | | | | |
| 18A | TRCH Market activity price and volume data summary Feb. 10-18, 2021 | | | | |
| 18B | Dec. 14, 2020 – TRCH 8-K and Press Release | | | | |
| 18B-1 | Jan. 25, 2021 – TRCH 8-K and Press Release | | | | |
| 18B-2 | Feb. 2021 META-TRCH Investor Presentation | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 18B-3 | Feb. 10, 2021 – InvestorPlace – TRCH Stock Alert – 8 Things to Know About Torchlight Energy | | | | |
| 18B-4 | Feb. 16, 2021 – InvestorPlace Stock Alert | | | | |
| 18B-5 | Feb. 17, 2021 – Motley Fool – Why Torchlight Energy Fell 18% at the Open Today | | | | |
| 18B-6 | Feb. 22, 2021 – TRCH 8-K and Press Release | | | | |
| 18B-7 | Jun. 23, 2021 – Jim Cramer Says Torchlight Energy A 'Meme Stock' That's Better After Raising Money | | | | |
| 18C | Feb. 10, 2021 – TRCH FINRA Report | | | | |
| 18C-1 | Feb. 16, 2021 – TRCH FINRA Report | | | | |
| 18D | PJ Matlock Twitter post Feb. 10, 2021 at 11:27 AM – retweeting of 10:13 AM post | | | | |
| 18D-1 | PJ Matlock Twitter post Feb. 12, 2021 at 1:13 PM | | | | |
| 18D-2 | PJ Matlock Twitter post Feb. 12, 2021 at 4:49 PM | | | | |
| 18D-3 | PJ Matlock Twitter post Feb. 16, 2021 at 9:33 AM | | | | |
| 18D-4 | PJ Matlock Twitter post Feb. 16, 2021 at 9:58 AM | | | | |
| 18D-5 | PJ Matlock Twitter post Feb. 16, 2021 at 10:57 AM | | | | |
| 18D-6 | PJ Matlock Twitter post Feb. 16, 2021 at 1:36 PM | | | | |
| 18D-7 | PJ Matlock Twitter post Feb. 16, 2021 at 1:53 PM | | | | |
| 18D-8 | PJ Matlock Twitter post Feb. 16, 2021 at 5:33 PM | | | | |
| 19 | GTT Market activity price and volume data summary Mar. 1-2, 2021 | | | | |
| 19A | Feb. 17, 2021 – GTT Press Release | | | | |
| 19A-1 | Mar. 8, 2021 – Fitch Ratings – Fitch Downgrades GTT to 'CC'; Withdraws Ratings | | | | |
| 19A-2 | Mar. 10, 2021 – GTT Press Release | | | | |
| 19A-3 | Mar. 10, 2021 – Fintwit account Market Rebellion tweets about unusual call volume for GTT | | | | |
| 19A-4 | Mar. 10, 2021 – Fintwit account Anya tweets about GTT | | | | |
| 19B | PJ Matlock Twitter post Mar. 1, 2021 between 3:59 PM and 4:07 PM | | | | |
| 19B-1 | PJ Matlock Discord posts Mar. 1, 2021 at 4:07 PM, 4:12 PM and 4:13 PM | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 20 | CBAT Market activity price and volume data summary Oct. 2020-Mar. 2021 | | | | |
| 20A | Market activity price and volume data summary Feb. 19, 2021 | | | | |
| 20B | Jan. 6, 2021 – Seeking Alpha – CBAK Energy Soars on Report of NIO Plan | | | | |
| 20B-1 | Jan. 11, 2021 – Battery Industry – CBAK Energy partners with JAC Motors to jointly develop new battery cells | | | | |
| 20B-2 | Jan. 11, 2021 – CBAT Press Release | | | | |
| 20B-3 | Jan. 22, 2021 – CBAT 8-K | | | | |
| 20B-4 | Jan. 27, 2021 – InsideEVs – JAC (and Volkswagen) Will Develop a 46800Cell With CBAK Energy | | | | |
| 20B-5 | Feb. 5, 2021 – CBAT Press Release | | | | |
| 20B-6 | Feb. 6, 2021 – Motley Fool – Why CBAK Energy Technology Stock Skyrocketed 45.5% In January | | | | |
| 20B-7 | Feb. 11, 2021 – CBAT 8-K | | | | |
| 20B-8 | Feb. 19, 2021 – Fintwit account Manpreet Singh tweets @PJ_Matlock re CBAT | | | | |
| 20B-9 | Feb. 19, 2021 – Fintwit account Antonio Costa tweets "$CBAT is breaking out" | | | | |
| 20C | Feb. 8, 2021 – CBAT FINRA Report | | | | |
| 20D | PJ Matlock Twitter post Feb. 16, 2021 at 10:07 PM | | | | |
| 20D-1 | PJ Matlock Twitter post Feb. 17, 2021 at 7:22 AM | | | | |
| 20D-2 | PJ Matlock Twitter post Feb. 17, 2021 at 7:38 AM | | | | |
| 20D-3 | PJ Matlock Twitter post Feb. 17, 2021 at 9:35 AM | | | | |
| 20D-4 | PJ Matlock Twitter post Feb. 17, 2021 at 6:24 PM | | | | |
| 20D-5 | PJ Matlock Twitter post Feb. 18, 2021 at 10:22 AM | | | | |
| 20D-6 | PJ Matlock Twitter post Feb. 19, 2021 at 12:06 PM | | | | |
| 20D-7 | PJ Matlock Twitter post Feb. 19, 2021 at 3:16 PM | | | | |
| 20D-8 | PJ Matlock Twitter post Feb. 22, 2021 at 9:49 AM | | | | |
| 20D-9 | PJ Matlock Twitter post Feb. 22, 2021 at 9:49 AM | | | | |
| 21 | ALZN Market activity price and volume data summary Jun. 30, 2021 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 21A | ALZN Market activity price and volume data summary Jul. 15, 2021 | | | | |
| 21B | Jun. 14, 2021 – Alzamend Neuro Announces Pricing of Initial Public Offering | | | | |
| 21B-1 | Jun. 15, 2021 – Nathan Michaud tweets "$DPW ripping off $ALZN IPO given their ownership" | | | | |
| 21C | Jun. 16, 2021 – ALZN FINRA Report | | | | |
| 21D | PJ Matlock Twitter post Jun. 15, 2021 at 11:40 AM | | | | |
| 21D-1 | PJ Matlock Twitter post Jun. 15, 2021 at 11:58 AM | | | | |
| 22 | Sep. 6, 2021 – Yahoo Finance – 3 Hot Penny Stocks to Watch for September 2021 | | | | |
| 22A | Sep. 9, 2021 – Businesswire – ESG Clean Energy Provides Exclusive IP License to Viking Energy for Use of Carbon-Capture System in all of Canada | | | | |
| 22A-1 | Sep. 10, 2021 – Yahoo Finance – Best Penny Stocks To Buy For A Short Squeeze? 4 To Watch Right Now | | | | |
| 22A-2 | Sep. 17, 2021 – Seeking Alpha – Camber Energy Looks Overvalued Based on Fundamentals | | | | |
| 22A-3 | Oct. 2021 – KerrisdaleCapital – Camber Energy, Inc. (CEI) *What If They Made a Whole Company Out of Red Flags?* | | | | |
| 22B | Sep. 1, 2021 – CEI FINRA Report | | | | |
| 22B-1 | Sep. 9, 2021 – CEI FINRA Report | | | | |
| 22B-2 | Sep. 27, 2021 – CEI FINRA Report | | | | |
| 22B-3 | Oct. 7, 2021 – CEI FINRA Report | | | | |
| 23 | Oct. 22, 2021 – Context Therapeutics – Context Therapeutics Announces Closing of Initial Public Offering, Including Full Exercise of Underwriter's Over-allotment Option | | | | |
| 23A | Oct. 21, 2021 – CNTX FINRA Report | | | | |
| 23A-1 | Nov. 2, 2021 – CNTX FINRA Report | | | | |
| 23A-2 | Dec. 13, 2021 – CNTX FINRA Report | | | | |
| 24 | Aug. 12, 2021 – GlobeNewswire – DatChat, Inc. Announces Pricing of $12.0 Million Initial Public Offering and Nasdaq Listing | | | | |
| 24A | Aug. 17, 2021 – GlobeNewswire – DatChat, Inc. Announces Closing of $12.0 Million Initial Public Offering | | | | |
| 24A-1 | Sep. 24, 2021 – SeekingAlpha – DatChat: A Copycat Company Overvalued By 70% With No Revenue | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 24B | Aug. 16, 2021 – DATS FINRA Report | | | | |
| 24B-1 | Sep. 22, 2021 – DATS FINRA Report | | | | |
| 24B-2 | Oct. 15, 2021 – DATS FINRA Report | | | | |
| 25 | Sep. 16, 2021 – EZFL FINRA Report | | | | |
| 26 | Oct. 26, 2021 – MYSZ FINRA Report | | | | |
| 26A | Oct. 27, 2021 – MYSZ FINRA Report | | | | |
| 27 | Feb. 8, 2021 – The Street – 'Meme' Stocks Soar as Message Board-Driven Mania Continues (ONTX) | | | | |
| 28 | Jul. 27, 2020 – Seeking Alpha – Onconova Files for NIH Funding for Studies of Rigosertib in COVID-19 (ONTX) | | | | |
| 28A | Jul. 29, 2020 – Seeking Alpha – Onconova and the Conflict Lurking Beneath The Hype (ONTX) | | | | |
| 28A-1 | Aug. 12, 2020 – Seeking Alpha – Onconova Therapeutics EPS misses by $0.01, misses on revenue (ONTX) | | | | |
| 28A-2 | Aug. 24, 2020 – GlobeNewsWire – Topline Results from the Pivotal Phase 3 INSPIRE Trial (ONTX) | | | | |
| 28A-3 | Aug. 24, 2020 – Seeking Alpha – Onconova's lead candidate flunks in late-stage blood disorder study (ONTX) | | | | |
| 28B | Jul. 20, 2020 – ONTX FINRA Report | | | | |
| 28B-1 | Jul. 21, 2020 – ONTX FINRA Report | | | | |
| 28B-2 | Sep. 18, 2020 – ONTX FINRA Report | | | | |
| 28B-3 | Feb. 17, 2021 – ONTX FINRA Report | | | | |
| 29 | Mar. 9, 2021 – Regulus – Regulus Therapeutics Reports Fourth Quarter and Year-End 2020 Financial Results and Recent Updates (RGLS) | | | | |
| 29A | Mar. 12, 2021 – InvestorPlace: RGLS Stock: 7 Things to Know About Red-Hot Regulus Therapeutics (RGLS) | | | | |
| 29B | May 3, 2021 – Yahoo Finance– Regulus Therapeutics' RGLS4326 Reports Mixed Bag on Polycystic Kidney Disease-Associated Biomarker Study (RGLS) | | | | |
| 30 | Mar. 22, 2021 – UPC IPO Prospectus | | | | |
| 30A | Mar. 31, 2021 – UPC 6-K Announcing IPO Underwriter's Subscription to Over-Allotment of Shares | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 30B | Jun. 23, 2021 – NASDAQ.com - Why Universe Pharmaceuticals Looks Like a Quality Company | | | | |
| 30C | Jul. 22, 2021 – UPC FINRA Report | | | | |
| 31 | Mar. 30, 2021 – Fintwit account Manpreet Singh tweets about VISL | | | | |
| 31A | Jan. 19, 2021 – Investors Observer - Should You Buy Vislink Technologies Inc | | | | |
| 31B | Feb. 2, 2021 – Vislink-Investor-Presentation | | | | |
| 31C | Feb. 4, 2021 – VISL FINRA Report | | | | |
| 32 | VIDEO: PJ Matlock interview excerpt | | | | |
| 32A | VIDEO: PJ Matlock interview excerpt | | | | |
| 32B | VIDEO: PJ Matlock interview excerpt | | | | |
| 32C | VIDEO: PJ Matlock interview excerpt | | | | |
| 32D | VIDEO: PJ Matlock interview excerpt | | | | |
| 33 | VIDEO: Agent searching PJ Matlock Atlas Discord posts | | | | |
| 34 | SXTC Matlock Volume Impact | | | | |
| 34A | SURF Matlock Volume Impact | | | | |
| 34B | TRCH Matlock Volume Impact | | | | |
| 34C | GTT Matlock Volume Impact | | | | |
| 34D | CBAT Matlock Volume Impact | | | | |
| 34E | ALZN Matlock Volume Impact | | | | |
| 35 | FINRA materials yet to be received [ordered to be produced pursuant to *Brady* in September 2023] | | | | |
| 36 | SEC materials yet to be received [ordered to be produced pursuant to *Brady* in September 2023] | | | | |
| 37 | Market trading activity data for 2020-2022 generated via Alpaca Broker API | | | | |
| 38 | Excerpts from Atlas Discord chatlog records; produced by government under filename: "458013311846449152.csv" in Production #15 – Part 2 at folderpath: Production 15 Part 2\P021\Production\3. Communication Records\3.B Atlas Trading Discord Server | | | | |
| 39 | Photo: PJ Matlock and Family | | | | |
| 39A | Photo: PJ Matlock and Family | | | | |
| 39B | Photo: PJ Matlock and Family | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 39C | Photo: PJ Matlock and Family | | | | |
| 39D | Photo: PJ Matlock and Family | | | | |