United States District Court
Southern District of Texas
**ENTERED**
April 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-612 |
| | § | |
| TOM COOPERMAN | § | |

**ORDER ON MOTION FOR RELEASE OF BOND**

ON THIS DAY came to be considered Defendant's Motion for Release of Bond, and having been considered, said Motion is hereby:

____✓____ GRANTED.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the __10th__ day of ~~March~~ April 2024.

_____
HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE