1              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
2                   HOUSTON DIVISION

3   _____
                            )
4   UNITED STATES OF AMERICA       )
                            ) CRIMINAL ACTION NO.
5   VS.                     ) 4:22-CR-612
                            )
6   EDWARD CONSTANTINESCU         ) 10:42 A.M.
   _____)

7

8                     MOTION HEARING
        BEFORE THE HONORABLE ANDREW S. HANEN
9           UNITED STATES DISTRICT JUDGE
              SEPTEMBER 7, 2023
10

   APPEARANCES:
11

   **FOR PLAINTIFF:**
12   MR. SCOTT PHILIP ARMSTRONG
   MR. JOHN J. LIOLOS
13   United States Department of Justice
   1400 New York Avenue NW
14   Washington, DC  20005
   (202)353-0801
15

   MR. THOMAS HEYWARD CARTER
16   United States Attorney's Office
   1000 Louisiana Street, Suite 2300
17   Houston, Texas  77002
   (713)567-9000
18

   **FOR DEFENDANT CONSTANTINESCU:**
19   MR. MATTHEW AARON FORD
   MR. STEPHEN ROBERT HALPIN, III
20   Ford O'Brien Landy, LLP
   3700 Ranch Road 620 South, Suite B
21   Austin, Texas  78738
   (512)503-6388
22

   MS. JAMIE HOXIE SOLANO
23   Ford O'Brien Landy LLP
   275 Madison Avenue, Floor 24
24   New York, New York  10016
   (212)858-0040

25

```
1   APPEARANCES CONTINUED:

2   FOR DEFENDANT MATLOCK:
    MR. LUIS ALEJANDRO REYES
3   Ashcroft Law Firm
    919 Congress Avenue, Suite 1500
4   Austin, Texas  78701
    (512)370-1800
5
    MR. WILLIAM M. STRADLEY
6   Stradley Law Firm
    1545 Heights Boulevard, Suite 200
7   Houston, Texas  77008
    (713)725-8743
8
    FOR DEFENDANT RYBARCZYK:
9   MR. PHILIP HARLAN HILDER
    MR. QUENTIN TATE WILLIAMS
10  MS. STEPHANIE K. MCGUIRE
    Hilder & Associates, P.C.
11  819 Lovett Boulevard
    Houston, Texas  77006
12  (713)655-9111

13  MR. ERIC SAMUEL ROSEN
    Dynamis LLP
14  225 Franklin Street, 26th Floor
    Boston, Massachusetts  02110
15  (617)802-9157

16  FOR DEFENDANT DEEL:
    MR. NEAL ANDREW DAVIS
17  Neal Davis Law Firm
    1545 Heights Boulevard, Suite 700
18  Houston, Texas  77008
    (713)227-4444
19
    MR. ZACHARY BROWN FERTITTA
20  Fertitta Law Firm
    902 Heights Boulevard
21  Houston, Texas  77008
    (832)723-9900
22
    FOR DEFENDANT HRVATIN:
23  MR. EDWARD MALLETT
    Mallett Saper, L.L.P.
24  5300 Memorial Drive, Suite 750
    Houston, Texas  77007
25  (713)236-1900
```

1    APPEARANCES CONTINUED:

2    **FOR DEFENDANT COOPERMAN:**
     MR. CHIP BRANDON LEWIS
3    Attorney at Law
     1207 South Shepherd Drive
4    Houston, Texas  77019
     (713)523-7878
5
     MR. SINA M. ZADEH
6    Sina Zadeh Law Firm
     1001 McKinney Street, Suite 803
7    Houston, Texas  77002
     (832)545-9790
8
     **FOR DEFENDANT HENNESSEY:**
9    MS. LAURA MARIE KIDD CORDOVA
     Jackson Walker LLP
10   1401 McKinney Street, Suite 1900
     Houston, Texas  77010
11   (713)752-4449

12   MR. MICHAEL JAMES MURTHA
     Jackson Walker, LLP
13   2323 Ross Avenue, Suite 600
     Dallas, Texas  75201
14   (214)953-6187

15   **COURT REPORTER:**
     Heather Alcaraz, CSR, FCRR, RMR
16   Official Court Reporter
     515 Rusk, Suite 8004
17   Houston, Texas  77002
     (713)250-5584

18

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.

1                          PROCEEDINGS

10:42:14  2          **THE COURT:**  All right.  Be seated.  Let me unpack a

3     little bit here.

10:42:56  4          All right.  Counsel, we have a lot of things I want to

5     kind of cover today, but I've -- going to follow the suggestion

6     of Mr. Williams, who filed, on behalf of Mr. Rybarczyk, a

7     suggested order to attack things.  And his -- he actually

8     grouped them together, which I thought was nice of him to do

9     that, that way.

10:43:35  10         But the -- I mean, let's get rid of the elephant in

11    the room:  The trial setting.  And by "get rid of," I don't mean

12    get rid of the trial setting necessarily, but I'm -- I have

13    multiple motions for continuance.  I have a motion to sever,

14    which, in the alternative, requests a motion for continuance.

15    So let's start with that.

10:44:06  16         Who wants to lead off?  I mean, they're primarily the

17    defendants'.  I hear the government saying they're ready to go.

10:44:18  18         **MS. CORDOVA:**  Your Honor, I'll start.  Laura Cordova

19    on behalf of Mitchell Hennessey.  We filed the motion to sever.

10:44:24  20         Mr. Hennessey has asserted his speedy trial rights.

21    He wants to go to trial in October.  This cloud of the

22    indictment has been hanging over him since December.

10:44:33  23         The -- we're in this position where people are not

24    ready to go to trial.  His codefendants are not ready to go to

25    trial because of the way the government has prosecuted this

1    case.  They didn't produce the 397 episodes in the indictment --

2    they're not in the indictment.  They're not alleged in the

3    indictment -- and they adamantly refused to provide the core of

4    this case, which is the false statements, until mid-June, even

5    though the defendants were indicted in December.

10:45:04  6         So our position is that the remedy is not to push this

7    out and make Mr. Hennessey suffer longer under this cloud of

8    indictment, with an ankle monitor on that beeps randomly and is

9    a serious limitation on his freedom, but to go to trial -- to go

10   to trial and, at the same time, when other codefendants are not

11   ready, understandably, it would not be fair, and it would be a

12   due process violation for Mr. Hennessey to have to proceed to

13   trial with codefendants' counsel who are not prepared to defend.

14   Therefore, we're seeking a severance and to maintain the

15   October 23rd trial date.

10:45:44 16         **THE COURT:**  Okay.  I hear one vote for the

17   October 23rd trial date.

10:45:53 18         **MR. ROSEN:**  Judge, may I?

10:45:54 19         **THE COURT:**  Yes.

10:46:05 20         **MR. ROSEN:**  Briefly, Eric Rosen on behalf of

21   Mr. Rybarczyk.

10:46:09 22         There is a massive amount of evidence in this case --

23   I think well over one terabyte.  We sort of stopped counting

24   recently -- a lot of it very dense trading data that must be

25   analyzed by computer program.  The government has put together

charts --

          **THE COURT:**  Let me stop there because I've seen this, and --

          **MR. ROSEN:**  Right.

          **THE COURT:**  -- and I've seen some of the exhibit lists, and -- and explain to me -- and I'm not saying you're wrong, but -- and I may be missing -- and you guys know the facts so much better than I do.  I mean, you know, in a criminal case, I learn about the facts the same time the jury does, basically.

          But I see this -- the government's case, basically, that the defendants -- and this is their contention.  This is not the Court making a finding -- the defendants got on the Internet, pumped up the stock, and then sold it while they were telling the investing public that they weren't doing that.  I mean, it's basically you lied, you know.  You said you were doing X; you were doing Y.

          And so explain to me why -- and maybe it's because I don't understand the government's case or the extent of the government's case.  Explain to me why all the trading data and all this other kind of stuff, why is that -- and, I mean, obviously, the defendants' trades are important because, I mean, I can see the government's going to say, "At 10:00 o'clock in the morning on September 23rd, you said A, B, and C, and then you turned around two hours later and did something different."

10:48:12   1          So that part I understand why you do -- but what is --

2    tell me about why you need what you think you need.

10:48:18   3          MR. ROSEN:  Sure.  Well, I think you -- you nailed it,

4    Judge.  The -- did they say, A, B, and C?  And it wasn't that

5    they typically said that, "We're always holding," or, "We're not

6    selling."  My -- I would say 90 percent of these are simply

7    opinions about what the stock is going to do in the future.

8    It's not -- in order to be convicted of this crime, you have to

9    have an intent to defraud.

10:48:42  10          Simply saying that the stock -- "I think it's great,"

11   or, "I think it's going to go to six," in our view, is -- does

12   not comprise an intent to defraud when you have significant

13   movement between the time of a tweet and when -- the time of a

14   sale.  You tweet at 2:55 p.m., "I think this stock is great."

15   You might sell off some of your position at 3:00 p.m., and the

16   question is:  Why did you make that sale?

10:49:08  17          The government's going to say that they were lying.

18   That's not what we're saying.  We're saying most of these stocks

19   had significant movement.

10:49:15  20          You would have had to have been a fool if you did not

21   sell off a portion of your position.  It's not inconsistent with

22   what you said five minutes earlier to do that, and you have to

23   take this in context of what these defendants are actually,

24   -- who they actually are.

10:49:30  25          These are not long-term investors.  It's not Charles

1    Schwab or Goldman Sachs.  These are day traders.  Their literal

2    job is to sell quantities of stock with -- with small price

3    movements in the market to lock in trades.

10:49:45  4         If you read these books, these day trading books, it's

5    not inconsistent at all to say -- to have a positive opinion in

6    the stock and sell off half your position, because your price

7    target has been reached, and you're locking in profits or you're

8    trying to develop cash for another trade.

10:50:03  9         That's what we have to develop.  That's why the minute

10   movements in the stock prices are so critical to our case,

11   because it defeats this intent to defraud.

10:50:11 12        I would agree with you, if the stock had no volatility

13   and no volume, it would be less important.  It would be less

14   important if this was Microsoft, but these are not.  These are

15   stocks that day traders pick particularly because the volatility

16   is so high, and that informs exactly what they're seeing inside

17   their head.

10:50:28 18        It's so critical for us to really review exactly

19   who -- you know, what's going on; who's tweeting; what's in the

20   market.

10:50:36 21        The other thing that we're seeing, Judge, is that you

22   have, you know, these level 2 trading platforms that have buys

23   and sell orders.  Now, when you're a trader, you look at a lot

24   of those sell orders because you're trying to predict what the

25   price is going to do in the future.  You tweet out, "I think

1    this is going to 5."

10:50:53  2         Guess what?  Someone throws up a big sell order.

3    Boom.  What are you going to do?  You're going to try to get out

4    ahead of it or at least lock in some of your profits.  Again,

5    not inconsistent with what you said, you're reacting to minute

6    changes in the market.

10:51:07  7         These are people staring at their computers all day.

8    These are people who go to the bathroom or go out for lunch, and

9    they have -- they will put up sell -- automatic sell orders

10   because they know how quickly this -- this changes.

10:51:18 11         Again, this is going to come down -- this trial's

12   going to come down to an intent to defraud and what they wanted

13   to do.  That's why it's so important.  We have 397 of these to

14   go through.  We've prepared some charts in some of them.  You

15   can see the big buy orders, and you can see the big sell orders.

16   I'm happy to produce these to the Court.  I can -- we can file

17   them online --

10:51:38 18         **THE COURT:**  Please don't.

10:51:39 19         **MR. ROSEN:**  Yeah.  I know.  It will be a box.

10:51:41 20         But, you know, we're at task for this.  We're

21   responsible for 397 of these.  I used to prosecute

22   pump-and-dumps.  One or two are typically charged in the

23   indictment.  I have never seen 397.  I've never seen more than

24   five or ten.

10:51:55 25         Every one of these is critical, and the

1  government's -- we're going to sit here at trial and play

2  Whac-A-Mole.  We defeat one pump-and-dump; they'll come back,

3  "Oh, here's pump-and-dump 66."  How do you tackle that one?

4  Well, let me get out my trading data, and I'll show you exactly

5  what happened second by second, minute by minute, everything

6  -- every time sequence is extraordinarily important when they're

7  trying to make money off very, very small intervals.  So that's

8  why it's so important, Your Honor.

10:52:22 9        THE COURT:  Let me ask you, while you're standing

10  there and since you raised this issue:  Why am I trying 397?

10:52:30 11        MR. ROSEN:  I would completely agree.  I -- you know,

12  19 -- I think Mr. Williams' motion from last night was, you

13  know, extraordinarily on point on that.  We have 397.  The

14  government has said in their papers, "Oh, we're only going to

15  focus" -- only -- "on the first 45," but then they say they

16  reserve the right to, you know, put in any -- any of them.

10:52:52 17        And, you know, for us that's, obviously, you

18  know -- it would be malpractice if we said, oh, we'll just focus

19  on those 45 because the government said, you know, they're

20  reserving rights, but they're not committing to anything.

21  They've committed to nothing.  We're going to be here for months

22  and months unless we narrow this case down.

10:53:09 23        An [sic] indictment has 19.  That's plenty to go -- to

24  go to trial on.  The jury will certainly get a flavor.

10:53:14 25        It's cumulative, it's prejudicial, and some of these

1    episodes, as we're going to point out in motions *in limine*, are

2    simply false.  They're -- you know, there's one my client's

3    charged with $2 million worth of stock fraud.  The first thing

4    that they say was just when the stock hit its peak, he's like,

5    the stock -- you know, the stock went up 700 percent.  That's

6    the first tweet, and then it goes down.  He's selling,

7    obviously, but he had nothing to do with the pump.  It's not

8    even alleged.

10:53:39   9    And how could he -- how could he commit fraud?  We

10    have to go through each and every one.  Dr. Garibotti, the

11    government's expert, has locked herself into 397.  It's our job

12    to cross-examine her to show that, you know, her -- the flaws

13    and what she did wrong in this.

10:53:53   14    As another example we're going to point out in our

15    motions *in limine*, the government's charts have like all these

16    sell orders to create this huge red sequence to make it look

17    like there's this big dump.  When you look at it and you

18    actually compare against the trading records, there's usually

19    just one or two sells, and they've expanded this -- because the

20    price sometimes, if you sell, say, a thousand shares, there'll

21    be a bunch of different executions, and they've expanded that to

22    make it look like there's all these different orders coming in

23    like they're sitting there dumping on the ground, but they're

24    not.

10:54:22   25    And we're charged -- we have to go through that and

1    show why it's wrong.  And we're working for the motions *in*

2    *limine* on Wednesday to point out -- but there's, like -- there's

3    real issues with these exhibits.

10:54:31   4         You know, Mr. Hennessey's motion pointed out that the

5    government's text messages -- I mean, it's crazy.  They've

6    spliced and diced it to make it appear that these are real text

7    message chains when they're leaving out huge portions of the

8    conversation.

10:54:46   9         I was just looking at one this morning.  There's a

10   one -- one thing saying where one of the defendants is

11   purportedly defining a pump-and-dump, making it look like some

12   type of admission, where right below that he's saying, you know,

13   this wasn't a pump-and-dump, you know, that he wasn't selling at

14   this time.

10:55:01  15         I mean, it's -- it's really -- these are -- with the

16   number of -- volume of exhibits, we have to go through each and

17   every one.  We have to correct the government's exhibits.  We

18   have to fight about it.  We're definitely going to file many

19   motions about them, motions to exclude.

10:55:15  20         There's a lot of authenticity issues that other --

21   other of my, you know, cocounsel here are going to raise

22   regarding Twitter timestamps.  There was one person in the UK, I

23   think, that was controlling.

10:55:28  24         This is not a case where we can hastily rush to trial.

25   We need to flesh out all these issues, and my client's and every

1   other clients' Sixth Amendment right depend -- depends on that.

10:55:38  2          Twenty-four months is the average -- we just looked at

3   this last night.  Twenty-four months is the average case going

4   to trial nationwide.  This is one of the most complex cases I've

5   ever seen, I think my colleagues have ever seen doing it.

10:55:52  6          It's been ten months in October.  I think, you know,

7   based on that, it would be squarely within the norm and, in

8   fact, very early just to give a couple-month extension so we can

9   raise these issues.  We can tee them up.  We can work with the

10  government, meet and confer about these exhibits, to make sure

11  we get it right or, otherwise, we're going to be facing 2255s

12  down the road.

10:56:12 13          And the other thing is we need to know what we're

14  facing here.  They've done 397, as Your Honor points out.  Say

15  they only put in 19.  Is there double jeopardy issues?  I mean,

16  are my clients [sic] going to be like, "If we win, are we going

17  to be charged again with the 40 going down the road?"

10:56:28 18          I mean, there's a lot of issues that we need to flesh

19  out in the indictment like this that just simply haven't been

20  raised or do -- we don't have time to raise.  We would love to

21  do that, and we just need the time -- the few months,

22  respectively, for everyone to get on the same page, and we'll

23  narrow this case down so that it's reasonable and we can get out

24  of here, you know, before the -- you know, before the -- you

25  know, within a couple weeks as opposed to the many months' long

1    trial we're now facing.

10:56:57  2              **THE COURT:**  Okay.

10:57:01  3        *(Sotto voce discussion between the Court and case manager.)*

10:57:21  4        **MR. LEWIS:**  May I approach, Your Honor?

10:57:22  5        **THE COURT:**  You may.

10:57:24  6        **MR. LEWIS:**  Good morning.  Your Honor, I am going to

7    elaborate very briefly upon a point that Mr. Rosen just made

8    relative to a huge issue that we face in pretrial preparation

9    given the government's proposed trial exhibits.

10:57:43 10        With the Court's permission, I brought an illustration

11   because I don't think it's fair for this Court to try to

12   evaluate the incredible need for ample time to prepare this case

13   given, as the Court said, "I don't even know about the facts

14   yet."  With that said -- Rhonda, can I give the judge -- thank

15   you, ma'am.

10:58:08 16        *(Document handed to the Court.)*

10:58:21 17        **MR. LEWIS:**  The government, in their disclosure of

18   trial exhibits, included the gravamen of their case, the

19   defendants' statements, largely direct messages, tweets,

20   et cetera, and I am not here to cast aspersions.  That's not

21   necessary.  The facts speak for themselves.

10:58:42 22        If His Honor will look at the exhibit that we have

23   compiled, I've got reams of paper of similar exhibits, but I

24   think this one will make the point for His Honor, given how

25   quick His Honor has shown to be over all the years I've known

1    him.

10:59:01  2           Mr. Rosen's statement that these pieces of evidence

3    are taken out of context could not be made any clearer by that

4    exhibit.  As I said, not casting any aspersions on the

5    government, but in the monumental preparation that they have

6    already put into this case, there have been some errors made

7    relative to even who the author of said statements are.  We've

8    identified a number of these.

10:59:30  9           I can tell you, Your Honor, as Mrs. Epley has been off

10   in Austin embroiled in that, I have been pouring through

11   government exhibits trying to get myself as -- up to speed.  I'm

12   last to the game in this.  I was -- first appeared in this case

13   in March after I finished a five-month death penalty trial in

14   Lubbock.

10:59:53 15           I assure the Court -- and I know the Court knows me.

16   I have been working as hard as one person can to get up to

17   speed.  That process was greatly slowed when I had to go through

18   each and every one of these statements that my client is alleged

19   to have made in support of the conspiracy and his own

20   substantive counts and piece together the context of what was

21   really said.

11:00:21 22           I bring that to the Court's example [sic] to show you

23   it's not just the volume -- and I can assure you, Your Honor,

24   not since I represented Mr. Lay in Enron have I seen this much

25   volume of evidence.

11:00:34  1    When I saw the statistics promulgated by our U.S.

2    District Court's combined civil and criminal judicial facts and

3    figures that Mr. Rosen referenced and that Mr. Williams so

4    kindly put in his footnote of last night's pleading, I was

5    shocked because I had my office manager, this morning, look at

6    the 19 pending federal cases that I have, and none of them have

7    gone to trial or been disposed within two years.

11:01:04  8    A lot of that is outside of His Honor's control, of

9    the government's control, and of any of these defendants'

10    control because of the backlog we all suffered from COVID and

11    many of the attenuate delays that that has occasioned.

11:01:19 12    But to put this in that perspective, Your Honor, I

13    have a very robust caseload, and none of my cases -- every one

14    of my cases put together does not measure the complexity, the

15    volume of this case.  I have absolutely no hesitation looking

16    the Court in the eye and telling Your Honor there is absolutely

17    no way I can properly represent Mr. Cooperman beginning on

18    October the 23rd.

11:01:44 19    And what I pledge to this Court, given my history with

20    this Court -- I think the Court has no doubt I will come -- it

21    will come to fruition.  I will use the holidays.  I will use the

22    time down out of court around Thanksgiving and Christmas to put

23    in 18-hour days to make sure I'm ready, but I tell the Court,

24    without reservation -- and I can go on and on, but I don't

25    believe in beating a dead horse.  I know this Court listens

1    acutely to what is said.

11:02:12   2           I simply cannot give Mr. Cooperman, a young man that's

3    never before been in trouble in his entire life, facing arguably

4    one of the most novel theories of prosecutions we have anywhere

5    in American jurisprudence today -- with the current schedule.  I

6    will answer any questions for this fine Court, should the Court

7    have any, but I wanted to point out --

11:02:35   8           **THE COURT:**  Walk me through what you handed me.

11:02:39   9           **MR. LEWIS:**  Yes, Your Honor.  What we have here:  The

10   government's exhibit is on the right where it says, "Government

11   Recreation."  The "real" is going back to my client's own phone,

12   pulling these same text messages, and the real time off of his

13   phone.  I used the red boxes, Your Honor, to illustrate the

14   differences so that the Court can see this is not just taking

15   out one or two statements within a conversation.  These are

16   multiples.

11:03:11  17           And like I said, no need to cast aspersions.  They put

18   together their exhibits the way they want to.  The Court will

19   determine if they're admissible.

11:03:17  20           My problem is the hours and hours that I had to spend

21   with my client to put together what the texts really were, and

22   it's indicative of why this is such a Herculean task, as I told

23   you, and I'm not -- I'm not trying to master or wax hyperbolic,

24   Your Honor.  The fact of the matter is the government has very

25   adroitly presented this Court that this is a simple

1    pump-and-dump.

11:03:48  2          I am not a securities lawyer by nature.  I am a trial

3    lawyer.  So I am learning a lot about some of the specific

4    securities laws germane to this case, but in doing so I can tell

5    this Court, as a trial lawyer, there is absolutely no way I can

6    be ready, even given the pace of the work that I am on, on

7    October the 23rd of this year.

11:04:13  8          The significance of those text messages was to show

9    you those are the bulk of the government's trial exhibits.  I

10   think they're the first few hundred.

11:04:22 11          So as I said, I've got reams of paper of these that

12   illustrate the amount of work that has to be done to go back and

13   make sure what their trial exhibit is, we have a proper

14   objection, we have authentication, and I can talk to my client

15   intelligently about, "What were you saying before this tweet

16   that makes it make sense?"

11:04:44 17          Because as Mr. Rosen said, you're going to be talking

18   about not minutes, not hours, we're going to be talking about

19   seconds in this trial when, in fact, relative to my client, we

20   have found, relative to the five substantive counts he's

21   indicted on, Your Honor, there are episodes wherein he has made

22   a statement of opinion about his feeling on a stock, and he's

23   acted consistently with that to his purchase.

11:05:10 24          He's then sold.  Well, guess what happens minutes

25   later?  He's bought again.  And that's part of the entire

1    context that we -- it is incumbent upon us to be prepared to

2    present to the jury.

11:05:22  3         So it's not as simple as look at the trading records;

4    he made this statement; then what did he do.  What was he doing

5    beforehand?  What is he doing in the seconds after hand?  I

6    think that will be very impactful for the trier of fact.

11:05:35  7         Thank you, Your Honor.

11:05:39  8         **MS. SOLANO:**  Your Honor, may I approach?

11:05:40  9         **THE COURT:**  You may.

11:05:47 10         **MS. SOLANO:**  Good morning, Your Honor.  My name is

11   Jamie Solano.  I'm new to this case, but I represent Edward

12   Constantinescu.  I would just like to add a few more issues that

13   are specific to this time period that we find ourselves in

14   immediately prior to trial and why the defense, or at least our

15   team, can't be ready by the trial date.

11:06:09 16         In addition to the issue relayed with the text

17   messages and the text messages not lining up, the reason why

18   that matters so much in this case, Your Honor, is because the

19   government's made a decision, on its exhibit list, not to

20   include the underlying substantive evidence.  And so this isn't

21   a case --

11:06:29 22         **THE COURT:**  Meaning?

11:06:31 23         **MS. SOLANO:**  What I mean by that, Your Honor, is that

24   the government's exhibits, the majority of them, are recreated,

25   and they didn't -- it's not like a typical case where they've

1    got all of the underlying trading records or the screen grab of

2    the actual text message or five screen grabs of the actual text

3    message, and then they've put it all together in a summary.

11:06:51    4        They just included the summary, and in doing that,

5    every single one of these summary exhibits, we have to go back

6    into the millions and millions of records, some of which the

7    data is so voluminous our team doesn't have access to right now,

8    and we have to go find where it is, and then we have to line it

9    up and see if it's actually accurate.

11:07:13    10        And there are several occasions which that preliminary

11    step has been done, and it is not accurate.  And when we're

12    talking about 900-plus, a thousand exhibits where we have to go

13    redo this, and we don't have the underlying bases, that makes

14    our job incredibly difficult as defense attorneys to be in a

15    position where we can explain this is a misleading exhibit,

16    Your Honor.

11:07:36    17        In addition, the government's made several productions

18    after the production deadline, and each time it makes these

19    productions, it creates more and more issues that we have to dig

20    into.  And, Your Honor, I was an AUSA up until two and a half

21    months ago, so I understand that it is difficult, and as you get

22    ready for trial, things come up.

11:07:56    23        But by way of one example, we received a production on

24    August 16th.  So a few weeks ago.  It's the government's 20th

25    production letter saying that they're producing additional

1    materials that relate to their testifying witnesses and material

2    that they obtained as a result of the search warrants in the

3    case.

11:08:15  4         Now, there's at least two things that are very

5    problematic about this August 16th production.  One of them is,

6    buried within it, is an e-mail from their government -- from one

7    of the government's testifying witnesses to the lead prosecutor

8    in this case, and it's from September of 2022.  And in that

9    e-mail, this government witness who is going to be testifying

10   about the tweets and the data that he analyzed, says, quote, I

11   don't want to hold up this delivery, but I want to note that I

12   noticed some discrepancies in the timestamps of some of the

13   tweets as reported by Axiom, while checking over the results.

14   If the timestamps of certain tweets are important, I would

15   recommend referring back to the original text files from

16   Twitter.  I can walk you through that process, if necessary.

11:09:03  17        Now, Your Honor, what this means -- or what this seems

18   to mean is that there was a forensic tool run against the data

19   that the government obtained from Twitter, and there is -- when

20   you look at the reports from that forensic tool, there's a

21   problem with the timestamps.  If that's the case, Your Honor,

22   then we need -- we did not know that there was a problem with

23   the timestamps, and so to the extent the government has produced

24   these exports, which it appears from the production they have,

25   and there's any discrepancy with the timestamps, we need to make

1    sure that we have sufficient time to go back and look at the

2    underlying text files that came from Twitter to see if there's a

3    discrepancy that matters to the timing of these trades and the

4    timing of the tweets.

11:09:53    5    So that's one -- that's one problem, Your Honor.

6    There's an additional issue based on what it looks like the

7    government was doing in producing and processing the data, which

8    relates to a suppression issue, which I'm not going to put

9    before Your Honor in this moment, but the point is, Your Honor,

10    each and every time the government has added new productions and

11    new information to us, it has left us with more things that we

12    have to -- that we have to research; more issues that we have to

13    compare.  And this is not an instance where we can look at the

14    exhibit list, we have the summary, we can compare the summary to

15    the underlying evidence, the underlying exhibits that are

16    supposed to represent that, and see if we think there's a

17    discrepancy.

11:10:42    18    We are forced to look at only summary exhibits, and

19    then we have to go crawl back into a massive database, some of

20    which, at least for our team, is not currently accessible to us,

21    and we have to see if we can line it up --

11:10:57    22    **THE COURT:**  Why is that?  Why is it not accessible?

11:11:00    23    **MS. SOLANO:**  Because certain of the data is too dense,

24    and so we have -- we were not able to open some of the

25    government's productions.  So we had to send it out to a

1    third-party processor.  Currently, the third-party processor has

2    those productions in a database, but because some of the files

3    are electronic and so large, we are not able to actually view

4    them, nor are we able to download them.

11:11:22  5         We were okay with this strategy for now because we

6    wanted to wait and see what would actually end up on the

7    government's exhibit list, and then you can see if this is

8    actually a problem or if this is electronic data that,

9    ultimately, doesn't really matter, and because there are

10    synthesized export reports of some of this material.

11:11:42 11         However, when we got the government's exhibits, the

12    government did not put its underlying evidence as the exhibits.

13    It only has these summaries, and so we are now forced to go back

14    in through the productions.  Now we have a concern whether

15    there's a timestamp problem with some of the exports that the

16    government has produced, so we shouldn't be relying on those,

17    and now we have to go back and -- so that we can check and make

18    sure that each of these actually say what the government says

19    they -- they are reflecting, and that's an enormous task.

11:12:17 20         And in addition, Your Honor, these summary charts,

21    which we're not -- I'm not going to get into at length, but the

22    summary charts with the trades, they have, as -- as Mr. Rosen

23    highlighted, they've got all these sells and all these buys, but

24    they also have tweets that are pulled in and interchanged and

25    intermingled.  And the way in which they -- the defendants are

1    kind of lumped into each of these episodes, sometimes the

2    defendant is lumped into an episode when he hasn't said anything

3    alleged to be false at all.

11:12:54  4        And so this isn't a situation where, Well, you knew

5    that we -- you know, we had this synthesized list of false

6    statements, so you knew that that is what was going to be the

7    issue, and so you could have focused on that.  Now we have to

8    look at our client involved in episodes picked up by the

9    government where he didn't say anything false at all, and they

10   don't even contest that he didn't say anything false at all.

11   But now we have to also put our attention on those episodes in

12   addition to what we thought -- where we thought the ball was

13   headed in -- to begin with.

11:13:27 14       So under those circumstances, Your Honor, and for

15   those reasons, our team needs a continuance in this case.

11:13:45 16       **MR. FERTITTA:**  Good morning, Your Honor.  I'm Zachary

17   Fertitta.  I represent Gary Deel.  We also have a motion for

18   continuance, and my comments will echo those of cocounsel's.

11:13:58 19       Part of the problem here is in data handling.  I'm

20   going to approach this from strictly a data-driven standpoint.

21   We've received 20 productions over the course of seven months,

22   and I compliment the DOJ on their hard work.  We -- and the

23   massive volume of that.

11:14:21 24       We need time to assess that data.  We need time to do

25   the same volume of work, perhaps even more.  Here's why:  Each

1    of these productions are password protected.  There are

2    thousands of files where a password has to be entered in order

3    to access the data.  Some of the data is enormous.

11:14:44    4    So then we have to take that sometimes to third

5    parties, but we -- I've assembled an entire data processing

6    team.  They are not working normal hours.  They're working well

7    beyond normal hours to process this data.

11:14:58    8    Absent from the government's production is real market

9    data, and I can get very specific on that.  If you'll -- I filed

10    an affidavit from one of our team members yesterday in which he

11    details -- and I -- I'll just -- I'll be brief in this.  He

12    details some of the data that is missing from the government's

13    production -- real market data.

11:15:21    14    Specifically, with the stock ticker TRCH, during the

15    relevant trading period that -- that is referred to in the

16    superseding indictment, there is an article posted on

17    Nasdaq.com, the official website for Nasdaq, where the title of

18    it is "Torchlight Energy shares are blazing higher today."

11:15:52    19    That article details real market factors and corporate

20    information.  That's a real data point.  That is a real market

21    moving fact when it's on Nasdaq.com.

11:16:06    22    If you -- also at that time, Mr. Lewis's client, it is

23    alleged, was posting about TRCH.  It is alleged in the

24    indictment he had 125,000 Twitter followers.  At the time he

25    traded and posted about TRCH, he actually had 4,500 Twitter

1   followers.  That's a big gap.

11:16:38  2        It's hard to move the market with 4,500 Twitter

3   followers.  I don't think that's going to happen.

11:16:45  4        These are the market -- these are the real data points

5   that we have to go and use external sources to find to fill in

6   these gaps.

11:16:58  7        Also, not included in any of the government's material

8   are -- is the notion that there may be bots involved in Twitter

9   followings.  Now, there's a lot of debate over the percentage of

10   bots, but there is zero data in the government's production

11   related to bots and how many of their Twitter followers were

12   actually bots.

11:17:19 13        So you've got a multi-disciplined approach that we

14   have to take to get accurate data, both market data at the time

15   of these trades, Twitter data at the time of these trades, and

16   how that could potentially impact the market, and this takes an

17   enormous amount of time multiplied times seven codefendants, 20

18   productions, and 397 discrete trading incidents that have been

19   given to us.  We can't take the chance of not doing that

20   research.  In order to give an effective defense, we have to dig

21   in and do this research and look to all these external market --

22   market and data points.

11:18:07 23        Also missing from the government's production is all

24   of the data from -- the coding data from the Atlas Discord

25   channel which was taken down.  All these posts took -- a lot of

1    these posts at issue took place on the Atlas platform.  We don't

2    have access to a lot of that data.  We have to go find it, and

3    we are actively doing that.

11:18:31 4        The underlying code will -- will give us warnings,

5    subscriber agreements, the agreements and attestations that the

6    subscribers had to sign and acknowledge, and educational

7    resources that were made available to them, which is absent from

8    the government's production, warnings -- all of these things are

9    absent from the government's production that we have to go seek

10   out on our own.  It takes a lot of time.  We are working very

11   diligently, but this is a huge task.

11:19:12 12       To say it's complicated is the understatement of the

13   year.  It is a Herculean task, and for that reason,

14   Mr. Cooperman and Mr. Matlock filed jointly asking for a

15   continuance.  Thank you.

11:19:26 16       **THE COURT:**  Ms. Cordova, you don't have to do any of

17   this?

11:19:30 18       **MS. CORDOVA:**  Your Honor, I agree with everything

19   they've said about the government's production.  In my

20   experience, and what we would ask the Court, is that the proper

21   remedy is exclusion; it's not allowing the government more time

22   making the defendants suffer longer under this indictment.  The

23   government waited six months, till June, to even identify these

24   purportedly false statements.  That's not how it's supposed to

25   work under the Speedy Trial Act.  The government's supposed to

1    be ready to go within 60 days.

11:19:55 2         They clearly were not, and that should not be

3    something that prejudices our -- our clients.  They get a speedy

4    trial.  That's their constitutional right, and the fact that the

5    government has created all these issues, the -- the solution is

6    exclusion.  Go back to the indictment.  We still have a motion

7    to dismiss on the counts where the government never even

8    identified in the indictment false statements by our client or

9    what -- when the trades were, anything.

11:20:25 10        None of that is in the indictment, and so our

11   position, and what we would ask the Court, is that we go to

12   trial in October, and we exclude -- if they don't produce the

13   Jencks material for their testifying agent, he doesn't get to

14   testify.  In our experience, and my experience as a former

15   federal prosecutor and as a defense attorney, that's the proper

16   remedy, not to violate the defendants' Sixth Amendment rights by

17   forcing them to wait longer for the government to get their case

18   together.

11:20:51 19        **THE COURT:**  Anybody else from the defense want to

20   weigh in before I let the government respond?

11:20:57 21        **MR. REYES:**  Thank you, Your Honor.  Just briefly,

22   Your Honor, "Lu" Reyes -- or Luis Reyes on behalf of Mr. Perry

23   Matlock.

11:21:09 24        We had filed and joined the motion that Mr. Fertitta

25   had just explained to the Court, the bases of -- for his claim,

1    Mr. Deel.  But I did want to add a couple things, and I'll make

2    it brief because you've already heard a lot of the

3    technicalities involved in this case.

11:21:24  4            But, Your Honor, this really is a Sixth Amendment

5    issue.  For the reasons you've heard my colleagues explain,

6    there is a very real concern that we cannot provide the

7    effective assistance by October 23.  So in case anyone's

8    counting, we would tally a vote in that favor for the

9    continuance.

11:21:45  10            But to be brief, Your Honor, the complexity is

11    something we've not seen before, but there's some very, very

12    important things that have happened just in the last -- less

13    than a month, and that -- what my colleagues talked about in

14    terms of the exhibits just three weeks ago that we received have

15    evidence -- purported evidence that they would want to take back

16    into the jury room that isn't even accurate.

11:22:09  17            But what we're having to do is go through all of

18    those, every single one, to make sure we understand the bases

19    and, of course, challenge it as appropriate, which takes away

20    time.

11:22:20  21            But the timestamps that -- that Mr. Constantinescu's

22    attorney talked about is extremely important as well.  What

23    we're talking about are statements -- a review of behavior with

24    statements made at a certain second in the day, and then buying

25    and then trading volume right after.  If those aren't correct in

1   the time, that changes the whole bases of how we're going to

2   approach our case, and it could strengthen -- it could

3   strengthen our case quite a bit one way or the -- you know, at

4   least depending on how these things are actually -- so we need

5   the actual time.  We need to actually go back through.

11:22:59   6       But I would be remiss, Your Honor -- and this is my

7   final point -- if I didn't mention that another reason for

8   continuance is that there are currently motions for Brady

9   material pending, and -- and I will let, you know, Mr. O'Brien

10   [sic] or Mr. Constantinescu's counsel talk in more detail about

11   this.  It was their motion which we joined, but it's very

12   crucial material that we believe is crucial to the defense, and

13   that has to do with the fact that the SEC has stated that there

14   are -- it is not determined what may have caused the buying

15   volume on certain of the underlying stocks in the government's

16   case, and that is information that the jury has to hear.

11:23:43   17       And what we need, Your Honor, and what's the basis of

18   that motion is the -- the SEC documents that -- their analysis.

19   They put together seven factors.  They put together reports.  We

20   don't have it, and our position is that this was a joint

21   investigation that the FBI did with SEC, that they have these

22   documents or they have access to them, and that we need them

23   before we can go to trial.

11:24:05   24       That was the basis of a motion filed in July, and, you

25   know, we really need that before we go to trial.  It goes to the

1  causation of -- the underlying causation, which they have made

2  very clearly a point in their case, that our guys caused,

3  somehow, the market to move; that our guys caused, somehow, for

4  there to be harm.  There's actually clear exculpatory evidence

5  out there that we haven't received yet that they -- by the

6  government itself that we need to have in our hands and that a

7  jury would need to see.

11:24:37  8        And with that, Your Honor, I appreciate the Court's

9  attention.

11:24:45  10        MR. MALLETT:  May I approach, Your Honor?

11:24:46  11        THE COURT:  You may.

11:24:49  12        MR. MALLETT:  Good morning.  I'm Edward Mallett.  I'm

13  here with Mr. Stefan Hrvatin, who's sitting on the front to the

14  Court's right.

11:24:58  15        I am mindful of the Court's comment that you often

16  learn about the case the same time the jury does, but I would

17  not want the defense to learn about the government's case at the

18  same time the jury does.

11:25:19  19        Our motion to adopt the other motion for continuance

20  is general, and it's document No. 383.  I want to start, though,

21  by saying this:  Mr. Hrvatin is a day trader.  That means he

22  trades in and out of an identical stock multiple times on the

23  same day, often making a very small profit or taking a small

24  loss on individual trades.

11:25:53  25        In the records the government has kindly shared with

1    us, and in records Mr. Hrvatin is able to provide, I have found

2    cases where he's bought or sold the same stock in what we call

3    "round trips," 15 to 20 times in the same day.  Sometimes he

4    will sell a stock for a small profit, and then, a few minutes

5    later, buy the same stock at a higher price than he just sold

6    for because if he can make $2,000 on a $100,000 position -- a

7    2 percent gain -- and do that ten times, he's made $20,000 in

8    one day.  That's pretty good by the hour.

11:26:36  9         He's cautious to watch carefully and use limit orders

10   to both buy at a good price and get out if the market moves

11   against him.

11:26:47 12        Also, Mr. Hrvatin never recommends or tells anyone who

13   is interested in his Twitter postings to buy a stock.  He will

14   state, as the evidence will show, that he believes a particular

15   stock is good, but that doesn't mean that it's good.  In fact,

16   other market forces may cause him to be proven incorrect.

11:27:12 17        He only has to be correct most of the time to

18   have -- make a living as a day trader, working in his home,

19   constantly trading in and out of the stocks that he is favoring

20   in a particular period of time.  So those are facts that the

21   Court needs to know about at least one defendant, and the only

22   defendant for whom I speak.

11:27:37 23        He is not in partnership, collaboration, or conspiracy

24   with the others.  He is trading on his own.

11:27:43 25        In the motions pending are requests for the trading

1    records of the codefendants because I believe that if they will

2    be produced by the government -- and I believe the government

3    has them.  And if they don't have them, I don't know why they

4    don't -- we can show that he is -- trades independently of the

5    activity of codefendants.

11:28:07  6          Now, my motion starts with this declaration:  Haste

7    makes waste.  And I chide the government, and now I'm kind of

8    embarrassed about it, for titling a motion a response to

9    Constantinescu's motion to compel when it's really an opposition

10   to Rybarczyk's motion for continuance and Hennessey's motion for

11   severance.  So haste makes waste when lawyers are trying to meet

12   deadlines and get things filed as promptly as possible.

11:28:40 13          In my particular case, we filed an exhibit list,

14   No. 388, in which item 21 says defendant's e-mails to be

15   selected and filed.  That's a mistake.  The government kindly

16   has agreed not to oppose a motion to amend the exhibit list and

17   change the word "e-mails" to "tweets."  That's my mistake trying

18   to get it done.

11:29:08 19          Yesterday, one day late, I was able to speak to the

20   witnesses that Mr. Hrvatin had recommended would be helpful to

21   him, interview them by phone, and file an unopposed motion to

22   extend the date from the 5th to the 6th, and that is pending.

23   The government doesn't oppose it.  Haste makes waste.  I didn't

24   get it done on the 5th.  I just ran out of time.

11:29:38 25          The government produces discovery in the most helpful

1     way it can.  We ask for something, and they send us something.

2     For example, I'm not complaining about their violating the

3     discovery cutoff of June 5th, but I'm holding an envelope that

4     was mailed out on -- dated August 29th for overnight delivery,

5     and it explains inside that this disk -- I'm holding up an

6     envelope, and it has what we call a thumb drive in it.

11:30:09  7          And they explain in the letter that the material on

8     this particular thumb drive are provided in response to what

9     another defendant requested and that we will soon be provided

10    the password to this thumb drive by e-mail.  Now, I can't defend

11    and always say the government is right and never makes mistakes.

12    They provide the discovery.  I need to at least take a look at

13    it.

11:30:37 14          I'm not aware that we have yet to receive the password

15    for what I have numbered production No. 22, and I -- it may be

16    23, but I -- as their envelopes come in, I write down numbers.

17    So in my motion I state, at paragraph 2, that I am several

18    productions behind.  I've got envelopes like this.

11:31:00 19          Now, I am just a solo practitioner.  I am sharing

20    expenses with other lawyers.  I have retained and paid and am

21    paying by the hour an information technology consultant to

22    assist me in getting these materials.

11:31:16 23          He advises that if the timestamps on the spreadsheets

24    provided by the government lack integrity, then they will not

25    truthfully report the actual time that Mr. Hrvatin traded in a

1    stock.  That concerns me because he is doing this rapid-fire

2    trading all day long trying to profit and, in fact, profiting on

3    small margins.

11:31:48   4         I may be corrected by the government, but I think it's

5    in their expert report that, in materials she studied, he

6    profited $600,000 and change about which they have complaints.

7    That is a small figure for a three-year period of time in which

8    they are claiming that others made a great deal more money.  The

9    very variance between his income and the income of the others I

10   think puts -- rebuts the claim that he is acting in some kind of

11   partnership with other people in violation of the law.

11:32:29  12         I do have other cases.  I've stopped taking other

13   cases.  I stopped in July.  I declined a case yesterday when I

14   got a call from the magistrate's court.

11:32:41  15         I'll work on this full-time.  I think we can make that

16   possible.  We've budgeted it because we knew it would be

17   protracted litigation, but I need to learn about it before the

18   trial and not during the trial.  If I do not, then I fear his

19   constitutional rights to effective assistance of counsel and due

20   process of law will be in jeopardy.  Therefore, we ask the Court

21   for additional time.

11:33:17  22         **THE COURT:**  Who wants to respond from the government?

11:33:21  23         **MR. ARMSTRONG:**  Thank you, Your Honor.  Good morning,

24   Scott Armstrong for the record.

11:33:24  25         There is a lot to respond to in all of that.  I think

1    that just sitting here listening to it, it's unique in that the

2    issues that are being described are intelligent issues, and the

3    issues that are being described are not unique issues, and the

4    issues that are being described, 45 days from trial, are not

5    issues that cannot adequately be resolved and prepared for in

6    the normal course, given the steps that we have taken in this

7    case to tee up every single one of these issues, such as the

8    trading records, such as the social media posts, and producing

9    and giving defendants exhibits in this case 45 days -- I'm

10    sorry, 75 days before trial as Your Honor requested.

11:34:17 11          That is two and a half months before trial, an almost

12    unheard of production deadline, and we haven't gone back, and we

13    haven't said, "Oh, by the way, we want to add these exhibits,"

14    or, "Oh, by the way, we left off ten exhibits here or, you know,

15    nine exhibits there."  We tried to be as faithful as we could to

16    the deadline and given exhibits 75 days before trial.

11:34:42 17          And so a lot of this stuff that we're hearing right

18    now in this hearing is just a complete sideshow and completely

19    irrelevant to what the actual evidence will be at trial and what

20    is actually admissible at trial.

11:34:54 21          Just taking some examples that we heard this morning

22    from Mr. Rosen:  How is it possible that it is relevant evidence

23    to just introduce random statements from who knows who about

24    stocks; or Mr. Cooperman's attorney, his example about --

25    Mr. Lewis, his example about how press releases are just

1    admissible?

11:35:16  2            There has to be some foundational hook that the

3    defendant actually saw this material.  You can't just wholesale

4    dump in evidence from who knows where from what corner of the

5    Internet and say that's admissible evidence and not hearsay.  So

6    to a large extent, a lot of these issues --

11:35:31  7            **THE COURT:**  They're saying that about your summaries

8    as well.

11:35:36  9            **MR. ARMSTRONG:**  Understood, Your Honor, but our

10   summaries are categorically different.  Our summaries are their

11   own statements and their own trades.  I think that -- that comes

12   in all day under 801(d)(2)(E) and 801(d)(2)(A).  So there's a

13   categorical difference between a press release grabbed from the

14   Internet and the defendants' own statements.

11:35:58  15           On Ms. Cordova's point about we were, you know,

16   dilatory in producing the false statements, you know, sometimes

17   there's selective amnesia, but my recollection is we all sat in

18   the courtroom and decided, back in March, the exact date we

19   would be producing our expert report that would include the

20   false statements.  So to cry foul after we complied with that

21   and produced them in June strikes me as a little bit untoward.

11:36:23  22           Your Honor, there -- I have tons of issues here that I

23   can discuss.  I don't think Your Honor wants to hear about all

24   of them, but I'm happy to address them --

11:36:29  25           **THE COURT:**  Let's take the severance issue.

11:36:31  1          MR. ARMSTRONG:  Okay.

11:36:33  2          THE COURT:  We have a motion to sever, and Ms. Cordova

          3  says she's ready to go to trial.

11:36:39  4          MR. ARMSTRONG:  Your Honor, how is that not compelling

          5  evidence that if you want to be ready, you can be ready?  On the

          6  law, I think that she is incorrect in that.  The law in the

          7  Fifth Circuit, and even in the Supreme Court, is clear that you

          8  have to show compelling prejudice -- the most compelling

          9  prejudice, and that normally comes when you have irreconcilable

         10  or mutually antagonistic defenses.

11:37:03 11          So, for example, if you have two defendants, and one

         12  says, "The other defendant shot the guy, not me," that's a good

         13  example for a severance.  But just saying, "I want to go on my

         14  own schedule.  Everyone else can do what they like," is not

         15  compelling prejudice of the most significant degree to warrant a

         16  severance, especially --

11:37:21 17          THE COURT:  The fact it's been designated a complex

         18  case, does that get you around any speedy trial issue?

11:37:29 19          MR. ARMSTRONG:  In what sense, Your Honor?

11:37:30 20          THE COURT:  Well, she's saying her client's speedy

         21  trial rights have been violated.

11:37:40 22          MR. ARMSTRONG:  I'm definitely not a speedy trial

         23  guru, but I would say that they're tried together in a

         24  conspiracy, and the Supreme Court law that I'm aware of is that

         25  if you are tried together in a conspiracy, the general rule is

1    that everyone goes to trial together and that any intervening

2    time is, therefore, tolled until everyone is ready to go.

11:38:05  3         Your Honor, there are a number of issues I can

4    address, you know.  The gravamen of this case and the difficulty

5    in this case is that we produced things very, very early, and,

6    you know, I'm not going to sit here and, you know, take pot

7    shots, but we did that for a reason, and now we're being told,

8    oh, by the way, no one's ready.  And the reason why no one's

9    ready is for reasons that, quite frankly, don't bear a lot of

10   fruit and aren't very compelling when they're trying to chase

11   issues and chase causation examples and chase causation theories

12   that should not be admissible in the first place.

11:38:45 13         THE COURT:  All right.  Let's shift over before I talk

14   about the trial setting.  I've heard two -- I think

15   Constantinescu has -- Mr. Williams, maybe it's you -- have the

16   most -- you have the most motions to compel outstanding.

11:39:10 17         MR. WILLIAMS:  No, Your Honor.  Those are

18   Mr. Constantinescu's motions to compel, Mr. --

11:39:14 19         THE COURT:  Okay.

11:39:14 20         MR. WILLIAMS:  We have a motion related to the

21   evidence that if -- in the event -- in the event continuance is

22   denied, but we'll defer on that till your trial --

11:39:23 23         THE COURT:  Let's talk about -- go ahead and have a

24   seat, Mr. Armstrong.  Let's talk about -- because I think this

25   ties in to when we go to trial.  If they're missing evidence, I

1    want to know what it is.  So tell me what you -- issues you

2    think exist.

11:39:41 3          MR. FORD:  Well, I can say with a high degree of

4    certainty that it exists.  We currently have three outstanding

5    Brady motions of material that we know exist and we believe it's

6    highly exculpatory.  That's why we've brought it to the Court's

7    attention.  I'm going to allow my colleague, Ms. Solano, to

8    speak about one of them.  I'd like to speak about the most

9    important, which is our second motion to compel Brady material

10   related to the SEC's finding -- findings about the exact stocks

11   that we're talking about here today.

11:40:12 12         I'll start by saying I'm actually shocked by what

13   Mr. Armstrong just said to conclude his presentation, that he

14   does not believe causation is at issue.  I'm shocked for two

15   reasons.  First is this cutesy term "pump-and-dump" that we

16   hear.

11:40:28 17         It has historically been used in the securities field

18   to describe a specific type of securities fraud, one in which

19   false statements are issued by an insider which causes the price

20   to go up.  The sales by the insider then cause the stock to go

21   down.  That's how we came up with that cute term.

11:40:51 22         If we are not talking about these individual

23   defendants causing the changes in price of these stocks, there

24   are no profits, and there are no losses attributable to them,

25   then we are here -- after thousands of newspaper articles

1    smearing my client's name, we are here talking about what could

2    be no more, after trial, than a technical violation for which

3    nobody made any money and nobody suffered any losses.

11:41:20  4         So we have received the government's expert reports.

5    The expert reports do not disclose that they will be speaking

6    about causation; however, the exhibit list tells a different

7    story.  And each of these so-called exhibits, which are actually

8    fabricated pieces of evidence by the government -- each one of

9    them suggest that the government is going to put on a causation

10   case whereby they say that my client said, "Hey, here's a stock,

11   and here's a little meme about it."  That's what caused the

12   price to go up, and people bought it, and when the price went

13   down, they lost money.

11:41:58 14         That's going to be their case.  They're going to try

15   and back-door it.  Whatever Mr. Armstrong just said when we go

16   to trial, I can assure you he's going to try and back-door this

17   causation issue.  That's -- brings me to the motion to compel.

11:42:11 18         They allege that Mr. Constantinescu made $80 million

19   as part of this scheme.  I have attributed no less than

20   59 million of that to stocks that the Securities and Exchange

21   Commission looked at and determined were meme stocks for which

22   the volume and price increases were indeterminate.  In fact,

23   Maxine Waters, in -- very early in 2021, in February, she

24   ordered a congressional hearing on this.  There was a Senate

25   follow-on.

11:42:37 1    During that, there was -- former chair of the SEC

2    testified, the then-acting SEC chair submitted letters, and now

3    the current SEC chair, Gary Gensler, came and testified to

4    Congress.

11:42:52 5    The issue before the Congress was these -- these meme

6    stocks, GameStop, AMC, NAKD, Sundial, Express, JAGX, what caused

7    this to happen?  And the chair of the SEC stood up and said

8    there was a lot of things that caused it to happen --

11:43:11 9    THE COURT:  Okay.  But those aren't at issue here,

10    though, are they?

11:43:14 11    MR. FORD:  Oh, they are.  That is --

11:43:16 12    THE COURT:  GameStop is at issue here?

11:43:17 13    MR. FORD:  No.  AM- -- NAKD, my client made

14    $9.7 million.  Between January -- between January of 2021 and

15    March 1st of 2021, my client made over $50 million primarily on

16    a handful of stocks.  NAKD, he made over 9,000,000.  Sundial, he

17    made over 17,000,000.  Express, he made over 3,000,000.  And I

18    can go down the list, all meme stocks.

11:43:41 19    Those are listed in the government's calculation of

20    their $114 million number, and they are listed in the 397

21    episodes.

11:43:52 22    THE COURT:  Okay.  They're not in the indictment,

23    though?

11:43:54 24    MR. FORD:  They are not in the indictment.

11:43:56 25    THE COURT:  Okay.  Well, see, this is where I'm at a

1    disadvantage.  You guys know about 397.  I know about the ten or

2    11 that are listed in the indictment.

11:44:04    3         **MR. FORD:**  Right.

11:44:04    4         And what they -- what they've said in their filings

5    now, though, is that they plan to use those 397 as proof of

6    the -- as proof of the conspiracy, one, and then as 404(b).  So

7    they do plan on coming in and talking about these stocks.  This

8    is a major issue in this case because the manner in which my

9    client talked about and traded stocks -- those stocks is no

10    different than any of the other ones.  And we will see, as you

11    learn the facts, that the way my client traded is very different

12    than anything that the government is -- is presenting.

11:44:38    13         The issue is this:  There is no doubt -- no doubt,

14    based on what we submitted to the Court, that the SEC, the DOJ,

15    and the FBI have been involved in a joint investigation.  In

16    fact, the way it appears to us is that the SEC has been driving

17    the bus.

11:44:52    18         Within weeks of the DOJ opening this case, they were

19    on the phone with the SEC requesting the information.  Our first

20    production from the government, almost all SEC materials.  They

21    have been in active communication with the SEC throughout the

22    duration.  It's where they've found their defendants; it's where

23    they found many of their supposed victims; it's how they

24    obtained trade records, Twitter, Atlas, and Discord records; how

25    they obtained search warrants.  They conducted at least over a

1    dozen interviews jointly with the SEC.

2          They did an investigation with the SEC.  They issued

3    their charging instruments on the exact same day, December 14th,

4    2022, which, not by coincidence, the chair of the SEC put a

5    video out and a press release on the same exact day that these

6    guys were indicted saying that they were altering the rules on

7    dark pool trading and, subsequently, that they would be altering

8    the rules on short selling in order to deal with the meme stock

9    phenomenon that occurred throughout 2021.

10         Your Honor, I believe that once I have access to this

11   exculpatory information in the SEC's possession, I can show that

12   at least 75,000,000 of the 80,000,000 attributable to my client

13   came from stocks that the SEC investigated and determined

14   experienced price increases and decreases because of factors

15   that had nothing to do and were far outside of the control of my

16   client.  That other 5,000,000, truthfully, it's stuff he didn't

17   really talk about.  I don't know how it ended up in this case.

18         But this causation issue, we have got to make a

19   decision, and I think we've got to make it here today.  We

20   either exclude the causation element, the government cannot say

21   that these guys caused the price to go up and down, and,

22   therefore, we have no profit and no loss -- that's one option --

23   or, two, we need access to all of the SEC's investigatory file

24   over the past two and a half years when they investigated these

25   episodes.

11:46:56  1          But I -- we do not think that it is reasonable or fair

          2    to allow the government to stand up and say my client made

          3    $80 million or, combined, these gentlemen made $114 million when

          4    I now know that the overwhelming majority -- overwhelming

          5    majority of what my client made came from what the SEC has

          6    deemed to be meme stocks that were caused by many, many factors,

          7    none of which had anything to do with Mr. Constantinescu.

11:47:21  8          **THE COURT:**  What's your position on whether these

          9    stocks not mentioned in the indictment should be -- even be

         10    admissible?

11:47:31 11          **MR. FORD:**  I don't think they should be admissible.  I

         12    agree with Mr. Rybarczyk's attorneys on that point.  I don't

         13    think we should be discussing them.

11:47:38 14          The problem that we get, then, is now they just

         15    dragged my client through the mud for $80 million, and we're

         16    going to show up at trial, and they'll be hard-pressed to -- to

         17    even come up with evidence on a few hundred thousand, because

         18    I'm telling you all of this money that he made, he bought stocks

         19    and held them during these huge waves of this meme stock

         20    phenomenon, and that's where all that money came from.

11:48:01 21          They should not be allowed to wave around a paper in

         22    front of the jury and say he made $80 million.  So I think the

         23    decision is I would -- I would concede they can't talk about

         24    those other episodes, but the follow-on is I think they should

         25    be precluded, and we plan to move *in limine*, if need be -- or we

1    can have the conversation today -- that they should be prevented

2    from discussing any of the stocks that the SEC were --

3    determined to be meme stocks.

11:48:26  4        Now, I don't have a list in my possession, but what I

5    have is the congressional hearing testimony that I've read

6    through.  I've scoured over thousands of pages of congressional

7    testimony and add-ons on this exact issue.

11:48:39  8        **THE COURT:**  Okay.

11:48:40  9        **MR. FORD:**  And these stock tickers that I'm naming,

10    and I -- I'll say them again, that my client made money on NAKD,

11    that episode that appears in their expert's --

11:48:49  12        **THE COURT:**  You may -- spell that.

11:48:51  13        **MR. FORD:**  N-A-K-D; Sundial, S-N-D-L; JAGX, J-A-G-X;

14    Express, E-X-P-R; H-O-F-V; Koss, K-O-S-S.  I can go down the

15    list of these.

11:49:06  16        These are in the definition of meme stock in Maxine

17    Waters's hearing that she organized before Congress.  These are

18    the exact stocks that current acting SEC chair, Gary Gensler,

19    was talking about when he stood in front of Congress.

11:49:21  20        This case -- this is a big case.  This is bigger than

21    what the SEC is representing.  This is something that has been

22    on the mind of all three branches of the United States

23    government since it happened in January and February of 2021,

24    and nobody could come up with a good excuse as to how it was

25    that we saw so many stocks going to the moon.

11:49:47  1          **THE COURT:**  What other documents, besides the SEC

2      records, do you feel fall under Brady that you don't have?

11:49:57  3          **MR. FORD:**  There's -- there's two other categories.

4      I'm going -- I'll discuss one very briefly, and then I'm going

5      to turn it over to Ms. Solano to discuss the next.

11:50:05  6          1099-Bs, these are tax summaries that are issued and

7      required to be issued by all broker dealers.  They are sent to

8      the IRS.  We have, in our possession, tax records from Webull.

9      Now --

11:50:22 10          **THE COURT:**  From what?

11:50:24 11          **MR. FORD:**  Webull, W-E-B-U-L-L.  That's a broker

12     dealer that some of the defendants used.  My client primarily

13     used TD Ameritrade.

11:50:34 14          What I have and what I've seen is the same grand --

15     what appears to be the same grand jury subpoena that goes out to

16     Webull and TD Ameritrade, the prosecutors here, in communication

17     with TD Ameritrade, pressuring them to -- to -- you know, to get

18     these documents.  We then wind up with the Webull 1099-Bs, but

19     we don't have any from TD Ameritrade, TradeZero, which defendant

20     PJ Matlock primarily used, and several other 1099-Bs.

11:51:03 21          The reason these are so -- these are essential to our

22     defense.  I think it is impossible -- impossible for anybody to

23     look at my client's 1099-Bs and believe that, one, he was doing

24     anything wrong, and -- in general, and, two, that he was

25     involved in a conspiracy.

11:51:21  1        What they are is they're concise descriptions of

2    trading activity straight from the source, straight from the

3    broker dealer.  What we got in our possession, over a million

4    documents.  I believe it represents over 50,000,000 pages, trade

5    records that pour on endlessly.  What they did is they gave it

6    to an expert, and they picked and they chose, right, to create

7    this.

11:51:42  8        But what we don't have is the concise end-of-year

9    1099-B tax records.  They disprove things so easily, right?

10   During the last hearing, Mr. Armstrong stood up and said, "Look,

11   he said -- on December 13th, he said it was a great stock, and

12   then he sold it."  But when you look at the 1099-B, what it

13   reveals is that on the following day, he bought right into that

14   stock, and then he continued to do so over the next few weeks.

11:52:05 15        So we can do that without, one, creating misleading

16   summaries, as the government is doing; two, without requiring

17   the jury to look at literally -- literally tens of millions of

18   trades represented in tens of millions of entries on Excel

19   spreadsheets.  I think these 1099-Bs are essential, and what I'd

20   like to be able to do, truthfully, Your Honor, is I'd like to

21   take the other codefendants and line all seven or eight of them

22   up and say, "Look at this.  These guys didn't trade together."

23   So that's why I think those are important.

11:52:36 24        The third category Ms. Solano's going to deal with.  I

25   think this is very critical to this case, and so I hope you'll

1    also give her some attention to discuss this third category of

2    Brady material.  If you have any other questions --

11:52:50 3         THE COURT:  Yes.  Let me ask the defense lawyers

4    present:  Is there -- if I were to order 1099-Bs, that would

5    essentially be ordering your tax -- your client's tax

6    records -- or at least this portion of them, to be -- to the

7    codefendants for them to see.  Does anyone object to that?

11:53:18 8         Obviously, you could enter a protective order that

9    they not be disclosed outside the confines of the case.

11:53:27 10        MR. LEWIS:  No objection from Mr. Cooperman,

11   Your Honor.

11:53:29 12        MR. REYES:  No objection from Matlock, Your Honor.

11:53:31 13        MR. HILDER:  No objection from Mr. Rybarczyk.

11:53:33 14        MR. FERTITTA:  No objection from Mr. Deel.

11:53:36 15        MS. CORDOVA:  No objection from Mr. Hennessey.

11:53:39 16        MR. MALLETT:  No objection.

11:53:40 17        THE COURT:  All right.  The third category?

11:53:42 18        MR. ARMSTRONG:  Your Honor, could I address that one?

11:53:43 19        THE COURT:  Well, I'm going to let you address all

20   three of them in a minute.

11:53:47 21        MR. ARMSTRONG:  Okay.

11:53:50 22        THE COURT:  I just wanted to get rid of the -- if

23   we're going to have a privacy issue, I wanted to know before we

24   got down that road.

11:53:59 25        MS. SOLANO:  Thank you, Your Honor.  So the issue that

1    I'm here to address on this point is a disagreement that we have

2    with the government on what would be considered Brady material,

3    and it pertains to two, kind of, buckets.

11:54:09  4         We've got information where the government -- the

5    government's investigative team either did not investigate that

6    one of its own FBI agents had received $100,000 in trading

7    profits during the time period -- that was obtained during the

8    time period that they've alleged is a conspiracy time period and

9    any investigative efforts to either seek out and have that money

10   returned, or they determined that that money was actually not

11   trading profits, and so they were fine having an FBI agent keep

12   this money even though it was obtained during the time that they

13   have said is an illegal conspiracy involving my client --

11:54:49 14        **THE COURT:**  And how do you know about that?

11:54:52 15        **MS. SOLANO:**  How do we know about the transfer?

11:54:54 16        **THE COURT:**  About the -- an FBI agent that invested

17   and made 100 grand.

11:54:57 18        **MS. SOLANO:**  So, Your Honor, in the bank records that

19   were produced in the course of discovery.  In the bank records

20   of my client, you can see on the bank records themselves that

21   there's $100,000 in the name of this FBI agent that goes to the

22   FBI agent, and this FBI agent is the brother-in-law of my

23   client's estranged wife.

11:55:17 24        **THE COURT:**  Okay.  All right.

11:55:19 25        **MS. SOLANO:**  And so the reason why that -- we think

1    that that is exculpatory is what it appears from the

2    government's subsequent filings, ECF No. 346, that they filed on

3    January 31st, it suggests that their financial analyst and the

4    financial agent who has been on this case and is a part of the

5    investigative team missed this -- missed this $100,000 transfer

6    and didn't know about it or didn't care about it until after it

7    was raised.

11:55:47   8        And the reason why we think that that's so important,

9    Your Honor, is, one, I believe that it is squarely Brady

10   information surrounding either the lack of investigation or that

11   they investigated it, and they determined it didn't matter,

12   because it goes to criticizing the government's investigation,

13   attacking the credibility of the investigation, which under

14   *Kyles v. Whitley* is definitely Brady material.  So that is one

15   bucket.

11:56:14   16        And there is also a potential that if there is a

17   reason that they didn't care that this agent had the hundred

18   thousand dollars, if it's because there's an estranged wife

19   situation, I have no idea, but that would be Brady material, and

20   that is the first bucket, that if they have that material, if

21   they have that information, they need to be producing it to us,

22   including the financial disclosure form that this special agent

23   said he disclosed -- he said that he disclosed this $100,000 on

24   a financial disclosure form with the FBI.

11:56:47   25        It's also important, Your Honor, that any Brady

1    material we get on this -- because the government put in a

2    seizure warrant affidavit, and in that seizure warrant affidavit

3    they made a lot of representations about all of Eddie's money --

4    nearly all of Eddie's money being dirty money, right, which if

5    it's -- if $100,000 was provided to an FBI agent, and that

6    wasn't disclosed in the seizure warrant affidavit, or it wasn't

7    provided in the analysis, then I think that that is fair game

8    when their testifying witnesses get up on the stand, and we can

9    cross-examine them on that.

11:57:22  10         Now, the agent who's the affiant on those seizure

11    warrants is not on their witness list; however, the financial

12    analyst, who is on their witness list, at least through the

13    course of discovery, it looks like she had a large part in

14    drafting and preparing that affidavit.  And if she missed this

15    $100,000, or if she knew about it and chose not to put it in

16    this paper that went before the Court, I think all of that is

17    fair game to attack the credibility of the investigation.

11:57:51  18         The second bucket, Your Honor, is conversations that

19    one of the prosecutors was having about this case and about my

20    client's assets with his wife's divorce attorney.  Now, I don't

21    know what those conversations were because they weren't --

11:58:08  22             THE COURT:  Let's take that up later.

11:58:11  23             MS. SOLANO:  Yes, Your Honor.  That's all I have.

11:58:14  24             THE COURT:  Okay.  Mr. Armstrong?

11:58:16  25             MR. ARMSTRONG:  Um --

11:58:16 1          **THE COURT:**  Or Mr. Carter.  Whoever wants to weigh in.

11:58:21 2          **MR. ARMSTRONG:**  Again, Your Honor, a lot to unpack.

3     Let's start with just the EXPR and correct the record just a

4     little bit because the facts are important, and there are a lot

5     of things being put before Your Honor that are of questionable

6     source material, to say the least -- to say the absolute least.

11:58:44 7          Can I have the ELMO, Your Honor?

11:58:46 8          **THE COURT:**  Yeah.  Don't ask me; ask Rhonda.

11:58:50 9          **THE CASE MANAGER:**  It's not plugged in.

11:58:56 10         **MR. ARMSTRONG:**  I can still stretch.

11:58:58 11         Okay.  Well, I don't need the ELMO.  Your Honor, this

12    is Government Exhibit -- I believe it's 120, and -- may I

13    approach?

11:59:10 14     *(Document handed to the Court.)*

11:59:16 15         **MR. ARMSTRONG:**  Your Honor, this is a government

16    exhibit that's on our witness list, and what this is, this is a

17    direct text message exchange between Mr. Constantinescu,

18    Mr. Hrvatin, and others that are in this room today.  And Mr.

19    -- Mr. Constantinescu -- Mr. Constantinescu's attorney expounded

20    at length about EXPR and how Mr. Constantinescu was just trading

21    EXPR like every other stock that he traded.

11:59:51 22         And so, on January 25th, 2021, he has this exchange

23    about EXPR with Mr. Hrvatin.  Mr. Constantinescu starts, at the

24    top of the page: (Reading) I sold EXPR around four, but I regret

25    it.  It has more juice, but I didn't buy back.  I rarely ever

1  buy back.

12:00:14  2       Mr. Hrvatin's response:  (Reading) Samesies.  Good

3  shit, dude.

12:00:18  4       Mr. Constantinescu says:  (Reading) Why risk it?

12:00:21  5       Mr. Hrvatin says:  (Reading) Congrats, Zack.  Not

6  worth it.

12:00:26  7       On page 2.  Mr. Constantinescu says:  (Reading)

8  Thanks, man.

12:00:30  9       Mr. Hrvatin says:  (Reading) Why rob the same bank

10  twice?

12:00:34 11       I think that fairly captures what's going on with EXPR

12  and is real-time evidence about the trading strategy that these

13  defendants were executing at the time.

12:00:54 14       So that's just one example just to kind of clear some

15  of the underbrush --

12:00:58 16       **THE COURT:**  Let's focus on three categories --

17  actually, four categories because -- the trading records of the

18  codefendants, the SEC records, the 1099s, and the FBI issue.

12:01:20 19       **MR. ARMSTRONG:**  Sure.  So the EXPR example is the

20  example of one of the meme stocks that Mr. Constantinescu's

21  attorney just referenced.  That's why I brought it up, okay?

12:01:29 22       As to the 1099s, that one's the easiest example first.

23  Your Honor, we have produced the trading records and the

24  documents that we have in our possession.  The defendants put on

25  their exhibit lists the 1099s that they are seeking a motion to

1    compel about.  So, quite frankly, it is lost on me what's going

2    on here with this argument about 1099s.

12:01:49  3         They obviously have them in their possession, and

4    they're on their exhibit lists.  So it's mind boggling why we're

5    having this debate about 1099s when they obviously have them,

6    and they plan to introduce them as evidence.

12:02:02  7         THE COURT:  Okay.  The SEC records?

12:02:06  8         MR. ARMSTRONG:  So the analysis that's being glossed

9    over in the extreme is that we only have in our possession

10    information that is part of the prosecution team.

12:02:16 11         THE COURT:  No.  Wait, wait, wait.  Let's go -- back

12    up, though.  When you say "we," who is we?

12:02:21 13         MR. ARMSTRONG:  The prosecution team, the team sitting

14    in this room.

12:02:23 15         THE COURT:  Okay.  It's the United States versus these

16    defendants.  If it's in the possession of the United States,

17    it's in your possession.

12:02:34 18         MR. ARMSTRONG:  So the analysis is that there's the

19    prosecution team, and then there are other federal agencies that

20    may or may not be part of the prosecution team, and that is a

21    very fact-intensive --

12:02:45 22         THE COURT:  Okay.  Well, I'm not recognizing that

23    distinction.  I'm telling you right now --

12:02:48 24         MR. ARMSTRONG:  Okay.

12:02:48 25         THE COURT:  -- if the United States has exculpatory

1    evidence, it owes that to the defendants.

12:02:55  2        **MR. ARMSTRONG:**  So, Your Honor, I understand where

3    you're coming from, but these reports that are being referenced

4    and these reports that are being cited, a lot of them were made

5    before we even had a case that was open, and --

12:03:08  6        **THE COURT:**  I understand that, but -- but if -- that's

7    not the issue.  The issue is:  Is the United States in

8    possession of Brady material?  And if it is, it needs to produce

9    it.  You can't say, "Well, you know, it's -- I don't have

10    anything in my right pocket because it's all in my left pocket."

12:03:31 11        **MR. ARMSTRONG:**  So, Your Honor, I certainly

12    appreciate -- I get what you're saying.  We don't have that

13    information in our possession.  We would have to go ask the SEC

14    for it, which we don't think we, you know, have an obligation to

15    do unless ordered to do so --

12:03:47 16        **THE COURT:**  Okay.  Well, I'm ordering you to do so.

12:03:49 17        **MR. ARMSTRONG:**  Well, then that --

12:03:50 18        **THE COURT:**  Consider that an order.

12:03:51 19        **MR. ARMSTRONG:**  Then the devils are in the details on

20    this one because we can't just ask the SEC for documents, you

21    know, that they can't even describe with any certainty in their

22    own pleadings.

12:04:02 23        **THE COURT:**  Well, here's the problem, and it's -- I'm

24    not saying you're wrong for doing it, but I'm saying it's partly

25    your making, and this is what I'm hearing today.  If you're

1  going to bring in 397 stocks that aren't related to the

2  indictment -- and I'm not saying I -- I'm going to let you do

3  that, but, I mean, I hear you -- that you're trying to do

4  that -- and you can tell me right now you're not, and that's

5  fine.

12:04:38  6  But if you are, they're entitled to say, "Wait a

7  minute.  That doesn't have anything to do with the price of tea

8  in China."  GameStop, you know, went through the roof because

9  there was this underground movement of "stick it to the man,"

10  and, you know, people all over the United States, you know, got

11  in on it, you know.  And if there is an SEC -- if that's part of

12  your case -- and I'm using that one as an example just because I

13  happen to know about that one.  You know, it's what I read in

14  the Wall Street Journal.  I don't have any personal knowledge,

15  but -- you know, they're entitled to combat that, and if you've

16  got an SEC investigation that says, you know, these defendants

17  didn't have anything to do with GameStop going through the roof,

18  they're entitled to see that.

12:05:37  19  **MR. ARMSTRONG:**  Your Honor, I think we have that

20  report.  I -- I don't -- sitting here today, I have no idea what

21  the analysis was that --

12:05:44  22  **THE COURT:**  Well, and I don't know either, but what I

23  hear is you haven't -- you don't -- you've never seen it.  I

24  hear the defendants giving somewhat cogent evidence that it

25  exists.  Now, some of it may be speculation.  Maybe it doesn't

1   exist.  But I'm ordering you to find out if it does, and if it's

2   exculpatory, I'm ordering you to produce it.

12:06:09  3          MR. ARMSTRONG:  So what are you -- to be on the same

4   page, what are you ordering us to go try to find out?

12:06:14  5          THE COURT:  Well, if it's -- if it's -- has to do with

6   any of the stocks in the indictment or it has to do with any of

7   these extraneous stocks that you think you're going to offer

8   into evidence.

12:06:28  9          MR. ARMSTRONG:  But what is Your Honor asking us to

10   actually ask of the SEC?  Because I'm going to get this question

11   if I have to ask the SEC.

12:06:35  12          THE COURT:  Well, I mean, you're going to have to

13   explain Brady to them, to the extent they don't already know

14   what Brady material is, and say that the defendants -- the judge

15   says if there's Brady material inside of this -- your

16   investigation, you have to produce it.  And so if there's

17   exculpatory evidence, you know, you're going to have to get it

18   from the SEC and give it to the defendants.

12:07:03  19          MR. FORD:  Your Honor, if I may interject -- and I

20   apologize for interjection.

12:07:06  21          THE REPORTER:  I'm sorry.  Would you get to a

22   microphone?

12:07:06  23          MR. FORD:  This -- what we're looking for is all

24   information underlying the SEC's conclusion and analyses in the

25   SEC meme stock report, whether prepared before or after DOJ

1  opened its investigation, including information subpoenaed by

2  the SEC from third parties; all information that contradicts the

3  government's allegations in the indictment or the conclusions of

4  its opinion witnesses related to the 19 stock tickers listed, as

5  well as the 397 episodes relied on for the conspiracy; and all

6  information that would otherwise be exculpatory if contained in

7  the DOJ's own files, e-mails, phones.

12:07:54  8          **THE COURT:**  Okay.  And what I'm ordering is not as

9  broad as what he just read.

12:07:58 10         Because the first request you had, I didn't hear the

11  word "exculpatory" -- is to the extent there is Brady material,

12  exculpatory material in any of those categories he read, that's

13  what I'm ordering you to produce.

12:08:20 14         Okay.  Trading records of codefendants.

12:08:24 15         **MR. ARMSTRONG:**  I think that's the 1099 issue, right,

16  Your Honor?

12:08:26 17         **THE COURT:**  Okay.  Are there -- I didn't understand.

18  Do you have the trading record -- the actual trading records of

19  the codefendants?

12:08:35 20         **MR. ARMSTRONG:**  Of course.

12:08:36 21         **THE COURT:**  And have they been produced?

12:08:37 22         **MR. ARMSTRONG:**  Of course.

12:08:38 23         **THE COURT:**  Okay.  All right.

12:08:44 24         **MR. ARMSTRONG:**  And then the third issue, I believe,

25  is the Agent Applegate issue.  Is that right, Your Honor?

12:08:51  1          **THE COURT:**  Yes.

12:08:51  2          **MR. ARMSTRONG:**  So for this one, I think that the

3    facts are important.  Agent Applegate is an agent out of the

4    Texas Bryan station, not the Houston field office where

5    Agent Hale and Agent Dillon work.  And Agent Hale and

6    Agent Dillon were the two FBI agents who were the co-leads -- or

7    Agent Dillon was a secondary on this case.

12:09:20  8          Agent Applegate works primarily on national security

9    issues, and what Agent Hale did was he actually affirmatively

10   put this case in protective status in the FBI's own files.  And

11   so what that means is that the file itself was not even viewable

12   to Agent Applegate, and he was not even aware of the

13   investigation into Mr. Constantinescu until, I believe, the day

14   before the arrest when he was given a courtesy that the husband

15   of his sister was going to be arrested.

12:09:56 16          So the suggestion that Agent Applegate was involved in

17   this case is just not true because we took affirmative steps to

18   wall him off.  And so, therefore, what is the analysis under the

19   law?  Is the fact that he got $100,000 Giglio information?  No,

20   because he's not a testifying witness in this case.  Is it

21   Brady?  I think it really strains the concept of Brady to say

22   that his receipt of $100,000 is somehow Brady information

23   because it doesn't show that Mr. Constantinescu did or did not

24   actually commit the offenses in this case.

12:10:34 25          It could potentially -- and I think there would be a

1    motion *in limine* on this.  It could potentially be used as

2    cross-examination as to other witnesses about their knowledge

3    about whether this fact did or did not happen, but I think

4    that's the extent of that information.  I think that the rabbit

5    hole gets run down pretty quickly thinking about other

6    possibilities to shoehorn the fact of this transfer into

7    actually legal cognizable claims.

12:11:02    8    **THE COURT:**  Okay.  Here's what I want to do:  As I

9    said, I'm granting the motion as to the SEC records.  I would

10    grant -- or I am granting the motion as to the trading records

11    in the 1099-Bs.  I understand, Counsel, that you're telling me

12    that those have already been produced.  So that's not a problem,

13    but if they -- if they haven't been, I'm ordering you to produce

14    them.

12:11:33    15    And it might make things go quicker if you could, you

16    know -- if you have Bates numbers or whatever or tell them what

17    part of the production those are on.

12:11:42    18    **MR. ARMSTRONG:**  Your Honor, just to be clear, I -- I'm

19    concerned that we're talking past each other just a little bit

20    on the trading records point.

12:11:49    21    **THE COURT:**  Go ahead.

12:11:50    22    **MR. ARMSTRONG:**  We do not have the 1099s in our

23    possession.  The defendants have the 1099s in their possession.

24    We have produced, in this case, our -- like, the bank

25    statements, the trading statements, and the trading blotters,

1  every trading document --

12:12:02  2           THE COURT:  Okay.  But you -- but you don't have the

3  1099s?

12:12:04  4           MR. ARMSTRONG:  Exactly.

12:12:05  5           THE COURT:  Okay.  Well, y'all can get them from each

6  other.

12:12:09  7           MR. ARMSTRONG:  They're on their exhibit lists.

12:12:11  8           THE COURT:  So I would strongly suggest that

9  defendants -- but the trading records -- and if you don't have

10  the 1099s, I think just a response in writing that, "We don't

11  have those," suffices.

12:12:25  12           MR. ARMSTRONG:  Certainly.

12:12:27  13           MS. CORDOVA:  Your Honor, if I may just speak on the

14  1099s.  I'm not sure that we do have all of the 1099s even from

15  our --

12:12:33  16           THE COURT:  Well, he's saying he doesn't have them.

12:12:34  17           MR. CORDOVA:  But the U.S. government does have them.

18  They all have to be filed with the IRS.  So he has access to

19  them within the U.S. government.

12:12:41  20           We are not in a position, as far as I can tell --

21  we've looked into this -- to be able to actually go back to the

22  years where those 1099s existed for all of the accounts and

23  collect them ourselves and provide them to defense -- other

24  codefendants' counsel.

12:12:56  25           THE COURT:  So you can't get your own 1099s?

63

12:12:59 1        **MS. CORDOVA:**  Not that we're aware of.  The government

2    has them.  They're in the government's possession.

12:13:03 3        **THE COURT:**  Well, yeah, but the IRS and the

4    government...

12:13:13 5        **MR. LEWIS:**  Your Honor, on that point, some of us do

6    have -- for instance, Mr. Cooperman, Webull is the broker trader

7    he used.  They did provide -- he has them.  Many of them, the

8    defendants, such as Mr. Constantinescu with Ameritrade, do not

9    have them.

12:13:26 10       **THE COURT:**  Can -- what's the -- will -- for instance,

11   will the brokerage house have them?  Will Ameritrade have them?

12:13:33 12       **MR. FORD:**  That's what I'm proposing.  They are on our

13   exhibit list, but we were going to have to Rule 17 them.  To

14   obtain everybody's, we would have to go to, you know -- I mean,

15   these guys used multiple broker dealers.  So the idea was we

16   were -- we put them on the exhibit list with the intent of

17   filing multiple Rule 17 subpoenas to obtain them from the broker

18   dealers.

12:13:53 19       **THE COURT:**  Well, why don't you provide me --

20   obviously, copying Mr. Armstrong with it -- a subpoena or a

21   draft of what you would like, and -- and we'll -- that way

22   everybody will have them, and, you know -- now, they may not

23   turn out to be exculpatory.  They may turn out to be

24   inculpatory, but -- and I think that's the best way to handle

25   that because, otherwise, I mean, you know, what do -- the IRS,

1   what, two weeks ago said they lost, like, 20 billion tax returns

2   or something.  I mean, getting it from the IRS may -- may be

3   problematic.  So let's try it that way.  Prepare a subpoena, and

4   the Court will sign that.

12:14:42  5         All right.

12:14:45  6         **MR. ROSEN:**  Your Honor, just to briefly address, while

7   we're here:  I know the SEC records have been ordered.  We'd ask

8   that the FINRA, a quasi-government agency under the supervision

9   of the SEC, also be ordered to produce those same records.  The

10  lead government expert, Peter Melley, is a FINRA employee.

11  We've gotten some FINRA productions; we haven't gotten a lot.

12  Extraordinarily important.

12:15:06 13         FINRA, when they investigate manipulation or things,

14  they produce a report that often gets sent to the SEC that

15  sometimes travels over to the DOJ, depending on whether criminal

16  involvement.

12:15:18 17         We got one report, stock UUU.  I don't think that's

18  charged here or even in the 397-odd stocks.  My client's listed

19  in that as potentially involved, but then they talk about

20  insiders doing actually -- the actual manipulation like a

21  traditional pump-and-dump -- this guy, Mr. Alt (phonetic), who

22  was actually recently charged by the SEC.

12:15:37 23         So I do ask at least for the 397, as well as for what

24  Mr. Ford raised, that FINRA be ordered to produce that as well.

12:15:44 25         **THE COURT:**  Okay.  I'll include that in my order.

```
12:15:50  1              All right.  Does -- I think that resolves those
          2   issues, Mr. Armstrong.
12:15:57  3              Now, does anybody else have a -- an issue that
          4   involves discovery that we haven't covered?
12:16:05  5         MS. SOLANO:  Your Honor, I'm sorry.  I just didn't
          6   hear what Your Honor's ruling is on the -- the exculpatory data
          7   involving the testifying agent's potentially missing the
          8   $100,000 --
12:16:15  9         THE COURT:  I'm going to actually take that up
         10   separately.
12:16:18 11         MS. SOLANO:  Thank you, Your Honor.
12:16:20 12         MR. ROSEN:  There's one other issue that just relates
         13   to us.  We've gotten E-Trade records from -- from the
         14   government.  It's a little bit weird because they only go back a
         15   year, actually, the paper copies; the statements.  We have these
         16   massive spreadsheets that are the trade -- the actual trades.
         17   There's, like -- they're, like, 25 megabytes each.  They're
         18   enormous.
12:16:41 19              And so just a little odd that we haven't gotten the
         20   actual paper statements.  I just ask for the government to go
         21   back and just make sure those weren't produced by E-Trade
         22   because, usually, they give you -- if you do a subpoena to them,
         23   they give you a couple years' worth of trading data.  We've only
         24   gotten the one year.  So I just wanted to raise that issue.
12:16:56 25         THE COURT:  Would you just check and see if you have
```

1    the paper?

12:16:59 2              **MR. ARMSTRONG:**  Of course.

12:16:59 3              **THE COURT:**  All right.

12:17:00 4              **MS. CORDOVA:**  Your Honor, we also have a motion to

5    compel a -- witness statements, and the issue is that the

6    government has taken a categorical approach to saying they will

7    not produce any testifying witness's e-mail that discusses the

8    search warrant, seizure warrant, any -- any affidavits or expert

9    reports except for the final signed magistrate judge-approved

10   version or in the expert report -- expert-signed version.

12:17:29 11             Now, that's an extraordinary position, in my

12   experience, for the government to take.  We're not saying that

13   every e-mail sent between the testifying agent or an expert and

14   the prosecution is a Jenks-qualified witness statement, but to

15   take a categorical approach that, "We will not be producing any

16   of these materials," is inappropriate and contrary to the law.

12:17:53 17             And, therefore, we've asked for *in camera* review of

18   those materials so that Your Honor can determine which documents

19   are, in fact, witness statements that should be produced.

12:18:02 20             **THE COURT:**  Okay.  Let me take that up with the FBI

21   issue.

12:18:11 22             All right.  I tell you what, why don't we take a 10-

23   or 15-minute stretch break.  Come back at 12:30, and I'm going

24   to go through these motions.

12:18:22 25        *(Recess taken from 12:18 p.m. to 12:36 p.m.)*

12:36:15  1          **THE COURT:**  All right.  Be seated.

12:36:21  2          Okay.  All right.  By my count, we have addressed the

3    Brady motions with one exception.  I haven't ruled yet on the

4    trial setting, but we do have some individual motions from

5    various -- Mr. Rybarczyk has filed an opposed motion to exclude

6    the 397 episodes, which the government has not had time to

7    respond to.  So I'm going to let the government respond to that.

12:37:22  8          He's also filed, if I'm finding it in the right place,

9    a joint motion to dismiss, which is -- again, the government has

10   not had time to respond to that.  So I'm going to let the

11   government respond to that, although I -- I would point out, I

12   mean, basically, it's based on both the Fifth Circuit law and

13   the Supreme Court law that holds you've got to have an actual

14   loss of property, that losing something intangible is not

15   subject to a fraud claim.

12:39:13 16          I will say that both the Supreme Court case, which

17   Justice Thomas wrote, and the leading Fifth Circuit case, which

18   I think Judge Stewart wrote, if I'm right and my memory serves

19   me here -- yeah -- both indicate that if you are deceiving

20   others to obtain something of value, that's also actionable.

21   And so I'm going to wait and rule on those when the government

22   responds.

12:39:52 23          Mr. Armstrong, is ten days enough to respond to those

24   two motions?

12:39:58 25          **MR. ARMSTRONG:**  The extraneous 397 and the motion to

1    dismiss?

12:40:02   2             **THE COURT:**  Yeah.

12:40:02   3             **MR. ARMSTRONG:**  Yeah.  Of course.

12:40:03   4             **THE COURT:**  Okay.  All right.  So you have ten days to

5    respond to that.

12:40:11   6             I have a -- a motion that is still showing as pending,

7    which was Mr. Hennessey's first motion to dismiss, and I'm

8    denying that.

12:40:30   9             And I guess, Ms. Cordova, is there a second set of

10   motions -- there's the -- was the first one.  Is that -- and

11   then there's one that addressed counts 8, 9, and 11?

12:40:48  12             **MS. CORDOVA:**  That was the first one.  The 8, 9, and

13   11 motion to dismiss was the first motion.

12:40:53  14             **THE COURT:**  All right.  That's -- I'm denying that

15   one.  And is there a second one?

12:40:56  16             **MS. CORDOVA:**  We filed that with the other motions to

17   dismiss.  So there was the 8, 9, and 11, which we filed first

18   right after the superseding indictment came out.  Then we filed

19   our big motion to dismiss later.

12:41:05  20             **THE COURT:**  Okay.  So I'm denying the 8, 9, and 11

21   motion to dismiss.

12:41:13  22             I'm trying to look and see what other issues we've got

23   pending.

12:41:30  24             I think I've covered everything until we get to the

25   motion for continuance, and I'm -- I'm denying the motion --

1    Mr. Hennessey's motion to sever.  I'm granting the alternative

2    plea in that motion to sever as well as the other motions for

3    continuance.

12:41:50  4           And while I know, Ms. Cordova, your client would have

5    preferred to go to trial six weeks ago -- six months ago,

6    maybe -- and so I probably know your answer, I'm -- there are

7    two -- I have two windows to try this, and -- and I have,

8    basically, February and April.  And I want some feedback from

9    y'all, and I know, you know, everybody's going to have

10   scheduling, but we're just going to have to declare one of them.

12:42:37 11           But part of the issue in this is how long this trial's

12   going to take.  And since we're all here, I want to talk about

13   that because, you know, I've looked at the witness designations

14   and some people have designated 40 or 50 witnesses; 10,000

15   exhibits.  I mean, what are we realistically talking about?

12:43:03 16           And I understand that sometimes you designate

17   individuals in kind of a CYA fashion, "In case, you know, the

18   sun rises in the west, I may have to put this person on."  But

19   realistically -- and, Mr. Armstrong, let me -- let me start with

20   you.

12:43:23 21           I mean -- and keep in mind that my number one

22   concern -- obviously, I want y'all to get a fair trial.  That's

23   number one, but I also -- 1A is we're going to have to pick a

24   jury, and we're going to have to have that jury, you know, go

25   through all this and listen to all this, and I don't -- I keep

1    looking at this, and I can't see -- I understand the issues with

2    discovery, but I can't see why we're going to have big issues in

3    trying the case.

12:44:06    4    And maybe it's just me, and maybe it's the way I used

5    to try cases and I'm imputing that to y'all, but, I mean, none

6    of these -- no juror's going to look at 10,000 exhibits from one

7    party in a -- in an eight-party case.  I mean, what's --

8    realistically is going to happen is the government's going to

9    put on its case, and each defendant is going to say -- and part

10    of the case, I would imagine, would be cross-examination by the

11    defendant saying, "Well, I see where you picked this one, and

12    you picked this one, but you left out, you know, all these

13    communications between them, and, oh, by the way, they -- they

14    declared a stock dividend in the middle of this, and their stock

15    went through the roof because of this dividend."

12:45:00    16    I mean, I can see all that, but I can't see this case

17    being drug out -- somebody mentioned the *Enron* case, which, of

18    course, is a four-letter word here, not a five.  But I can't see

19    why it would be tried that way.

12:45:21    20    I mean, to me, it would be short, sweet.  Here's the

21    deal from the government's standpoint.

12:45:27    22    And from y'all, from the defense standpoint, it would

23    be, you know, this would be -- the government would be right if

24    this is all you looked at, but what about all this, you know.

25    They didn't count A.  They didn't count B.  They didn't count C,

          1    you know.

12:45:43  2           You know, they omitted two hours' worth of trades or

          3    two hours' worth of back and forth.  I mean, realistically --

          4    and, Mr. Armstrong, we'll start with you.  I mean, how long do

          5    you think the government's going to take to put on its case?

12:46:06  6           MR. ARMSTRONG:  If we're talking purely about question

          7    and answer, question and answer from the United States?

12:46:11  8              THE COURT:  Yeah.

12:46:12  9           MR. ARMSTRONG:  Two weeks.

12:46:14 10           THE COURT:  Why is it going to take that long?  And I

         11    realize we have seven defendants.  So, I mean, I realize that.

12:46:20 12           MR. ARMSTRONG:  So just running through --

12:46:22 13           THE COURT:  A lot of the defendants are cross- -- I

         14    mean, they're cross charged.

12:46:26 15           MR. ARMSTRONG:  So just running through the witness

         16    list in my head, we would have the data expert, for lack of a

         17    better word, Ms. Garibotti.  She would talk about the process

         18    that went into making the charts, which are compelling evidence

         19    in this case.  That would probably be three-quarters of a day to

         20    a day.

12:46:44 21           Then we would have two cooperators in this case,

         22    probably a day for each, just question and answer, question and

         23    answer.  Then we would have a whistleblower in this case, half a

         24    day.  The case agent, half a day.

12:46:59 25           Then we would have the victims in this case to prove

```
 1   up the materiality point.  There are a lot of substantive counts

 2   that are charged, and so we have in the ballpark neighborhood of

 3   10 to 15, I believe, victims, but those are fast witnesses.  I

 4   think that --

 5          THE COURT:  And what are they going to testify, that

 6   "I looked at this Twitter feed, thought it was a great stock,

 7   and I bought it, and I lost my shirt because I listened to the

 8   Twitter feed"?  I mean, what are the -- kind of tell me what a

 9   victim's going to say.

10          MR. ARMSTRONG:  Sure.  So they'll say -- all the

11   stories are different, of course, depending on who followed whom

12   at what point.  But in the main, they would say, "I followed

13   defendant A on Twitter.  I trusted him.  I believed that he knew

14   what he was doing.  If I had known that he was selling at the

15   same time he was telling the world to buy or to hold, that would

16   have been important to my decision to buy the stock in the first

17   place.  And so because I was deceived, because I was misled by

18   the defendant's statements, I was, therefore, harmed."

19          THE COURT:  Okay.  And how do you see these 397

20   uncharged episodes coming in?

21          MR. ARMSTRONG:  So as we said in -- at this point, I

22   forgot which response it was.  There's no universe in which

23   we're going into 397 at all.  I thought that we tried to narrow

24   the issues a little bit and represent to the defendants that we

25   would seek to offer affirmative evidence as to the first 45
```

Timestamps:
12:47:16 (line 5)
12:47:33 (line 10)
12:48:05 (line 19)
12:48:14 (line 21)

1    episodes that are GX1 through 45 with some sub exhibits.

12:48:40  2          So that would be the -- in the main, the universe that

3    we'd offer at trial, and then we'd have to go back -- and I

4    thought about doing this last night, go back and see which other

5    episodes we would add to the actual trial presentation.  I think

6    that there are a few, off the top of my head, that match up text

7    messages that are otherwise exhibits.  And so we'd probably

8    include those, as well, as part of the trial presentation, but

9    there's no universe in which we're going over 100, 200, or even

10   300.

12:49:10 11         The point of those is just to explain the methodology

12   that fed into Ms. Garibotti's ultimate profit amount.

12:49:22 13         **THE COURT:**  And why does that matter?

12:49:26 14         **MR. ARMSTRONG:**  Why does what matter, Your Honor?

12:49:28 15         **THE COURT:**  How much money they made.  I mean, if they

16   committed fraud, they're guilty.  If they didn't commit fraud,

17   they're not guilty.  And whether it's fraud for $10 or fraud for

18   100,000,000, what difference does it make to the jury?

12:49:44 19         **MR. ARMSTRONG:**  I think it goes squarely to motive, to

20   explain why they were doing this, and it goes to their intent,

21   because it was extremely profitable to trade in this manner and

22   hold themselves out as A, when, in fact, they were doing B.  And

23   so it explains why they had skin in the game to act in the way

24   that they did.

12:50:04 25         **THE COURT:**  All right.  Well, I'm going to let you

1    respond to the motion that Rybarczyk filed to exclude those, but

2    I'm telling you right now I'm thinking that's a hard row for you

3    to hoe.  I mean, I'm not seeing that, especially from a legal

4    standpoint, but I'm also seeing it from a practical standpoint.

12:50:26  5    I mean, the minute you introduce that, I'm going to

6    get one of the defense lawyers to stand up and say, "Well, let's

7    go through the facts of that one," and -- and we're trying an

8    uncharged case by that point.  And -- and so keep in mind you're

9    going to need to do some convincing when you reply to that

10    motion.

12:50:56 11    **MR. ARMSTRONG:**  So I totally hear Your Honor on the

12    practical standpoint.  Again, just to underscore, we're not

13    getting into anywhere close to the 397.  I think the

14    three -- the 1 through 45 we are absolutely going to do because

15    a lot of those have contemporaneous text messages and otherwise

16    direct messages between the defendants and show the concert of

17    action and show the conspiracy in action, show them coordinating

18    behind the scenes to do exactly what we are --

12:51:23 19    **THE COURT:**  Well, of course -- and I haven't seen it.

20    So I don't know what they show, but, I mean, that's the kind of

21    thing you're going to have to tell me about, why that would be

22    relevant.

12:51:31 23    **MR. ARMSTRONG:**  Certainly.

12:51:32 24    **THE COURT:**  All right.

12:51:38 25    Who wants to lead off, talk to me about -- the defense

1    lawyers, what do you -- thinking time-wise?  I mean, the way I'm

2    looking at this is we've got to try this in a month.  I mean,

3    we'll be lucky to have a jury for that long.

12:51:55  4         MR. FORD:  I tend to agree with you on that, but I

5    think the issues --

12:51:58  6         THE REPORTER:  I'm sorry.  Microphone.

12:52:02  7         THE COURT:  It's -- yeah, get near a microphone.

12:52:04  8         MR. FORD:  I tend to agree.  We would -- we prefer to

9    move as quickly as possible to keep the jury's attention.  The

10   issue, as we see it from the defense perspective, is the way the

11   government is choosing to prosecute this case.  All of their

12   exhibits are not actual evidence, but summary charts, and

13   they're going to attempt to try this case through experts,

14   specifically people with relationships to the Securities and

15   Exchange Commission, FINRA.  And they're going to bring them in,

16   and they're going to have experts who are going to say, "Hey,

17   look at these summary charts we made.  These guys committed

18   fraud."

12:52:37  19        The defense to that is going to be to have to unpack

20   it, and I think that -- and I'm not joking.  I think two years

21   would be a conservative estimate for trying to unpack what the

22   government is attempting to prove.  As Mr. Rosen, my colleague,

23   said, who also has a lot of experience with this, with a case

24   where there's been charged two, three, four pump-and-dumps,

25   we're oftentimes looking at a several-month-long trial, maybe

1    two months, three months.

12:53:03  2         So I think the nature in which the government is doing

3    it is one issue.  The other really very big issue is this

4    causation thing.  The government has got to take an affirmative

5    stance on whether they're arguing causation.  They either are or

6    they aren't.

12:53:21  7         If they're not going to argue causation, I tend to

8    agree with Your Honor.  I think we could potentially do this in

9    a month, but if they're going to argue causation, we need to be

10   presented the opportunity to come in and say, no, the price

11   fluctuations, the price movements, these guys had nothing to do

12   with that.  There were other factors and variables that caused

13   it, in which case, again, now we're talking about a multi-month

14   endeavor.

12:53:44 15         As far as February or April, our vote would be for

16   April.  Our team -- and I understand all the other teams are

17   prioritizing this case.  We understand the significance

18   of -- and importance.  We're not going to be able to coordinate

19   the scheduling of 20, 25 attorneys.  So I think, when we walk

20   away, if we say April, we're all going to clear it and be ready

21   to do it.

12:54:04 22         But that's our position as far as why it's taking so

23   long.  I think -- I do think a month is a conservative estimate

24   if they're going to push on the causation and their case is

25   primarily going to be built around having SEC and FINRA experts

1    testify about charts that they made.  That's going to take an

2    awful lot of time for each of the codefendants' attorneys to

3    unpack.

4              **THE COURT:**  Let me -- let me mention one thing about

5    that, and it's kind of a little off track from what you just

6    said, but there was one motion -- or notice, I think, that

7    basically said, All right, government, I'm going to make you

8    authenticate everything, and here's -- here's what I -- I don't

9    want to have happen -- and, I mean, if there is some real

10   question about whether a summary is an actual summary, I mean,

11   obviously, that's fair game.

12             But I don't want to have to have a business records

13   person get up here and answer the -- you know, take an hour of

14   testimony just to say these are business records.  I don't want

15   to have to go through with a witness and say, "Okay.  Where is

16   this in the file," when everybody knows it's in the file.

17             Now, having said that, as I said a minute ago, I think

18   it's fair game to say, "Fine.  You picked this from

19   September 3rd and this from September 5th, but look at what

20   happened on September 4th."  That's clearly fair game and -- and

21   good cross-examination, but -- but I don't want to get this

22   trial tied down, when we have important merits to talk about, on

23   something that -- that, quite frankly, y'all should be able to

24   agree on, you know, like, okay, here are the TD -- what is TD

25   trading called?  I can't even remember anymore.

12:56:13  1          **MR. FORD:**  TD Ameritrade.

12:56:15  2          **THE COURT:**  TD Ameritrade.

12:56:16  3          I mean, these are their records.  Okay.  We don't have

4    to have somebody from them come down here and say, "Was this

5    kept in the regular course of business?  Was it made be somebody

6    at the time?"  You know, all that kind of stuff, I don't want to

7    do that because this trial's going to be long anyway.

12:56:32  8          I'm probably going to -- I haven't thought about how

9    I'd do it, although I was getting ready to given the October

10   trial setting.  I'm probably going to do a timing order on

11   everybody.  And in that regard, with regard to the defendants --

12   and it's -- I don't think it's necessarily unfair, but if

13   somebody's already plowed a row, I don't want somebody to come

14   back and plow that same row, you know.

12:56:59 15          I mean, sometimes the best cross-examination is to

16   stand up and say, you know, "Did you see my client's name

17   anywhere on that?"

12:57:07 18          "No."

12:57:08 19          "Thank you."  Sit down, I mean, you know, and let the

20   people that have the dog in the fight on Count 2 or Count 3

21   make -- you know, fight that fight.  They won't need everybody

22   else to help fight it.

12:57:26 23          And what I'm -- I mean, since I am going to grant a

24   continuance, I'm -- I'm just fleshing this out for y'all because

25   I want y'all to really take into consideration how we're going

1    to present this because it's going to take a lot of work.

12:57:43    2         One thing I think y'all should consider -- and I'm not

3    ordering it, but I would think quite helpful, because I'm going

4    to do the voir dire, that y'all might want to get together and

5    do a joint jury questionnaire.  And what we'll do, and what

6    we've done in the past, is we bring the jury in, let's say, on

7    Thursday or Friday, have them answer the questionnaire, and

8    Rhonda speedily copies the answers for everybody and gets them

9    out to you so you have two or three days to look at it before we

10    actually get the jury in here.  I mean, you know, it's -- that's

11    a lot -- in my experience, that's a lot better than saying,

12    okay, here's the answer to the questionnaire, now start

13    questioning, you know.  You know, so you'll have a time to look

14    at it; time to do it.

12:58:40    15         What I normally do is I will do the voir dire

16    generally, but then if there are any individual jurors that

17    people have questions about, we'll bring them in privately

18    outside the presence of the other jurors, and that way we won't

19    taint the panel if we're -- you know, somebody gets up and says,

20    you know, "I hate the government," you know, "I grew up on Ruby

21    Ridge, and then I moved to Waco for the" -- for that episode.

22    And so, you know -- but -- but so I want to -- I want y'all to

23    be thinking about how we're going to do this.

12:59:31    24         I mean, I'm -- quite frankly, I'll tell you right now,

25    I'm worried about where we're going to do it because I'm not

        1    sure this courtroom is big enough.  So I may be negotiating with

        2    Judge Hoyt or Judge Rosenthal to use one of the bigger

        3    courtrooms to do this.

12:59:50  4           But I -- what I really want is a crisp presentation

        5    where -- it's been my experience, and I've had several long

        6    trials, that, you know, most of the prospective jurors are going

        7    to do their best to get out of jury duty, but once they're

        8    picked, they do their best to do their civic duty.  And once

        9    they're on the jury, they're going to do the right thing, but

       10    they hate it when lawyers waste their time.

13:00:25 11           I mean, you know, they hate it when they're

       12    unprepared.  They hate it when they're just asking the same

       13    question over and over again, and, quite frankly, usually they

       14    penalize that lawyer's client eventually.  So I want y'all to

       15    keep in mind -- and I'm giving you now three or four months to

       16    consider how are we going to present this case in a concise

       17    manner.

13:00:51 18           Obviously, you want to protect your clients.

       19    Obviously, the government's trying to get a conviction, and

       20    that's fine to represent your sides of the "V."  That's

       21    expected.  But, you know, how do you make it short and sweet and

       22    impactful for your side where the jury is not just beat up for a

       23    month?

13:01:15 24           Anyway -- all right.  I'm -- I'm going to designate

       25    April as the month.

13:01:19  1              Go ahead.  You want to weigh in?

13:01:23  2         **MR. WILLIAMS:**  Judge, I had a suggestion.  Some of the

3    things -- I think you may have our office bugged because some of

4    the things you mentioned are things that we've actually talked

5    about.  Joint questionnaire, I don't think anybody in this

6    room's going to disagree with that.  We can come up with one we

7    could present to the government.  In my experience, they help

8    both parties exercise their peremptories and, to some extent,

9    their challenges for cause.

13:01:43  10             I agree I think we should explore -- having tried,

11   with Laura, years -- almost ten years ago, an almost-as-large

12   case in Judge Gilmore's courtroom that took, I think, the first

13   six or seven weeks of my youngest child's life, literally.

14   Like, she was born; we got a week continuance for that; and then

15   we started trial.  My wife still hates me over it.

13:02:04  16             I think it's challenging to do it on the ninth floor.

17   I think the 11th, if we could somehow orchestrate that, would be

18   great.  I think that we should have a robust pretrial hearing

19   around the Ides of March, not so we can stab each other like the

20   Roman Senate, but so that we can hash out some of these issues

21   over summary charts.

13:02:24  22             I agree 902(11), 803(6), business records issues, I'm

23   not here to deal with that.  That's -- that's beneath everybody

24   in this room.  I think the Fifth Circuit precedent is so

25   flexible in that regard, we don't need to waste time with that,

1    but there may be very real questions that, if we address

2    sufficiently in advance of an April setting, may streamline the

3    process.

13:02:47  4        But the number one consideration that I would express

5    is that the length of the trial -- and Your Honor has the

6    procedures and the right, under Rule 611 of the federal rules,

7    to address the presentation and the mode of questioning to avoid

8    the waste of time or pettiness and that sort of thing.  I think

9    that's actually in my motion.

13:03:09 10        But the length of this trial is going to be directly

11   proportional to the number of stocks the government presents

12   evidence on.  So that's -- that's the elephant in the room.  If

13   it's the 19 stocks in the indictment, then it's a short trial

14   because I'm not going to be asking questions about 19 stocks,

15   because Mr. Rybarczyk isn't affected by 19 stocks.  So I may not

16   have questions or my colleagues on our team may not have

17   questions of a bunch of the witnesses because they're not about

18   Mr. Rybarczyk.

13:03:40 19        So, for me, that's really a handful of stocks.  So 19

20   in the aggregate, a few per defendant, is -- will dictate the

21   length of the trial because there's no need for seven defense

22   lawyers to question a witness who doesn't lay a hand or doesn't

23   express anything about their client, and Your Honor doesn't have

24   to worry about extraneous information of another, call it 26

25   of -- of they say 45.  Gee, thanks.  There's only 19 in the

1   indictment -- of an additional 26 tickers, let alone another

2   350-odd.

13:04:18   3   So if we can do this trial from around Tax Day to when

4   I usually go on vacation in June, because I'm selfish, the -- I

5   think we can do that --

13:04:30   6   **THE COURT:**  Notice how he went from a month to

7   six weeks?  He just slid right into that.

13:04:38   8   **MR. WILLIAMS:**  Look, if we could do it between April

9   and Memorial Day, I think, with the 19 -- because there are

10   seven defendants, Your Honor.  And I could tell you, oh, we

11   could do it in X, but I've known how long I've taken to

12   cross-examine an important witness, and not to waste time, but

13   just to do it thoroughly and effectively, and I -- Mr. Lewis

14   doesn't appear to be here, but I've seen him in action.  I've

15   tried cases with Laura.

13:05:01   16   I've seen at least half of the lawyers in this room in

17   action.  I have a lot of respect for them, and I don't think any

18   of them usually wastes anybody's time in their questioning.

13:05:09   19   So the -- but, again, it's going to be tied to how

20   many stocks are we dealing with.  The government has 19 chances

21   to prove a conspiracy in a fraud.  If they can't get it done

22   with 19, 45 is -- I mean, it's just piling on.  It's there, and

23   as Your Honor pointed out -- and it's in our motion, and I know

24   they'll have time to respond to it -- loss is an issue for the

25   Court to consider, as is restitution post conviction.

13:05:38  1          So if we can deal with motions *in limine*, like I said,

2    sometime in March because, based on those rulings, people may

3    need to amend their exhibit lists, tailor their

4    cross-examinations, and if we do that the day before voir dire,

5    it doesn't really help people.  If we do it a month out, then it

6    may actually help streamline the case.

13:06:00  7          So those are my suggestions and my observation, that

8    it's just going to be tied to how many stocks are at issue,

9    although I know the government needs time to weigh in on my

10   motion, as do others.

13:06:09 11          **THE COURT:**  Okay.  All right.

13:06:12 12          **MR. ARMSTRONG:**  Your Honor, if I may?

13:06:13 13          **THE COURT:**  Yeah.  Go ahead.

13:06:14 14          **MR. ARMSTRONG:**  So I hear Your Honor on scheduling for

15   next year.  My only concern is that, given Your Honor's order

16   about both FINRA and the SEC, we are, to some extent, beholden

17   to bureaucracies --

13:06:34 18          **THE COURT:**  And you may need to report back to me --

13:06:36 19          **MR. ARMSTRONG:**  Yeah.

13:06:36 20          **THE COURT:**  -- and say, "Judge, this is a bigger deal

21   than you thought it was."

13:06:41 22          **MR. ARMSTRONG:**  I can guarantee you that's going to be

23   the case, Your Honor, because I've dealt with these

24   bureaucracies before, and it's nearly impossible, and things

25   that you think could take a week take 12 weeks just on the most

1    basic, fundamental issues.

13:06:53  2         THE COURT:  Well, and we may have to change.  We may

3    have to -- we may have to move.  April may not work, but I'm

4    hoping it will.  I'm trying to be realistic, which is why I

5    didn't take February.

13:07:04  6         MR. ARMSTRONG:  So I -- I have one suggestion for

7    Your Honor.  I think Your Honor -- I may stand corrected.  I

8    think Your Honor said that we need to make the request to the

9    SEC and FINRA as to all 397.  Did I hear you right?

13:07:18 10         So if Your Honor is inclined to limit our proof at

11   trial to a more discrete set of episodes, I think that would go

12   a long way in, fingers crossed, helping speed along our request

13   to --

13:07:36 14         THE COURT:  Well, I'm not sure --

13:07:37 15         MR. ARMSTRONG:  -- either of these agencies.

13:07:38 16         THE COURT:  I'm not sure that I'm in a position to do

17   that.  You're actually in the better position.  If you want

18   to -- if you want to limit it to the 45 that you've already

19   figured out that these are the most relevant, but the -- the key

20   here, though, is that if -- if it's exculpatory, they get it.

13:08:02 21         MR. ARMSTRONG:  Understood.  I --

13:08:04 22         THE COURT:  I don't want to try this twice.  It's

23   going to be hard enough to try once.

13:08:08 24         MR. ARMSTRONG:  Yeah.  And I understand Your Honor's

25   ruling, and I'm not going to quibble with it.  So we'll do our

1    darndest, of course.

13:08:21    2         THE COURT:  Okay.  Let me -- I want to visit with

3    Mr. Constantinescu's lawyers and the government over that third

4    motion and the FBI issue because I -- it's -- it's his

5    brother-in-law, right, that's the FBI agent?

13:08:50    6         MS. SOLANO:  (Nods head.)

13:08:53    7         THE COURT:  Let me see y'all up here.

13:09:05    8    *(Discussion at bench as follows with Mr. Armstrong,*

9         *Ms. Solano, and Mr. Ford.)*

13:09:16    10        THE COURT:  Not on the FBI issue, but on the

11   conversations with the lawyer issue, I've seen some of those

12   communications.  So far -- and I don't know how much of it I've

13   seen.  I don't think there's anything exculpatory in there.  In

14   fact, it's inculpatory.

13:09:41    15        I mean, there's -- and maybe we want to talk this --

16   just go -- I don't know how much of it you gave me or how much

17   you have other stuff.  I mean, it -- just to be blunt, the

18   government made -- made a motion to -- for me to, basically,

19   take him into custody based on some of the comments he made,

20   which I obviously didn't grant.

13:10:11    21        But there is -- I mean, there's some testimony on --

22   evidence -- "testimony," obviously, that -- that is not very

23   flattering in that third motion.  Now, I don't -- we can discuss

24   it in open court; we can go into chambers and talk about it.

25   You know what I'm talking about, I guess -- or maybe Mr. Carter

87

1    does.

13:10:35  2         **MR. FORD:**  So, Your Honor, if I just -- to parse

3    through it --

13:10:38  4         **THE REPORTER:**  I'm sorry.  If you could speak into

5    that microphone (indicating) there.

13:10:38  6         **MR. FORD:**  So just to parse through it, we've got the

7    two issues.  So we put in and we find out two things, one about

8    the brother-in-law and the transfer of the $100,000.  Obviously,

9    there's a marital dispute happening here.  We find out that one

10   of the AUSAs goes and talks, and what we've -- the reason we

11   view it as an exculpatory statement is one *Kyles v. Whitley*,

12   which said if there's any doubt about the investigation, that's

13   fair game.

13:11:07 14         Now, is that going to be my trial strategy?  Don't

15   know, but I'm entitled to at least look at it -- and, two, these

16   sort of contradictory positions where on the one hand they're

17   saying he made $89, and the other hand they're saying he gave

18   that money to the brother-in-law FBI agent sister.  That is a

19   little strange.  We just -- normally, when you rob the bank and

20   steal the gold bars, the government doesn't ask we give them to

21   the FBI's agent's sister.  So that was that.

13:11:34 22         We've heard, then, the response of the government

23   well, hey, he should go to jail for trying to get this Brady

24   material.  What has happened, you know, they lived apart for

25   some time now in separate houses, obviously really struggling

1    with money.  My client is dating somebody.  He's in a

2    relationship.

13:11:51  3          She went out of town to France.  They were hanging

4    out, the soon to be ex-wife, going to the bar, you know, hanging

5    out; go -- spending time together.  When the girlfriend got

6    back, I think she got very upset.  And so at least some of what

7    then transpired were through these text message communications

8    that we have a couple things.

13:12:11  9          We have all of their text message correspondence

10   between Mr. Constantinescu and his wife, as well as eyewitness

11   testimony that whatever was happening, you know, it wasn't

12   contentious.  I think they were actually really enjoying one

13   another's company.

13:12:25  14          That said, it leads into another thing that we have

15   outstanding, which is the money issue that my client is

16   suffering.  I don't want to make this a sort of family law

17   issue.  He wants to be supporting his wife.  He has for a long

18   time --

13:12:37  19          **THE COURT:**  Well, I think you made a motion to -- to

20   sell certain property, and the government has come back,

21   basically, and said, "We're okay with everything but the

22   Bentwater house."

13:12:47  23          **MR. ARMSTRONG:**  Yep.  That's correct.

13:12:48  24          **THE COURT:**  All right.  And so I'm granting that --

13:12:50  25          **MR. FORD:**  Okay.

13:12:51  1                THE COURT:  -- in hopes that helps ease that pain.

13:12:59  2                MS. SOLANO:  Your Honor, can I ask, just so I

3      understand:  You said you had something *ex parte* that was

4      unflattering.  Were they conversations between the divorce

5      attorney and the AUSA, or were they --

13:13:10  6                THE COURT:  It was with the wife --

13:13:13  7                MS. SOLANO:  Okay.

13:13:13  8                THE COURT:  -- recounting conversations with your

9      client.

13:13:16 10                MR. FORD:  Through the 302, yeah.  I mean, that's the

11      sort of thing that -- and I don't think we need to burden you,

12      if you're not interested, but the text message chain, it sounds

13      as exactly what I described.  Like, two people who were hanging

14      out while the girlfriend was away, and then the wife [sic] got

15      very angry when she came back into town.  So I'll just leave it

16      at that.  So I don't think we need to go down the road, if

17      you're not concerned.

13:13:37 18                THE COURT:  Yeah.  I don't think it -- I mean, I'm

19      just telling you I don't think it's dirty laundry you need to

20      air, necessarily, and I'm not going to allow it into evidence,

21      but I can promise you, at least as far as what I've seen, there

22      wasn't anything exculpatory.  If anything, it was inculpatory.

13:13:54 23                MS. SOLANO:  So what we were trying to accomplish and

24      make sure of is our understanding -- and we weren't a party to

25      those conversations, and we don't think that they were

1    memorialized, with the exception of certain e-mails, is in the

2    event that the AUSA was telling the defense attorney on -- or,

3    I'm sorry, the divorce attorney anything related to our client's

4    assets, his availability of those assets to a third party --

13:14:23  5         THE COURT:  I've seen nothing on that, and I don't

6    know if it exists or not.

13:14:27  7         MR. ARMSTRONG:  Your Honor, I believe that we attached

8    the relevant e-mails to our response, and you can ask

9    Mr. Carter.  He was the one who discussed this with the divorce

10    attorney.  But we also stand by our briefings and stand by the

11    communications that we attached to our --

13:14:41  12         THE COURT:  Have they seen it?  Have they seen the

13    communications?

13:14:44  14         MR. ARMSTRONG:  I believe so.  They were filed as part

15    of our response.

13:14:46  16         THE COURT:  Okay.

13:14:47  17         MS. SOLANO:  So, so long as -- because obviously,

18    right, Brady includes things that are not just in e-mail, right?

19    So to the extent the AUSA had a conversation that he didn't

20    memorialize, right, because he's not an FBI agent, it wouldn't

21    be normal for him to write a report on something like that.  If

22    the AUSA had any conversations with the divorce attorney where

23    he was talking about our client's assets or the availability of

24    our assets, we would just ask that the substance of that

25    conversation be provided to us as Brady.

13:15:20 1          **THE COURT:**  I don't see how it's Brady either.

13:15:22 2          **MS. SOLANO:**  So I think we think it's Brady because if

3     the AUSA is telling a third party that it's fine for that third

4     party to have $10,000 a month of Constantinescu's assets when,

5     simultaneously, the government -- and particularly on count

6     21 -- is saying that -- that all of his money is dirty money,

7     it's forfeitable, it's money laundering, we would respectfully

8     say that those are inconsistent positions, and it cuts against

9     the argument that the government thinks that all of his money is

10    the result of fraud.

13:15:56 11         **THE COURT:**  Okay.  I'm not seeing that, but -- but --

12    here's what I'm going to do:  Set aside your -- what you filed

13    on your motion; file me a direct brief saying, "Here's what we

14    want concerning the FBI, and here's what we want," and then you

15    guys respond to it --

13:16:20 16         **THE REPORTER:**  Your Honor, I'm sorry.  I'm having a

17    hard time hearing you with all of the --

13:16:20 18         *(To the open court as follows.)*

13:16:30 19         **THE COURT:**  Can y'all hold it down?

13:16:30 20         *(Discussion at the bench continued as follows.)*

13:16:30 21         **THE COURT:**  You know, take ten days.  You take

22    ten days to respond to it.  I mean, the response is, "Look, it

23    didn't happen."  That's great.  I mean, that -- that eases their

24    pain, and if it's -- the response is, "Well, it may have

25    happened, but we don't think it's Brady," then just do that.

1    Let's find that out.  And the same thing with the FBI.

13:16:53 2           Now, let me emphasize to all concerned here that I am

3    a judge from the civil side of things.  So I'm kind of allowing

4    discovery on the one hand, as you heard today, but just because

5    it's discovery doesn't mean it's admissible, and just -- you

6    know, so I'm not -- you're going to maybe have to do some

7    convincing to me that that ever comes into evidence on

8    something, but -- but -- so you guys just file a straightforward

9    motion --

13:17:29 10          **MS. SOLANO:**  Yes, Your Honor.

13:17:30 11          **THE COURT:**  -- and -- and you file a straightforward

12   response, and I'll deal with that -- those two issues

13   separately.

13:17:38 14          But -- and -- because I have not focused on the

15   attorneys talking and why that would be Brady because -- quite

16   frankly, one thing you better put in your motion is explain to

17   me how that's Brady because, right now, I'm not seeing it.

13:17:54 18          **MS. SOLANO:**  Yes, Your Honor.  We'll make sure.

13:17:56 19          **THE COURT:**  Okay.  All right.  Thank you.

13:18:00 20          **MR. ARMSTRONG:**  Thank you Judge.

13:18:01 21          **MS. SOLANO:**  Thank you, Your Honor.

13:18:02 22       *(End of discussion at bench.)*

13:18:12 23          **THE COURT:**  All right.  I'm going to issue a new

24   scheduling order.  I am going to set aside days probably in late

25   March.  I may try to -- I don't know how -- you know, I'm so old

1    I don't worry about spring break, but I may try to work around

2    the fact that some of y'all may have spring break and kids that

3    you need to attend to.  But I'll try to work around the two

4    major spring -- weeks of spring break, but I'll probably hold a

5    couple days' worth of hearings.

13:18:41 6          Keep in mind I want to preadmit everything.  So, I

7    mean, when we start the trial, I don't want to have fights over

8    evidence.  I want to have those fights resolved because that

9    will speed things up, especially if, you know -- I mean, you

10   think a jury hates you wasting time, when you have to get up and

11   kick them out of the courtroom and bring them back in three or

12   four times, you know, they really hate that.

13:19:12 13         So plan on -- and when you get the order, you'll see

14   it.  It'll probably give you a date, but that -- that may be a

15   couple days' worth of hearings, and, you know, you may want to

16   plan your staffing.  If you've got somebody that knows, you

17   know, about the case, but there's somebody else that really

18   knows about the exhibits, you know, it's -- that latter person

19   may be the most important person -- the person that actually

20   knows about the documents or knows about the issues will be the

21   one that you may want at that hearing.

13:19:48 22         All right.  I will issue that order.  Is there any

23   pertinent motion, or any motion at all, that we haven't talked

24   about?

13:19:58 25         Go ahead, Mr. Armstrong.

13:20:01  1           **MR. ARMSTRONG:**  Your Honor, just one very discrete

2   issue to raise right now.  This is an issue raised by Mr. Lewis.

3   He represented, in a document that was presented to the Court,

4   that Mr. Cooperman has in his possession documents and

5   information that is relevant to this case, and we have made

6   numerous reciprocal discovery requests of all the defendants,

7   and to date we have not received anything in response.

13:20:25  8           So, obviously, if they're sitting on material that's

9   important and that is potentially relevant, we would ask that

10  that information be produced to us by a date certain.

13:20:33 11           **THE COURT:**  Who tagged in for Mr. Lewis?

13:20:39 12           **MR. ZADEH:**  Sina Zadeh, Your Honor.

13:20:41 13           **THE COURT:**  All right.  Talk to him, and what I want

14  is I want that produced by the end of the month to the

15  government.

13:20:47 16           **MR. ARMSTRONG:**  Does that apply to all defendants,

17  Your Honor?

13:20:49 18           **THE COURT:**  Yeah.

13:20:49 19           **MR. ARMSTRONG:**  Thank you.

13:20:49 20           **THE COURT:**  If anybody owes the government discovery,

21  let's try to get it to them by the end of the month.

13:20:55 22           **MR. ARMSTRONG:**  Thank you.

13:20:55 23           **MR. ZADEH:**  Yes, Your Honor.

13:20:56 24           **MS. CORDOVA:**  Your Honor, we had a motion to compel

25  pending.  I don't know if you're going to take that up today.

1    We just mentioned it earlier, the witness statements.  The

2    government has done a blanket denial of producing those.

13:21:06  3         THE COURT:  Tell me:  What statements -- are you

4    trying to make them create a statement?

13:21:12  5         MS. CORDOVA:  No, no, Your Honor.  These are e-mails

6    by the case agent and the expert witness that are Jencks

7    material because they relate to the substance of their

8    testimony, and the government has taken the position that any

9    e-mail that is not a -- attaching a final draft affidavit is not

10   a witness statement under Jenks and, therefore, not producible.

13:21:36  11        The way we read the law, it is a question of is that

12   person, is that their -- is it a statement?

13:21:43  13        We're not saying every e-mail ever sent by the

14   testifying agent or the expert witness is Jencks, but what we're

15   saying is it is completely beyond comprehension that there would

16   not be any e-mails about the expert reports; about the

17   affidavits in this case that are not, in fact, Jencks, and we ask

18   for production of those materials.

13:22:02  19        THE COURT:  All right.  Mr. Armstrong, have you

20   replied to that?

13:22:05  21        MR. ARMSTRONG:  Yes.

13:22:05  22        THE COURT:  Because I'm not familiar with it.  I'll

23   have to study up on that one.

13:22:08  24        MR. ARMSTRONG:  Yes, Your Honor.  We actually filed

25   the law that a draft of a, for example, search warrant, or a

1    draft of an expert report is not Jencks because it is not the

2    final statement that has been approved or adopted by the actual

3    witness.  That's why we have disclosures, so that you can

4    actually have the actual statement of the witness as the final

5    copy, and that's the statement.

13:22:30  6        THE COURT:  Let me look at that issue.  I'm not

7    prepared to rule on that.

13:22:34  8        MR. ARMSTRONG:  Thank you, Judge.

13:22:35  9        MS. CORDOVA:  And, Your Honor, one other thing, just

10    for the record.  We'll note that we object to the continuance,

11    and we would ask for the earlier date rather than the later

12    date --

13:22:42  13        THE COURT:  I understand --

13:22:43  14        MS. CORDOVA:  -- but we understand your ruling.

13:22:44  15        THE COURT:  -- and I've overruled that.  All right.

16    Thank y'all.

13:22:48  17        (Proceedings concluded at 1:22 p.m.)

18                          -o0o-

19        I certify that the foregoing is a correct transcript

20    from the record of proceedings in the above matter.

21

22    Date:  September 15, 2023

23                    /s/ Heather Alcaraz
                      Signature of Court Reporter

24

25

**MR. ARMSTRONG: [66]**
35/23 37/9 38/1 38/4 38/19
38/22 49/18 49/21 52/25
53/2 53/10 53/15 54/19 55/8
55/13 55/18 55/24 56/2
56/11 56/17 56/19 57/19
58/3 58/9 59/15 59/20 59/22
59/24 60/2 61/18 61/22 62/4
62/7 62/12 66/2 67/25 68/3
71/6 71/9 71/12 71/15 72/10
72/21 73/14 73/19 74/11
74/23 84/12 84/14 84/19
84/22 85/6 85/15 85/21
85/24 88/23 90/7 90/14
92/20 94/1 94/16 94/19
94/22 95/21 95/24 96/8
**MR. CORDOVA: [1]**
62/17
**MR. FERTITTA: [2]**
24/16 49/14
**MR. FORD: [20]** 40/3
42/11 42/13 42/24 43/3
45/11 46/9 46/13 47/3 47/11
58/19 58/23 63/12 75/4 75/8
78/1 87/2 87/6 88/25 89/10
**MR. HILDER: [1]** 49/13
**MR. LEWIS: [6]** 14/4 14/6
14/17 17/9 49/10 63/5
**MR. MALLETT: [3]**
31/10 31/12 49/16
**MR. REYES: [2]** 28/21
49/12
**MR. ROSEN: [8]** 5/18
5/20 6/4 7/3 9/19 10/11 64/6
65/12
**MR. WILLIAMS: [4]**
39/17 39/20 81/2 83/8
**MR. ZADEH: [2]** 94/12
94/23
**MS. CORDOVA: [12]**
4/18 27/18 49/15 62/13 63/1
66/4 68/12 68/16 94/24 95/5
96/9 96/14

19/10 19/23 22/23 49/25
50/15 50/18 50/25 52/23
65/5 65/11 86/6 89/2 89/7
89/23 90/17 91/2 92/10
92/18 92/21
**THE CASE MANAGER:**
**[1]** 53/9
**THE COURT: [134]**
**THE REPORTER: [4]**
58/21 75/6 87/4 91/16

**$**

**$10 [1]** 73/17
**$10,000 [1]** 91/4
**$100,000 [11]** 32/6 50/6
 50/21 51/5 51/23 52/5 52/15
 60/19 60/22 65/8 87/8
**$114 [2]** 42/20 45/3
**$114 million [2]** 42/20 45/3
**$2 [1]** 11/3
**$2 million [1]** 11/3
**$2,000 [1]** 32/6
**$20,000 [1]** 32/7
**$50 [1]** 42/15
**$50 million [1]** 42/15
**$600,000 [1]** 35/6
**$80 [4]** 41/18 45/3 45/15
 45/22
**$80 million [4]** 41/18 45/3
 45/15 45/22
**$89 [1]** 87/17
**$9.7 [1]** 42/14
**$9.7 million [1]** 42/14

**-**

**-- every [1]** 10/6
**-- I [1]** 71/13
**-- Mr. Constantinescu --**
 **Mr. Constantinescu's [1]**
 53/19
**-- only [1]** 10/15
**-- who [1]** 7/24
**-o0o- [1]** 96/18

**/s [1]** 96/23

**0**

**0040 [1]** 1/24
**02110 [1]** 2/14
**0801 [1]** 1/14

**1**

**10 [2]** 66/22 72/3
**10,000 [2]** 69/14 70/6
**100 [2]** 50/17 73/9
**100,000,000 [1]** 73/18
**1000 [1]** 1/16
**1001 [1]** 3/6
**10016 [1]** 1/24
**1099 [1]** 59/15
**1099-B [2]** 48/9 48/12
**1099-Bs [7]** 47/6 47/18
 47/20 47/23 48/19 49/4
 61/11
**1099s [13]** 54/18 54/22
 54/25 55/2 55/5 61/22 61/23
 62/3 62/10 62/14 62/14
 62/22 62/25
**10:00 o'clock [1]** 6/23
**10:42 [1]** 1/6
**11 [6]** 43/2 68/11 68/13
 68/17 68/20 81/22
**11th [1]** 81/17
**12 [1]** 84/25
**120 [1]** 53/12
**1207 [1]** 3/3
**125,000 [1]** 25/24
**12:18 [1]** 66/25
**12:30 [1]** 66/23
**12:36 [1]** 66/25
**13th [1]** 48/11
**1400 [1]** 1/13
**1401 [1]** 3/10
**14th [1]** 44/3
**15 [3]** 32/3 72/3 96/22
**15-minute [1]** 66/23
**1500 [1]** 2/3
**1545 [2]** 2/6 2/17

**1**

**16th [2]** 20/24 21/5
**17 [2]** 63/13 63/17
**17,000,000 [1]** 42/17
**18-hour [1]** 16/23
**1800 [1]** 2/4
**19 [11]** 10/23 13/15 16/6
 59/4 82/13 82/14 82/15
 82/19 82/25 83/20 83/22
**19 -- because [1]** 83/9
**19 -- I [1]** 10/12
**1900 [2]** 2/25 3/10
**1:22 [1]** 96/17
**1A [1]** 69/23
**1st [1]** 42/15

**2**

**2 percent [1]** 32/7
**20 [5]** 24/21 26/17 32/3 64/1
 76/19
**200 [2]** 2/6 73/9
**20005 [1]** 1/14
**202 [1]** 1/14
**2021 [6]** 41/23 42/14 42/15
 44/9 46/23 53/22
**2022 [2]** 21/8 44/4
**2023 [2]** 1/9 96/22
**20th [1]** 20/24
**21 [2]** 33/14 91/6
**212 [1]** 1/24
**214 [1]** 3/14
**22 [1]** 34/15
**225 [1]** 2/14
**2255s [1]** 13/11
**227-4444 [1]** 2/18
**23 [2]** 29/7 34/16
**2300 [1]** 1/16
**2323 [1]** 3/13
**236-1900 [1]** 2/25
**23rd [5]** 5/15 5/17 6/24
 16/18 18/7
**24 [1]** 1/23
**25 [1]** 76/19
**25 megabytes [1]** 65/17

**250-5584 [1]** 3/17
**25th [1]** 53/22
**26 [2]** 82/24 83/1
**26th [1]** 2/14
**275 [1]** 1/23
**29th [1]** 34/4
**2:55 p.m [1]** 7/14

**3**

**3,000,000 [1]** 42/17
**300 [1]** 73/10
**302 [1]** 89/10
**31st [1]** 51/3
**346 [1]** 51/2
**350-odd [1]** 83/2
**353-0801 [1]** 1/14
**370-1800 [1]** 2/4
**3700 [1]** 1/20
**383 [1]** 31/20
**388 [1]** 33/14
**397 [21]** 5/1 9/13 9/21 9/23
 10/10 10/13 11/11 13/14
 26/18 42/20 43/1 43/5 57/1
 59/5 64/23 67/6 67/25 72/19
 72/23 74/13 85/9
**397-odd [1]** 64/18
**3:00 p.m [1]** 7/15
**3rd [1]** 77/19

**4**

**4,500 [2]** 25/25 26/2
**40 [2]** 13/17 69/14
**404 [1]** 43/6
**4444 [1]** 2/18
**4449 [1]** 3/11
**45 [10]** 10/15 10/19 36/4
 36/9 72/25 73/1 74/14 82/25
 83/22 85/18
**4:22-CR-612 [1]** 1/5
**4th [1]** 77/20

**5**

**5,000,000 [1]** 44/16
**50 [1]** 69/14
**50,000,000 [1]** 48/4

**503-6388 [1]** 1/21
**512 [2]** 1/21 2/4
**515 [1]** 3/16
**523-7878 [1]** 3/4
**5300 [1]** 2/24
**545-9790 [1]** 3/7
**5584 [1]** 3/17
**567-9000 [1]** 1/17
**59 [1]** 41/20
**5th [4]** 33/22 33/24 34/3
 77/19

**6**

**60 [1]** 28/1
**600 [1]** 3/13
**611 [1]** 82/6
**612 [1]** 1/5
**617 [1]** 2/15
**6187 [1]** 3/14
**620 [1]** 1/20
**6388 [1]** 1/21
**655-9111 [1]** 2/12
**66 [1]** 10/3
**6th [1]** 33/22

**7**

**700 [1]** 2/17
**700 percent [1]** 11/5
**713 [8]** 1/17 2/7 2/12 2/18
 2/25 3/4 3/11 3/17
**723-9900 [1]** 2/21
**725-8743 [1]** 2/7
**75 [2]** 36/10 36/16
**75,000,000 [1]** 44/12
**750 [1]** 2/24
**752-4449 [1]** 3/11
**75201 [1]** 3/13
**77002 [3]** 1/17 3/7 3/17
**77006 [1]** 2/11
**77007 [1]** 2/24
**77008 [3]** 2/7 2/18 2/21
**77010 [1]** 3/10
**77019 [1]** 3/4
**78701 [1]** 2/4
**78738 [1]** 1/21

**7**

**7878 [1]** 3/4

**8**

**80,000,000 [1]** 44/12
**8004 [1]** 3/16
**801 [2]** 37/12 37/12
**802-9157 [1]** 2/15
**803 [2]** 3/6 81/22
**819 [1]** 2/11
**832 [2]** 2/21 3/7
**858-0040 [1]** 1/24
**8743 [1]** 2/7

**9**

**9,000,000 [1]** 42/16
**90 percent [1]** 7/6
**900-plus [1]** 20/12
**9000 [1]** 1/17
**902 [2]** 2/20 81/22
**9111 [1]** 2/12
**9157 [1]** 2/15
**919 [1]** 2/3
**953-6187 [1]** 3/14
**9790 [1]** 3/7
**9900 [1]** 2/21

**A**

**A.M [1]** 1/6
**AARON [1]** 1/19
**able [9]** 22/24 23/3 23/4
 32/1 33/19 48/20 62/21
 76/18 77/23
**about -- because [1]** 39/24
**about -- go [1]** 39/23
**above [1]** 96/20
**absent [3]** 25/8 27/7 27/9
**absolute [1]** 53/6
**absolutely [4]** 16/15 16/16
 18/5 74/14
**access [7]** 20/7 25/3 27/2
 30/22 44/10 44/23 62/18
**accessible [2]** 22/20 22/22
**accomplish [1]** 89/23
**accounts [1]** 62/22

**accurate [4]** 20/9 20/16
 26/14 29/16
**acknowledge [1]** 27/6
**act [2]** 27/25 73/23
**acted [1]** 18/23
**acting [3]** 35/10 42/2 46/18
**action [5]** 1/4 74/17 74/17
 83/14 83/17
**actionable [1]** 67/20
**active [1]** 43/21
**actively [1]** 27/3
**activity [2]** 33/5 48/2
**actual [15]** 20/2 20/2 30/5
 34/25 36/19 59/18 64/20
 65/16 65/20 67/13 73/5
 75/12 77/10 96/2 96/4
**actually [38]** 4/7 7/23 7/24
 11/18 20/9 23/3 23/6 23/8
 23/18 25/25 26/12 30/4 30/5
 31/4 36/20 37/3 40/12 41/7
 50/10 54/17 58/10 60/9
 60/24 61/7 62/21 64/20
 64/22 65/9 65/15 79/10 81/4
 82/9 84/6 85/17 88/12 93/19
 95/24 96/4
**actually -- so [1]** 30/4
**acutely [1]** 17/1
**adamantly [1]** 5/3
**add [5]** 19/12 29/1 36/13
 46/7 73/5
**add-ons [1]** 46/7
**added [1]** 22/10
**addition [4]** 19/16 20/17
 23/20 24/12
**additional [4]** 20/25 22/6
 35/21 83/1
**address [8]** 37/24 39/4
 49/18 49/19 50/1 64/6 82/1
 82/7
**addressed [2]** 67/2 68/11
**adequately [1]** 36/5
**admissible [8]** 17/19 36/20
 37/1 37/5 39/12 45/10 45/11
 92/5

**admission [1]** 12/12
**adopt [1]** 31/19
**adopted [1]** 96/2
**adroitly [1]** 17/25
**advance [1]** 82/2
**advises [1]** 34/23
**affected [1]** 82/15
**affiant [1]** 52/10
**affidavit [6]** 25/10 52/2
 52/2 52/6 52/14 95/9
**affidavits [2]** 66/8 95/17
**affirmative [3]** 60/17 72/25
 76/4
**affirmatively [1]** 60/9
**after [10]** 15/13 19/5 20/18
 29/25 37/20 40/25 41/2 51/6
 58/25 68/18
**again [11]** 9/4 9/11 13/17
 18/25 46/10 53/2 67/9 74/12
 76/13 80/13 83/19
**against [4]** 11/18 21/18
 32/11 91/8
**agencies [2]** 55/19 85/15
**agency [1]** 64/8
**agent [30]** 28/13 50/11
 50/16 50/21 50/22 50/22
 51/4 51/17 51/22 52/5 52/10
 59/25 60/3 60/3 60/5 60/5
 60/5 60/6 60/7 60/8 60/9
 60/12 60/16 66/13 71/24
 86/5 87/18 90/20 95/6 95/14
**agent's [2]** 65/7 87/21
**agents [2]** 50/6 60/6
**aggregate [1]** 82/20
**ago [8]** 20/21 20/24 29/14
 64/1 69/5 69/5 77/17 81/11
**agree [10]** 8/12 10/11 27/18
 45/12 75/4 75/8 76/8 77/24
 81/10 81/22
**agreed [1]** 33/16
**agreements [2]** 27/5 27/5
**ahead [6]** 9/4 39/23 61/21
 81/1 84/13 93/25
**air [1]** 89/20

**A**

**Alcaraz [2]** 3/15 96/23
**ALEJANDRO [1]** 2/2
**allegations [1]** 59/3
**allege [1]** 41/18
**alleged [7]** 5/2 11/8 15/18 24/3 25/23 25/23 50/8
**allow [3]** 40/7 45/2 89/20
**allowed [1]** 45/21
**allowing [2]** 27/21 92/3
**almost-as-large [1]** 81/11
**alone [1]** 83/1
**along [1]** 85/12
**already [6]** 15/6 29/2 58/13 61/12 78/13 85/18
**Alt [1]** 64/21
**altering [2]** 44/6 44/7
**alternative [2]** 4/14 69/1
**although [3]** 67/11 78/9 84/9
**always [2]** 7/5 34/11
**AMC [1]** 42/6
**amend [2]** 33/16 84/3
**Amendment [3]** 13/1 28/16 29/4
**AMERICA [1]** 1/4
**American [1]** 17/5
**Ameritrade [8]** 47/13 47/16 47/17 47/19 63/8 63/11 78/1 78/2
**amnesia [1]** 37/17
**amount [4]** 5/22 18/12 26/17 73/12
**ample [1]** 14/12
**analyses [1]** 58/24
**analysis [6]** 30/18 52/7 55/8 55/18 57/21 60/18
**analyst [2]** 51/3 52/12
**analyzed [2]** 5/25 21/10
**ANDREW [2]** 1/8 2/16
**angry [1]** 89/15
**ankle [1]** 5/8
**another [7]** 8/8 11/14 30/7 34/9 82/24 83/1 88/14

**another's [1]** 88/13
**answer [9]** 17/6 69/6 71/7 71/7 71/22 71/23 77/13 79/7 79/12
**answers [1]** 79/8
**antagonistic [1]** 38/10
**any -- any [2]** 10/16 66/8
**anybody [5]** 28/19 47/22 65/3 81/5 94/20
**anybody's [1]** 83/18
**anymore [1]** 77/25
**anyone [2]** 32/12 49/7
**anyone's [1]** 29/7
**anything [17]** 10/20 24/2 24/9 24/10 28/9 43/12 45/7 47/24 56/10 57/7 57/17 82/23 86/13 89/22 89/22 90/3 94/7
**anyway [2]** 78/7 80/24
**anywhere [3]** 17/4 74/13 78/17
**apart [1]** 87/24
**apologize [1]** 58/20
**appear [2]** 12/6 83/14
**APPEARANCES [3]** 1/10 2/1 3/1
**appeared [1]** 15/12
**appears [5]** 21/24 43/16 46/11 47/15 51/1
**Applegate [5]** 59/25 60/3 60/8 60/12 60/16
**apply [1]** 94/16
**appreciate [2]** 31/8 56/12
**appreciate -- I [1]** 56/12
**approach [9]** 14/4 19/8 24/20 26/13 30/2 31/10 53/13 66/6 66/15
**appropriate [1]** 29/19
**approved [2]** 66/9 96/2
**April [8]** 69/8 76/15 76/16 76/20 80/25 82/2 83/8 85/3
**are -- is [1]** 26/8
**are -- it [1]** 30/14
**are -- with [1]** 12/15

**aren't [5]** 29/25 39/10 42/9 57/1 76/6
**arguably [1]** 17/3
**argue [2]** 76/7 76/9
**arguing [1]** 76/5
**argument [2]** 55/2 91/9
**ARMSTRONG [15]** 1/12 35/24 39/24 40/13 41/15 48/10 52/24 63/20 65/2 67/23 69/19 71/4 86/8 93/25 95/19
**around [10]** 6/25 16/22 38/18 45/21 53/24 76/25 81/19 83/3 93/1 93/3
**arrest [1]** 60/14
**arrested [1]** 60/15
**article [2]** 25/16 25/19
**articles [1]** 40/25
**as -- as [1]** 23/22
**Ashcroft [1]** 2/3
**aside [2]** 91/12 92/24
**ask [22]** 10/9 27/20 28/11 34/1 35/20 49/3 53/8 53/8 56/13 56/20 58/10 58/11 64/7 64/23 65/20 87/20 89/2 90/8 90/24 94/9 95/17 96/11
**asked [1]** 66/17
**asking [4]** 27/14 58/9 80/12 82/14
**aspersions [3]** 14/20 15/4 17/17
**assembled [1]** 25/5
**asserted [1]** 4/20
**assess [1]** 24/24
**assets [6]** 52/20 90/4 90/4 90/23 90/24 91/4
**assist [1]** 34/22
**assistance [2]** 29/7 35/19
**Associates [1]** 2/10
**assure [3]** 15/15 15/23 41/16
**Atlas [3]** 26/24 27/1 43/24
**attached [2]** 90/7 90/11
**attaching [1]** 95/9

**attack [2]** 4/7 52/17
**attacking [1]** 51/13
**attempt [1]** 75/13
**attempting [1]** 75/22
**attend [1]** 93/3
**attention [5]** 24/11 31/9
40/7 49/1 75/9
**attenuate [1]** 16/11
**attestations [1]** 27/5
**attorney [12]** 3/3 28/15
29/22 36/24 52/20 53/19
54/21 89/5 90/2 90/3 90/10
90/22
**Attorney's [1]** 1/16
**attorneys [5]** 20/14 45/12
76/19 77/2 92/15
**attributable [2]** 40/24 44/12
**attributed [1]** 41/19
**August [3]** 20/24 21/5 34/4
**August 16th [2]** 20/24 21/5
**August 29th [1]** 34/4
**AUSA [6]** 20/20 89/5 90/2
90/19 90/22 91/3
**AUSAs [1]** 87/10
**Austin [3]** 1/21 2/4 15/10
**authenticate [1]** 77/8
**authentication [1]** 18/14
**authenticity [1]** 12/20
**author [1]** 15/7
**automatic [1]** 9/9
**availability [2]** 90/4 90/23
**available [1]** 27/7
**Avenue [4]** 1/13 1/23 2/3
3/13
**average [2]** 13/2 13/3
**average -- we [1]** 13/2
**avoid [1]** 82/7
**aware [4]** 34/14 38/24
60/12 63/1
**away [3]** 29/19 76/20 89/14
**awful [1]** 77/2
**Axiom [1]** 21/13

**back [32]** 10/2 17/11 18/12
20/5 21/15 22/1 22/19 23/13
23/17 28/6 29/15 30/5 36/12
37/18 41/15 41/16 53/25
54/1 55/11 62/21 65/14
65/21 66/23 71/3 73/3 73/4
78/14 84/18 88/6 88/20
89/15 93/11
**back-door [2]** 41/15 41/16
**backlog [1]** 16/10
**ball [1]** 24/12
**ballpark [1]** 72/2
**bank [6]** 50/18 50/19 50/20
54/9 61/24 87/19
**bar [1]** 88/4
**bars [1]** 87/20
**based [6]** 13/7 22/6 43/14
67/12 84/2 86/19
**bases [4]** 20/13 28/25 29/18
30/1
**basic [1]** 85/1
**basically [8]** 6/10 6/11 6/16
67/12 69/8 77/7 86/18 88/21
**basis [2]** 30/17 30/24
**Bates [1]** 61/16
**bathroom [1]** 9/8
**be -- the [1]** 70/23
**be -- to [1]** 49/6
**bear [1]** 39/9
**beat [1]** 80/22
**beating [1]** 16/25
**been [29]** 4/22 7/20 8/7 13/6
13/19 15/6 15/9 15/10 15/16
16/7 17/3 20/11 26/18 38/17
38/21 40/17 43/15 43/16
43/21 46/21 51/4 59/21
61/12 61/13 64/7 72/16
75/24 80/5 96/2
**beeps [1]** 5/8
**before [26]** 1/8 13/24 13/24
17/3 18/15 22/9 28/20 29/11
30/23 30/25 35/17 36/10
36/11 36/16 39/13 42/5

46/17 49/23 52/16 53/25 56/5
58/25 60/14 79/9 84/4 84/24
**beforehand [1]** 19/5
**begin [1]** 24/13
**beginning [1]** 16/17
**behalf [4]** 4/6 4/19 5/20
28/22
**behavior [1]** 29/23
**behind [2]** 34/18 74/18
**beholden [1]** 84/16
**being [10]** 36/2 36/3 36/4
39/7 52/4 53/5 55/8 56/3
56/4 70/17
**believe [16]** 16/25 30/12
33/1 33/2 40/5 40/14 44/10
47/23 48/4 51/9 53/12 59/24
60/13 72/3 90/7 90/14
**believed [1]** 72/13
**believes [1]** 32/14
**below [1]** 12/12
**bench [3]** 86/8 91/20 92/22
**beneath [1]** 81/23
**Bentwater [1]** 88/22
**besides [1]** 47/1
**best [4]** 63/24 78/15 80/7
80/8
**better [5]** 6/8 71/17 79/11
85/17 92/16
**between [13]** 7/13 14/3 35/9
37/13 42/14 42/14 53/17
66/13 70/13 74/16 83/8
88/10 89/4
**beyond [2]** 25/7 95/15
**big [10]** 9/2 9/15 9/15 11/17
26/1 46/20 68/19 70/2 76/3
80/1
**bigger [3]** 46/20 80/2 84/20
**billion [1]** 64/1
**bit [7]** 4/3 30/3 37/21 53/4
61/19 65/14 72/24
**blanket [1]** 95/2
**blazing [1]** 25/18
**blotters [1]** 61/25
**blunt [1]** 86/17

**B**

**boggling [1]** 55/4
**books [2]** 8/4 8/4
**Boom [1]** 9/3
**born [1]** 81/14
**Boston [1]** 2/14
**both [7]** 26/14 32/10 67/12 67/16 67/19 81/8 84/16
**bots [4]** 26/8 26/10 26/11 26/12
**bought [6]** 18/25 32/2 41/12 45/18 48/13 72/7
**Boulevard [4]** 2/6 2/11 2/17 2/20
**box [1]** 9/19
**boxes [1]** 17/13
**Brady [27]** 30/8 40/5 40/9 47/2 49/2 50/2 51/9 51/14 51/19 51/25 56/8 58/13 58/14 58/15 59/11 60/21 60/21 60/22 87/3 87/23 90/18 90/25 91/1 91/2 91/25 92/15 92/17
**branches [1]** 46/22
**BRANDON [1]** 3/2
**break [4]** 66/23 93/1 93/2 93/4
**brief [4]** 25/11 29/2 29/10 91/13
**briefings [1]** 90/10
**briefly [5]** 5/20 14/7 28/21 47/4 64/6
**bring [6]** 15/22 57/1 75/15 79/6 79/17 93/11
**brings [1]** 41/17
**broad [1]** 59/9
**broker [6]** 47/7 47/11 48/3 63/6 63/15 63/17
**brokerage [1]** 63/11
**brother [4]** 50/22 86/5 87/8 87/18
**brought [3]** 14/10 40/6 54/21
**BROWN [1]** 2/19

**Bryant [1]** 60/4
**Bs [7]** 47/6 47/18 47/20 47/23 48/19 49/4 61/11
**bucket [3]** 51/15 51/20 52/18
**buckets [1]** 50/3
**budgeted [1]** 35/16
**bugged [1]** 81/3
**built [1]** 76/25
**bulk [1]** 18/9
**bunch [2]** 11/21 82/17
**burden [1]** 89/11
**bureaucracies [2]** 84/17 84/24
**buried [1]** 21/6
**bus [1]** 43/17
**business [4]** 77/12 77/14 78/5 81/22
**buy [8]** 9/15 32/5 32/10 32/13 53/25 54/1 72/15 72/16
**buying [2]** 29/24 30/14
**buys [2]** 8/22 23/23

**C**

**calculation [1]** 42/19
**call [4]** 32/2 34/6 35/14 82/24
**called [2]** 41/7 77/25
**came [8]** 22/2 40/21 42/3 44/13 45/5 45/20 68/18 89/15
**camera [1]** 66/17
**can -- we [1]** 9/16
**Can -- what's [1]** 63/10
**can't [15]** 19/15 26/19 34/10 37/3 45/23 56/9 56/20 56/21 62/25 70/1 70/2 70/16 70/18 77/25 83/21
**cannot [4]** 17/2 29/6 36/5 44/20
**captures [1]** 54/11
**care [2]** 51/6 51/17
**carefully [1]** 32/9
**CARTER [4]** 1/15 53/1

**case [92]** 5/1 5/4 5/22 6/9 6/11 6/19 6/20 8/10 10/22 12/24 13/3 13/23 14/3 14/12 14/18 15/6 15/12 16/15 18/4 19/11 19/18 19/21 19/25 21/3 21/8 21/21 24/15 28/17 29/3 29/7 30/2 30/3 30/16 31/2 31/16 31/17 33/13 35/13 36/7 36/9 38/18 39/4 39/5 41/10 41/14 43/8 43/18 44/17 46/20 46/20 48/25 49/9 51/4 52/19 56/5 57/12 60/7 60/10 60/17 60/20 60/24 61/24 67/16 67/17 69/17 70/3 70/7 70/9 70/10 70/16 70/17 71/5 71/19 71/21 71/23 71/24 71/25 74/8 75/11 75/13 75/23 76/13 76/17 76/24 80/16 81/12 84/6 84/23 93/17 94/5 95/6 95/17
**case -- this [1]** 46/20
**caseload [1]** 16/13
**cases [9]** 13/4 16/6 16/13 16/14 32/2 35/12 35/13 70/5 83/15
**cases -- every [1]** 16/13
**cash [1]** 8/8
**cast [2]** 14/20 17/17
**casting [1]** 15/4
**categorical [3]** 37/13 66/6 66/15
**categorically [1]** 37/10
**categories [4]** 47/3 54/16 54/17 59/12
**category [3]** 48/24 49/1 49/17
**causation [15]** 31/1 31/1 39/11 39/11 40/14 41/6 41/9 41/17 44/18 44/20 76/4 76/5 76/7 76/9 76/24
**cause [3]** 32/16 40/20 81/9
**caused [9]** 30/14 31/2 31/3

**caused...** [6]  41/11 42/6
42/8 44/21 45/6 76/12
**causes** [1]  40/19
**causing** [1]  40/23
**cautious** [1]  32/9
**certain** [7]  21/14 22/23
29/24 30/15 88/20 90/1
94/10
**certainly** [4]  10/24 56/11
62/12 74/23
**certainty** [2]  40/4 56/21
**certify** [1]  96/19
**cetera** [1]  14/20
**chain** [1]  89/12
**chains** [1]  12/7
**chair** [6]  42/1 42/2 42/3
42/7 44/4 46/18
**challenge** [1]  29/19
**challenges** [1]  81/9
**challenging** [1]  81/16
**chambers** [1]  86/24
**chance** [1]  26/19
**chances** [1]  83/20
**change** [3]  33/17 35/6 85/2
**changes** [4]  9/6 9/10 30/1
40/23
**channel** [1]  26/25
**charged** [9]  9/22 11/3 11/25
13/17 64/18 64/22 71/14
72/2 75/24
**charged -- we** [1]  11/25
**charging** [1]  44/3
**Charles** [1]  7/25
**charts** [10]  6/1 9/14 11/15
23/20 23/22 71/18 75/12
75/17 77/1 81/21
**chase** [3]  39/10 39/11 39/11
**check** [2]  23/17 65/25
**checking** [1]  21/13
**chide** [1]  33/7
**child's** [1]  81/13
**China** [1]  57/8
**CHIP** [1]  3/2

**choosing** [1]  75/1
**chose** [2]  48/6 52/15
**Christmas** [1]  16/22
**Circuit** [4]  38/7 67/12 67/17
81/24
**circumstances** [1]  24/14
**cited** [1]  56/4
**civic** [1]  80/8
**civil** [2]  16/2 92/3
**claim** [3]  28/25 35/10 67/15
**claiming** [1]  35/8
**claims** [1]  61/7
**clear** [5]  31/4 38/7 54/14
61/18 76/20
**clearer** [1]  15/3
**clearly** [3]  28/2 31/2 77/20
**client** [27]  15/18 17/21
18/14 18/19 24/8 25/22 28/8
41/10 42/13 42/15 43/9
43/11 44/12 44/16 45/2 45/5
45/15 46/10 47/12 50/13
50/20 69/4 80/14 82/23 88/1
88/15 89/9
**client's** [13]  11/2 12/25
17/11 38/20 41/1 47/23 49/5
50/23 52/20 64/18 78/16
90/3 90/23
**clients** [3]  13/16 28/3 80/18
**clients'** [1]  13/1
**close** [1]  74/13
**cloud** [2]  4/21 5/7
**co** [1]  60/6
**co-leads -- or** [1]  60/6
**cocounsel** [1]  12/21
**cocounsel's** [1]  24/18
**code** [1]  27/4
**codefendants** [10]  4/24
5/10 26/17 33/1 33/5 48/21
49/7 54/18 59/14 59/19
**codefendants'** [3]  5/13
62/24 77/2
**coding** [1]  26/24
**cogent** [1]  57/24
**cognizable** [1]  61/7

**coincidence** [1]  44/14
**collaboration** [1]  32/23
**colleague** [2]  40/7 75/22
**colleagues** [4]  13/5 29/5
29/13 82/16
**collect** [1]  62/23
**combat** [1]  57/15
**combined** [2]  16/2 45/3
**come** [15]  9/11 9/12 10/2
16/20 16/21 20/22 34/16
45/17 46/24 66/23 76/10
78/4 78/13 81/6 88/20
**come -- it** [1]  16/20
**comes** [3]  37/11 38/9 92/7
**coming** [4]  11/22 43/7 56/3
72/20
**comment** [1]  31/15
**comments** [2]  24/18 86/19
**Commission** [2]  41/21
75/15
**commit** [3]  11/9 60/24
73/16
**committed** [3]  10/21 73/16
75/17
**committing** [1]  10/20
**communication** [2]  43/21
47/16
**communications** [5]  70/13
86/12 88/7 90/11 90/13
**company** [1]  88/13
**compare** [3]  11/18 22/13
22/14
**compel** [8]  33/9 39/16 39/18
40/9 41/17 55/1 66/5 94/24
**compelling** [6]  38/4 38/8
38/8 38/15 39/10 71/18
**compiled** [1]  14/23
**complaining** [1]  34/2
**complaints** [1]  35/6
**complete** [1]  36/18
**completely** [3]  10/11 36/18
95/15
**complex** [2]  13/4 38/17
**complexity** [2]  16/14 29/10

**C**

**complicated [1]** 27/12
**complied [1]** 37/20
**compliment [1]** 24/22
**comprehension [1]** 95/15
**comprise [1]** 7/12
**computer [2]** 3/25 5/25
**computers [1]** 9/7
**concede [1]** 45/23
**concept [1]** 60/21
**concern [4]** 23/14 29/6 69/22 84/15
**concerned [3]** 61/19 89/17 92/2
**concerning [1]** 91/14
**concerns [1]** 35/1
**concert [1]** 74/16
**concise [3]** 48/1 48/8 80/16
**conclude [1]** 40/13
**concluded [1]** 96/17
**conclusion [1]** 58/24
**conclusions [1]** 59/3
**conducted [1]** 43/25
**confer [1]** 13/10
**confines [1]** 49/9
**Congrats [1]** 54/5
**Congress [5]** 2/3 42/4 42/5 46/17 46/19
**congressional [3]** 41/24 46/5 46/6
**conservative [2]** 75/21 76/23
**consider [4]** 56/18 79/2 80/16 83/25
**consideration [2]** 78/25 82/4
**considered [1]** 50/2
**consistently [1]** 18/23
**conspiracy [11]** 15/19 32/23 38/24 38/25 43/6 47/25 50/8 50/13 59/5 74/17 83/21
**CONSTANTINESCU [16]** 1/6 1/18 19/12 39/15 41/18

45/7 53/17 53/19 53/20 53/23 54/4 54/7 60/13 60/23 63/8 88/10
**Constantinescu's [8]** 29/21 30/10 33/9 39/18 53/19 54/20 86/3 91/4
**constantly [1]** 32/19
**constitutional [2]** 28/4 35/19
**consultant [1]** 34/21
**contained [1]** 59/6
**contemporaneous [1]** 74/15
**contention [1]** 6/12
**contentious [1]** 88/12
**contest [1]** 24/10
**context [4]** 7/23 15/3 15/20 19/1
**continuance [15]** 4/13 4/14 24/15 24/18 27/15 29/9 30/8 31/19 33/10 39/21 68/25 69/3 78/24 81/14 96/10
**continued [4]** 2/1 3/1 48/14 91/20
**contradictory [1]** 87/16
**contradicts [1]** 59/2
**contrary [1]** 66/16
**control [4]** 16/8 16/9 16/10 44/15
**controlling [1]** 12/23
**conversation [5]** 12/8 17/15 46/1 90/19 90/25
**conversations [7]** 52/18 52/21 86/11 89/4 89/8 89/25 90/22
**convicted [1]** 7/8
**conviction [2]** 80/19 83/25
**convincing [2]** 74/9 92/7
**cooperators [1]** 71/21
**COOPERMAN [7]** 3/2 16/17 17/2 27/14 49/10 63/6 94/4
**Cooperman's [1]** 36/24
**coordinate [1]** 76/18
**coordinating [1]** 74/17

**copies [2]** 65/15 79/8
**copy [1]** 96/5
**copying [1]** 63/20
**CORDOVA [6]** 3/9 4/18 27/16 38/2 68/9 69/4
**Cordova's [1]** 37/15
**core [1]** 5/3
**corner [1]** 37/4
**corporate [1]** 25/19
**correct [6]** 12/17 29/25 32/17 53/3 88/23 96/19
**corrected [2]** 35/4 85/7
**correspondence [1]** 88/9
**could [23]** 11/9 11/9 15/3 24/7 26/16 30/2 30/2 36/15 41/1 46/24 49/8 49/18 60/25 61/1 61/15 76/8 81/7 81/17 83/8 83/10 83/11 84/25 87/4
**counsel [6]** 4/4 5/13 30/10 35/19 61/11 62/24
**count [7]** 67/2 70/25 70/25 70/25 78/20 78/20 91/5
**counting [2]** 5/23 29/8
**counts [5]** 15/20 18/20 28/7 68/11 72/1
**couple [7]** 13/8 13/25 29/1 65/23 88/8 93/5 93/15
**couple-month [1]** 13/8
**course [14]** 24/21 29/19 36/6 50/19 52/13 59/20 59/22 66/2 68/3 70/18 72/11 74/19 78/5 86/1
**court [43]** 1/1 3/15 3/16 6/13 9/16 14/3 14/11 14/13 14/16 15/15 15/15 16/16 16/19 16/20 16/20 16/22 16/23 16/25 17/6 17/6 17/14 17/18 17/25 18/5 27/20 28/11 28/25 32/21 35/14 35/20 38/7 38/24 43/14 52/16 53/14 64/4 67/13 67/16 83/25 86/24 91/18 94/3 96/23
**Court's [7]** 14/10 15/22

**C**

**Court's... [5]** 16/2 31/8 31/14 31/15 40/6
**courtesy [1]** 60/14
**courtroom [4]** 37/18 80/1 81/12 93/11
**courtrooms [1]** 80/3
**cover [1]** 4/5
**covered [2]** 65/4 68/24
**COVID [1]** 16/10
**CR [1]** 1/5
**crawl [1]** 22/19
**crazy [1]** 12/5
**create [3]** 11/16 48/6 95/4
**created [1]** 28/5
**creates [1]** 20/19
**creating [1]** 48/15
**credibility [2]** 51/13 52/17
**crime [1]** 7/8
**criminal [4]** 1/4 6/8 16/2 64/15
**crisp [1]** 80/4
**critical [4]** 8/10 8/18 9/25 48/25
**criticizing [1]** 51/12
**cross [10]** 11/12 52/9 61/2 70/10 71/13 71/14 77/21 78/15 83/12 84/4
**cross-examination [4]** 61/2 70/10 77/21 78/15
**cross-examinations [1]** 84/4
**cross-examine [3]** 11/12 52/9 83/12
**crossed [1]** 85/12
**crucial [2]** 30/12 30/12
**cry [1]** 37/20
**CSR [1]** 3/15
**cumulative [1]** 10/25
**current [3]** 17/5 42/3 46/18
**currently [4]** 22/20 23/1 30/8 40/4
**custody [1]** 86/19
**cute [1]** 40/21

**cutesy [1]** 40/15
**cutoff [1]** 34/3
**cuts [1]** 91/8
**CYA [1]** 69/17

**D**

**Dallas [1]** 3/13
**dark [1]** 44/7
**darndest [1]** 86/1
**data [32]** 5/24 6/20 10/4 20/7 21/10 21/18 22/7 22/23 23/8 24/19 24/20 24/24 25/3 25/3 25/5 25/7 25/9 25/12 25/13 25/20 26/4 26/10 26/14 26/14 26/15 26/22 26/24 26/24 27/2 65/6 65/23 71/16
**data-driven [1]** 24/20
**database [2]** 22/19 23/2
**date [11]** 5/15 5/17 19/15 33/22 37/18 93/14 94/7 94/10 96/11 96/12 96/22
**dated [1]** 34/4
**dating [1]** 88/1
**DAVIS [2]** 2/16 2/17
**day [25]** 8/1 8/4 8/15 9/7 29/24 31/21 31/23 32/3 32/8 32/18 33/19 35/2 37/12 44/3 44/5 48/13 60/13 71/19 71/20 71/22 71/24 71/24 83/3 83/9 84/4
**days [12]** 16/23 28/1 36/4 36/9 36/10 36/16 67/23 68/4 79/9 91/21 91/22 92/24
**days -- I'm [1]** 36/9
**days' [2]** 93/5 93/15
**DC [1]** 1/14
**dead [1]** 16/25
**deadline [3]** 20/18 36/12 36/16
**deadlines [1]** 33/12
**deal [8]** 35/8 44/8 48/24 70/21 81/23 84/1 84/20 92/12
**dealer [2]** 47/12 48/3

**dealers [2]** 47/7 63/15
**dealing [1]** 83/20
**dealt [1]** 84/23
**death [1]** 15/13
**debate [2]** 26/9 55/5
**deceived [1]** 72/17
**deceiving [1]** 67/19
**December [4]** 4/22 5/5 44/3 48/11
**December 13th [1]** 48/11
**December 14th [1]** 44/3
**decided [1]** 37/18
**decision [4]** 19/19 44/19 45/23 72/16
**declaration [1]** 33/6
**declare [1]** 69/10
**declared [1]** 70/14
**declined [1]** 35/13
**decreases [1]** 44/14
**DEEL [4]** 2/16 24/17 29/1 49/14
**deemed [1]** 45/6
**defeat [1]** 10/2
**defeats [1]** 8/11
**defend [2]** 5/13 34/10
**defendant [18]** 1/18 2/2 2/8 2/16 2/22 3/2 3/8 24/2 32/21 32/22 34/9 37/3 38/12 47/19 70/9 70/11 72/13 82/20
**defendant's [2]** 33/14 72/18
**defendants [31]** 5/5 6/12 6/13 7/23 12/10 23/25 27/22 36/9 38/11 40/23 43/22 47/12 54/13 54/24 55/16 56/1 57/16 57/24 58/14 58/18 61/23 62/9 63/8 71/11 71/13 72/24 74/16 78/11 83/10 94/6 94/16
**defendants -- and [1]** 6/12
**defendants -- but [1]** 62/9
**defendants' [6]** 4/17 6/22 14/19 16/9 28/16 37/14
**defense [17]** 19/14 20/14 26/20 28/15 28/19 30/12

**defense... [11]** 31/17 47/22 49/3 62/23 70/22 74/6 74/25 75/10 75/19 82/21 90/2

**defense -- other [1]** 62/23

**defenses [1]** 38/10

**defer [1]** 39/22

**defining [1]** 12/11

**definitely [3]** 12/18 38/22 51/14

**definition [1]** 46/16

**defraud [4]** 7/9 7/12 8/11 9/12

**degree [2]** 38/15 40/3

**delays [1]** 16/11

**delivery [2]** 21/11 34/4

**denial [1]** 95/2

**denied [1]** 39/22

**dense [2]** 5/24 22/23

**denying [4]** 68/8 68/14 68/20 68/25

**Department [1]** 1/13

**depend [1]** 13/1

**depend -- depends [1]** 13/1

**depending [3]** 30/4 64/15 72/11

**depends [1]** 13/1

**describe [2]** 40/18 56/21

**described [4]** 36/2 36/3 36/4 89/13

**descriptions [1]** 48/1

**designate [2]** 69/16 80/24

**designated [2]** 38/17 69/14

**designations [1]** 69/13

**detail [1]** 30/10

**details [4]** 25/11 25/12 25/19 56/19

**details -- and [1]** 25/11

**determine [2]** 17/19 66/18

**determined [6]** 30/14 41/21 44/13 46/3 50/10 51/11

**develop [2]** 8/8 8/9

**devils [1]** 56/19

**diced [1]** 12/6

**dictate [1]** 82/20

**didn't [25]** 5/1 19/25 24/9 24/10 30/7 33/23 44/16 48/22 51/6 51/6 51/11 51/17 53/25 57/17 59/10 59/17 65/5 70/25 70/25 70/25 73/16 85/5 86/20 90/19 91/23

**didn't -- it's [1]** 19/25

**difference [2]** 37/13 73/18

**differences [1]** 17/14

**different [8]** 6/25 11/21 11/22 37/10 41/6 43/10 43/11 72/11

**difficult [2]** 20/14 20/21

**difficulty [1]** 39/4

**dig [2]** 20/19 26/20

**dilatory [1]** 37/16

**diligently [1]** 27/11

**Dillon [3]** 60/5 60/6 60/7

**dire [3]** 79/4 79/15 84/4

**direct [4]** 14/19 53/17 74/16 91/13

**directly [1]** 82/10

**dirty [3]** 52/4 89/19 91/6

**disadvantage [1]** 43/1

**disagree [1]** 81/6

**disagreement [1]** 50/1

**disciplined [1]** 26/13

**disclose [1]** 41/5

**disclosed [4]** 49/9 51/23 51/23 52/6

**disclosed -- he [1]** 51/23

**disclosure [3]** 14/17 51/22 51/24

**disclosures [1]** 96/3

**Discord [2]** 26/24 43/24

**discovery [11]** 33/25 34/3 34/12 50/19 52/13 65/4 70/2 92/4 92/5 94/6 94/20

**discrepancies [1]** 21/12

**discrepancy [3]** 21/25 22/3 22/17

**discrete [3]** 26/18 85/11

**discuss [5]** 37/23 47/4 47/5 49/1 86/23

**discussed [1]** 90/9

**discusses [1]** 66/7

**discussing [2]** 45/13 46/2

**discussion [4]** 14/3 86/8 91/20 92/22

**disk [1]** 34/5

**dismiss [8]** 28/7 67/9 68/1 68/7 68/13 68/17 68/19 68/21

**disposed [1]** 16/7

**disprove [1]** 48/9

**dispute [1]** 87/9

**distinction [1]** 55/23

**DISTRICT [4]** 1/1 1/1 1/9 16/2

**dividend [2]** 70/14 70/15

**DIVISION [1]** 1/2

**divorce [5]** 52/20 89/4 90/3 90/9 90/22

**do -- but [1]** 7/1

**document [5]** 14/16 31/20 53/14 62/1 94/3

**documents [10]** 30/18 30/22 47/1 47/18 48/4 54/24 56/20 66/18 93/20 94/4

**does [17]** 6/9 7/11 16/14 31/16 31/18 38/18 40/14 49/7 58/1 62/17 65/1 65/3 73/13 73/14 73/18 87/1 94/16

**Does -- I [1]** 65/1

**doesn't [16]** 20/7 23/9 28/13 32/15 33/23 57/7 57/25 60/23 62/16 82/22 82/22 82/23 83/14 84/5 87/20 92/5

**dog [1]** 78/20

**doing [21]** 6/15 6/17 6/17 13/5 18/4 19/4 19/5 20/4 22/7 26/19 27/3 35/1 47/23 48/16 56/24 64/20 72/14 73/4 73/20 73/22 76/2

# D

**DOJ [5]** 24/22 43/14 43/18 58/25 64/15
**DOJ's [1]** 59/7
**dollars [1]** 51/18
**don't -- I [1]** 69/25
**don't -- we [1]** 86/23
**don't -- you've [1]** 57/23
**done [8]** 13/14 18/12 20/11 33/18 33/24 79/6 83/21 95/2
**door [2]** 41/15 41/16
**double [1]** 13/15
**doubt [4]** 16/20 43/13 43/13 87/12
**down [22]** 9/11 9/12 10/22 11/6 13/12 13/17 13/23 16/22 26/25 34/16 40/21 41/13 42/18 44/21 46/14 49/24 61/5 77/22 78/4 78/19 89/16 91/19
**down -- this [1]** 9/11
**download [1]** 23/4
**dozen [1]** 44/1
**Dr. [1]** 11/10
**Dr. Garibotti [1]** 11/10
**draft [4]** 63/21 95/9 95/25 96/1
**drafting [1]** 52/14
**dragged [1]** 45/15
**drive [5]** 2/24 3/3 34/6 34/8 34/10
**driven [1]** 24/20
**driving [1]** 43/16
**drug [1]** 70/17
**dude [1]** 54/3
**due [2]** 5/12 35/19
**dump [9]** 10/2 10/3 11/17 12/11 12/13 18/1 37/4 40/15 64/21
**dumping [1]** 11/23
**dumps [2]** 9/22 75/24
**duration [1]** 43/22
**during [8]** 25/14 35/18 42/1 45/19 48/10 50/7 50/7 50/12

**duty [2]** 80/7 80/8
**Dynamis [1]** 2/13

# E

**e-mail [8]** 21/6 21/9 34/10 66/7 66/13 90/18 95/9 95/13
**e-mails [7]** 33/14 33/17 59/7 90/1 90/8 95/5 95/16
**E-Trade [2]** 65/13 65/21
**E-X-P-R [1]** 46/14
**each [17]** 11/10 12/16 15/18 20/18 22/10 23/18 24/1 24/25 41/7 41/8 61/19 62/5 65/17 70/9 71/22 77/2 81/19
**earlier [3]** 7/22 95/1 96/11
**early [3]** 13/8 39/5 41/23
**ease [1]** 89/1
**eases [1]** 91/23
**easiest [1]** 54/22
**easily [1]** 48/9
**ECF [1]** 51/2
**echo [1]** 24/18
**Eddie's [2]** 52/3 52/4
**educational [1]** 27/6
**EDWARD [4]** 1/6 2/23 19/11 31/12
**effective [3]** 26/20 29/7 35/19
**effectively [1]** 83/13
**efforts [1]** 50/9
**eight [2]** 48/21 70/7
**eight-party [1]** 70/7
**either [8]** 44/20 50/5 50/9 51/10 57/22 76/5 85/15 91/1
**elaborate [1]** 14/7
**electronic [2]** 23/3 23/8
**element [1]** 44/20
**elephant [2]** 4/10 82/12
**ELMO [2]** 53/7 53/11
**else [5]** 28/19 38/14 65/3 78/22 93/17
**embarrassed [1]** 33/8
**embroiled [1]** 15/10
**emphasize [1]** 92/2
**employee [1]** 64/10

**end [5]** 23/6 48/8 92/22 94/14 94/21
**endeavor [1]** 76/14
**ended [1]** 44/17
**endlessly [1]** 48/5
**Energy [1]** 25/18
**enjoying [1]** 88/12
**enormous [4]** 23/19 25/3 26/17 65/18
**enough [3]** 67/23 80/1 85/23
**Enron [2]** 15/24 70/17
**enter [1]** 49/8
**entered [1]** 25/2
**entire [3]** 17/3 18/25 25/5
**entitled [4]** 57/6 57/15 57/18 87/15
**entries [1]** 48/18
**envelope [2]** 34/3 34/6
**envelopes [2]** 34/16 34/18
**episode [3]** 24/2 46/11 79/21
**episodes [15]** 5/1 11/1 18/21 24/1 24/8 24/11 42/21 44/25 45/24 59/5 67/6 72/20 73/1 73/5 85/11
**Epley [1]** 15/9
**ERIC [2]** 2/13 5/20
**errors [1]** 15/6
**especially [3]** 38/16 74/3 93/9
**essential [2]** 47/21 48/19
**essentially [1]** 49/5
**estimate [2]** 75/21 76/23
**estranged [2]** 50/23 51/18
**et [1]** 14/20
**et cetera [1]** 14/20
**evaluate [1]** 14/12
**even [22]** 5/4 11/8 14/13 15/7 18/6 24/10 24/25 27/23 28/7 29/16 38/7 45/9 45/17 50/12 56/5 56/21 60/11 60/12 62/14 64/18 73/9 77/25

**event [3]** 39/21 39/21 90/2
**event -- in [1]** 39/21
**eventually [1]** 80/14
**ever [5]** 13/5 13/5 53/25 92/7 95/13
**every [15]** 9/25 10/6 11/10 12/17 12/25 15/18 16/13 20/5 22/10 29/18 36/7 53/21 62/1 66/13 95/13
**everybody [6]** 63/22 77/16 78/11 78/21 79/8 81/23
**everybody's [2]** 63/14 69/9
**everyone [4]** 13/22 38/14 39/1 39/2
**everything [6]** 10/5 27/18 68/24 77/8 88/21 93/6
**evidence [33]** 5/22 15/2 15/25 19/20 22/15 23/12 29/15 29/15 31/4 32/14 36/19 36/22 37/4 37/5 38/5 39/21 39/25 41/8 45/17 54/12 55/6 56/1 57/24 58/8 58/17 71/18 72/25 75/12 82/12 86/22 89/20 92/7 93/8
**ex [2]** 88/4 89/3
**ex-wife [1]** 88/4
**exact [6]** 37/18 40/10 44/3 44/5 46/7 46/18
**exactly [6]** 8/16 8/18 10/4 62/4 74/18 89/13
**examination [4]** 61/2 70/10 77/21 78/15
**examinations [1]** 84/4
**examine [3]** 11/12 52/9 83/12
**example [14]** 11/14 15/22 20/23 34/2 36/24 36/25 38/11 38/13 54/14 54/19 54/20 54/22 57/12 95/25
**examples [2]** 36/21 39/11
**Excel [1]** 48/18
**except [1]** 66/9
**exception [2]** 67/3 90/1

**exchange [4]** 41/20 53/17 53/22 75/15
**exclude [5]** 12/19 28/12 44/20 67/5 74/1
**exclusion [2]** 27/21 28/6
**exculpatory [16]** 31/4 40/6 44/11 51/1 55/25 58/2 58/17 59/6 59/11 59/12 63/23 65/6 85/20 86/13 87/11 89/22
**excuse [1]** 46/24
**executing [1]** 54/13
**executions [1]** 11/21
**exercise [1]** 81/8
**exhibit [20]** 6/5 14/22 15/4 17/10 18/13 19/19 20/15 22/14 23/7 33/13 33/16 41/6 53/12 53/16 54/25 55/4 62/7 63/13 63/16 84/3
**exhibits [30]** 12/3 12/16 12/17 13/10 14/9 14/18 14/23 15/11 17/18 18/9 19/24 20/5 20/12 22/15 22/18 23/11 23/12 29/14 36/9 36/13 36/14 36/15 36/16 41/7 69/15 70/6 73/1 73/7 75/12 93/18
**exist [3]** 40/2 40/5 58/1
**existed [1]** 62/22
**exists [3]** 40/4 57/25 90/6
**expanded [2]** 11/19 11/21
**expected [1]** 80/21
**expenses [1]** 34/20
**experience [8]** 27/20 28/14 28/14 66/12 75/23 79/11 80/5 81/7
**experienced [1]** 44/14
**expert [16]** 11/11 35/5 37/19 41/4 41/5 48/6 64/10 66/8 66/10 66/10 66/13 71/16 95/6 95/14 95/16 96/1
**expert's [1]** 46/11
**expert-signed [1]** 66/10
**experts [3]** 75/13 75/16 76/25

**explain [10]** 16/6 18/6 20/15 29/5 34/7 58/13 73/11 73/20 92/16
**explained [1]** 28/25
**explains [2]** 34/5 73/23
**explore [1]** 81/10
**export [1]** 23/10
**exports [2]** 21/24 23/15
**expounded [1]** 53/19
**EXPR [7]** 53/3 53/20 53/21 53/23 53/24 54/11 54/19
**express [5]** 42/6 42/17 46/14 82/4 82/23
**extend [1]** 33/22
**extension [1]** 13/8
**extent [9]** 6/19 21/23 37/6 58/13 59/11 61/4 81/8 84/16 90/19
**external [2]** 26/5 26/21
**extraneous [3]** 58/7 67/25 82/24
**extraordinarily [3]** 10/6 10/13 64/12
**extraordinary [1]** 66/11
**extreme [1]** 55/9
**extremely [2]** 29/22 73/21
**eye [1]** 16/16
**eyewitness [1]** 88/10

**F**

**fabricated [1]** 41/8
**face [1]** 14/8
**facing [4]** 13/11 13/14 14/1 17/3
**fact [21]** 13/8 17/24 18/19 19/6 25/21 28/4 30/13 32/15 35/2 38/17 41/22 43/16 55/21 60/19 61/3 61/6 66/19 73/22 86/14 93/2 95/17
**fact-intensive [1]** 55/21
**factors [5]** 25/19 30/19 44/14 45/6 76/12
**facts [10]** 6/8 6/9 14/13 14/21 16/2 32/20 43/11 53/4 60/3 74/7

**F**

**fair [10]** 5/11 14/11 45/1 52/7 52/17 69/22 77/11 77/18 77/20 87/13
**fairly [1]** 54/11
**faithful [1]** 36/15
**fall [1]** 47/2
**false [11]** 5/4 11/2 24/3 24/5 24/9 24/10 27/24 28/8 37/16 37/20 40/19
**familiar [1]** 95/22
**family [1]** 88/16
**far [6]** 44/15 62/20 76/15 76/22 86/12 89/21
**fashion [1]** 69/17
**fast [1]** 72/3
**favor [1]** 29/8
**favoring [1]** 32/19
**FBI [20]** 30/21 43/15 50/6 50/11 50/16 50/21 50/22 50/22 51/24 52/5 54/18 60/6 66/20 86/4 86/5 86/10 87/18 90/20 91/14 92/1
**FBI's [2]** 60/10 87/21
**FCRR [1]** 3/15
**fear [1]** 35/18
**February [5]** 41/23 46/23 69/8 76/15 85/5
**fed [1]** 73/12
**federal [4]** 16/6 28/15 55/19 82/6
**feed [2]** 72/6 72/8
**feedback [1]** 69/8
**feel [1]** 47/2
**feeling [1]** 18/22
**FERTITTA [4]** 2/19 2/20 24/17 28/24
**few [9]** 13/21 18/10 19/12 20/24 32/4 45/17 48/14 73/6 82/20
**field [2]** 40/17 60/4
**Fifth [4]** 38/7 67/12 67/17 81/24
**Fifth Circuit [4]** 38/7 67/12

**fight [5]** 12/18 78/20 78/21 78/21 78/22
**fights [2]** 93/7 93/8
**figure [1]** 35/7
**figured [1]** 85/19
**figures [1]** 16/3
**file [10]** 9/16 12/18 33/21 44/23 60/11 77/16 77/16 91/13 92/8 92/11
**filed [20]** 4/6 4/19 25/9 27/14 28/24 30/24 33/12 33/13 33/15 51/2 62/18 67/5 67/8 68/16 68/17 68/18 74/1 90/14 91/12 95/24
**files [6]** 21/15 22/2 23/2 25/2 59/7 60/10
**filing [1]** 63/17
**filings [2]** 43/4 51/2
**fill [1]** 26/5
**final [5]** 30/7 66/9 95/9 96/2 96/4
**financial [5]** 51/3 51/4 51/22 51/24 52/11
**find [9]** 19/13 20/8 26/5 27/2 58/1 58/4 87/7 87/9 92/1
**finding [3]** 6/13 40/10 67/8
**finding -- findings [1]** 40/10
**findings [1]** 40/10
**fine [6]** 17/6 50/11 57/5 77/18 80/20 91/3
**fingers [1]** 85/12
**finished [1]** 15/13
**FINRA [9]** 64/8 64/10 64/11 64/13 64/24 75/15 76/25 84/16 85/9
**fire [1]** 35/1
**Firm [5]** 2/3 2/6 2/17 2/20 3/6
**first [19]** 10/15 11/3 11/6 15/12 18/10 39/12 40/15 43/19 51/20 54/22 59/10

68/17 72/16 72/25 81/12
**five [6]** 7/22 9/24 15/13 18/20 20/2 70/18
**five-month [1]** 15/13
**flattering [1]** 86/23
**flavor [1]** 10/24
**flaws [1]** 11/12
**flesh [2]** 12/25 13/18
**fleshing [1]** 78/24
**flexible [1]** 81/25
**floor [3]** 1/23 2/14 81/16
**fluctuations [1]** 76/11
**focus [3]** 10/15 10/18 54/16
**focused [2]** 24/7 92/14
**follow [3]** 4/5 41/25 45/24
**follow-on [2]** 41/25 45/24
**followed [2]** 72/11 72/12
**followers [4]** 25/24 26/1 26/3 26/11
**following [1]** 48/13
**followings [1]** 26/9
**follows [3]** 86/8 91/18 91/20
**fool [1]** 7/20
**footnote [1]** 16/4
**forced [2]** 22/18 23/13
**forces [1]** 32/16
**forcing [1]** 28/17
**FORD [5]** 1/19 1/20 1/23 64/24 86/9
**foregoing [1]** 96/19
**forensic [2]** 21/18 21/20
**forfeitable [1]** 91/7
**forgot [1]** 72/22
**form [2]** 51/22 51/24
**former [2]** 28/14 42/1
**forth [1]** 71/3
**foul [1]** 37/20
**found [4]** 18/20 32/1 43/22 43/23
**foundational [1]** 37/2
**four [8]** 13/2 13/3 53/24 54/17 70/18 75/24 80/15 93/12

## F

**four-letter [1]** 70/18
**France [1]** 88/3
**Franklin [1]** 2/14
**frankly [6]** 39/9 55/1 77/23
 79/24 80/13 92/16
**fraud [11]** 11/3 11/9 40/18
 67/15 73/16 73/16 73/17
 73/17 75/18 83/21 91/10
**freedom [1]** 5/9
**Friday [1]** 79/7
**front [3]** 31/13 45/22 46/19
**fruit [1]** 39/10
**fruition [1]** 16/21
**full [1]** 35/15
**full-time [1]** 35/15
**fundamental [1]** 85/1
**future [2]** 7/7 8/25

## G

**gain [1]** 32/7
**game [8]** 15/12 52/7 52/17
 73/23 77/11 77/18 77/20
 87/13
**GameStop [4]** 42/6 42/12
 57/8 57/17
**gap [1]** 26/1
**gaps [1]** 26/6
**Garibotti [2]** 11/10 71/17
**Garibotti's [1]** 73/12
**Gary [3]** 24/17 42/3 46/18
**gave [3]** 48/5 86/16 87/17
**Gee [1]** 82/25
**general [3]** 31/20 38/25
 47/24
**generally [1]** 79/16
**Gensler [2]** 42/3 46/18
**gentlemen [1]** 45/3
**germane [1]** 18/4
**gets [4]** 61/5 64/14 79/8
 79/19
**getting [4]** 34/22 64/2 74/13
 78/9
**Giglio [1]** 60/19

**Gilmore's [1]** 81/12
**girlfriend [2]** 88/5 89/14
**give [11]** 13/8 14/14 17/2
 26/20 27/4 49/1 58/18 65/22
 65/23 87/20 93/14
**given [11]** 14/9 14/13 14/24
 16/19 18/6 26/19 36/6 36/16
 60/14 78/9 84/15
**giving [3]** 36/9 57/24 80/15
**glossed [1]** 55/8
**go -- I [1]** 86/16
**go -- to [1]** 10/23
**goes [9]** 11/6 30/25 39/1
 47/15 50/21 51/12 73/19
 73/20 87/10
**going [127]**
**going -- I'll [1]** 47/4
**gold [1]** 87/20
**Goldman [1]** 8/1
**gone [2]** 16/7 36/12
**good [13]** 14/6 19/10 24/16
 31/12 32/8 32/10 32/15
 32/15 35/23 38/12 46/24
 54/2 77/21
**got [28]** 6/13 14/23 18/11
 20/1 23/11 23/23 26/13
 34/18 35/14 44/18 44/19
 48/3 49/24 50/4 57/10 57/16
 60/19 64/17 67/13 68/22
 75/2 76/4 81/14 87/6 88/5
 88/6 89/14 93/16
**gotten [5]** 64/11 64/11
 65/13 65/19 65/24
**government [89]** 4/17 4/25
 5/25 10/14 10/19 13/10
 14/17 15/5 15/11 17/10
 17/24 21/6 21/9 21/19 21/23
 22/7 22/10 23/12 23/16
 23/18 24/9 27/21 27/23 28/5
 28/7 28/17 28/20 31/6 31/25
 33/2 33/2 33/7 33/15 33/23
 33/25 34/11 34/24 35/4
 35/22 41/8 41/9 43/12 43/20
 44/20 45/2 46/23 48/16 50/2

 50/4 52/1 53/12 53/15 62/17
 62/19 63/1 63/4 64/8 64/10
 65/14 65/20 66/6 66/12 67/6
 67/7 67/9 67/11 67/21 70/23
 75/11 75/22 76/2 76/4 77/7
 79/20 81/7 82/11 83/20 84/9
 86/3 86/18 87/20 87/22
 88/20 91/5 91/9 94/15 94/20
 95/2 95/8
**government -- from [1]**
 21/6
**government -- the [1]** 50/4
**government's [44]** 6/11
 6/19 6/20 6/23 7/17 10/1
 11/11 11/15 12/5 12/17 14/9
 16/9 17/10 18/9 19/19 19/24
 20/17 20/24 21/7 22/25 23/7
 23/11 25/8 25/12 26/7 26/10
 26/23 27/8 27/9 27/19 27/25
 30/15 31/17 41/4 42/19 50/5
 51/2 51/12 59/3 63/2 70/8
 70/21 71/5 80/19
**government's -- we're [1]**
 10/1
**grab [1]** 20/1
**grabbed [1]** 37/13
**grabs [1]** 20/2
**grand [3]** 47/14 47/15 50/17
**grant [3]** 61/10 78/23 86/20
**granting [4]** 61/9 61/10
 69/1 88/24
**gravamen [2]** 14/18 39/4
**great [7]** 7/10 7/14 35/8
 48/11 72/6 81/18 91/23
**greatly [1]** 15/17
**grew [1]** 79/20
**ground [1]** 11/23
**grouped [1]** 4/8
**guarantee [1]** 84/22
**guess [4]** 9/2 18/24 68/9
 86/25
**guilty [2]** 73/16 73/17
**guru [1]** 38/23
**guy [2]** 38/12 64/21

**guys [12]** 6/7 31/2 31/3 43/1 44/6 44/21 48/22 63/15 75/17 76/11 91/15 92/8
**GX1 [1]** 73/1

# H

**H-O-F-V [1]** 46/14
**Hale [3]** 60/5 60/5 60/9
**half [7]** 8/6 20/20 36/11 44/24 71/23 71/24 83/16
**HALPIN [1]** 1/19
**hand [5]** 19/5 82/22 87/16 87/17 92/4
**handed [3]** 14/16 17/8 53/14
**handful [2]** 42/16 82/19
**handle [1]** 63/24
**handling [1]** 24/19
**hands [1]** 31/6
**HANEN [1]** 1/8
**hanging [4]** 4/22 88/3 88/4 89/13
**happen [8]** 26/3 42/7 42/8 57/13 61/3 70/8 77/9 91/23
**happened [6]** 10/5 29/12 46/23 77/20 87/24 91/25
**happening [2]** 87/9 88/11
**happens [1]** 18/24
**happy [2]** 9/16 37/24
**hard [7]** 15/16 24/22 26/2 45/16 74/2 85/23 91/17
**hard-pressed [1]** 45/16
**HARLAN [1]** 2/9
**harm [1]** 31/4
**harmed [1]** 72/18
**hash [1]** 81/20
**hasn't [1]** 24/2
**haste [3]** 33/6 33/11 33/23
**hastily [1]** 12/24
**hate [5]** 79/20 80/10 80/11 80/12 93/12
**hates [2]** 81/15 93/10
**have [246]**

**have -- made [1]** 32/18
**have -- they [1]** 9/9
**haven't [13]** 13/19 31/5 36/12 36/13 57/23 61/13 64/11 65/4 65/19 67/3 74/19 78/8 93/23
**haven't -- you [1]** 57/23
**having [8]** 29/17 50/11 52/19 55/5 76/25 77/17 81/10 91/16
**he [83]** 4/7 4/21 11/7 11/9 11/9 12/13 18/21 19/4 19/4 19/4 19/5 21/10 24/2 24/9 24/10 25/10 25/11 25/24 25/24 25/25 28/13 31/21 32/3 32/5 32/6 32/13 32/14 32/17 32/19 32/23 32/24 33/4 34/23 35/1 35/5 35/10 40/13 42/16 42/16 42/17 44/16 45/18 45/18 45/22 46/19 47/23 47/24 48/11 48/11 48/12 48/13 48/14 51/23 51/23 51/23 53/21 53/22 59/9 59/12 60/9 60/12 60/14 60/19 62/16 62/18 63/7 63/7 72/13 72/14 72/14 72/15 83/6 83/7 86/19 87/17 87/17 87/23 88/17 88/17 90/9 90/19 90/23 94/3
**he's [16]** 11/4 11/6 12/12 18/20 18/22 18/24 18/25 32/2 32/7 32/9 41/16 60/20 62/16 67/8 88/1 90/20
**head [4]** 8/17 71/16 73/6 86/6
**headed [1]** 24/13
**hear [13]** 4/17 5/16 30/16 37/23 40/16 57/3 57/23 57/24 59/10 65/6 74/11 84/14 85/9
**heard [6]** 29/2 29/5 36/21 39/14 87/22 92/4
**hearing [11]** 1/8 36/17 36/18 41/24 46/5 46/17

**haves made [1]** 32/18

**hearings [2]** 93/5 93/15
**hearsay [1]** 37/5
**Heather [2]** 3/15 96/23
**Heights [3]** 2/6 2/17 2/20
**held [1]** 45/19
**help [4]** 78/22 81/7 84/5 84/6
**helpful [3]** 33/20 33/25 79/3
**helping [1]** 85/12
**helps [1]** 89/1
**HENNESSEY [6]** 3/8 4/19 4/20 5/7 5/12 49/15
**Hennessey's [4]** 12/4 33/10 68/7 69/1
**her [4]** 11/12 11/12 38/20 49/1
**her -- the [1]** 11/12
**Herculean [2]** 17/22 27/13
**here [39]** 4/3 10/1 10/21 12/21 13/14 13/24 14/20 17/9 24/19 31/13 36/1 36/14 37/22 39/6 40/11 40/25 41/1 42/9 42/12 44/19 47/16 50/1 55/2 57/20 64/7 64/18 67/19 69/12 70/18 77/13 77/24 78/4 79/10 81/23 83/14 85/20 86/7 87/9 92/2
**here -- yeah -- both [1]** 67/19
**here's [13]** 10/3 24/25 41/10 41/11 56/23 61/8 70/20 77/8 77/8 79/12 91/12 91/13 91/14
**here's -- here's [1]** 77/8
**herself [1]** 11/11
**hesitation [1]** 16/15
**hey [3]** 41/10 75/16 87/23
**HEYWARD [1]** 1/15
**high [2]** 8/16 40/3
**higher [2]** 25/18 32/5
**highlighted [1]** 23/23
**highly [1]** 40/6

**H**

**HILDER [2]** 2/9 2/10
**him [12]** 4/8 4/22 15/1 32/11 32/16 33/21 60/18 72/13 83/14 86/19 90/21 94/13
**his [33]** 4/7 4/20 4/24 5/9 14/22 14/24 14/25 15/19 16/4 16/8 17/3 17/12 18/22 18/23 28/25 32/13 32/18 32/24 35/9 35/18 36/24 36/25 40/13 52/20 60/15 60/22 86/4 88/10 88/17 90/4 91/6 91/9 94/4
**his -- he [1]** 4/7
**historically [1]** 40/17
**history [1]** 16/19
**hit [1]** 11/4
**hoe [1]** 74/3
**hold [5]** 21/11 72/15 73/22 91/19 93/4
**holding [3]** 7/5 34/3 34/5
**holds [1]** 67/13
**hole [1]** 61/5
**holidays [1]** 16/21
**home [1]** 32/18
**Honor [110]**
**Honor's [4]** 16/8 65/6 84/15 85/24
**HONORABLE [1]** 1/8
**hook [1]** 37/2
**hope [1]** 48/25
**hopes [1]** 89/1
**hoping [1]** 85/4
**horse [1]** 16/25
**hour [4]** 16/23 32/8 34/21 77/13
**hours [6]** 6/25 17/20 17/20 18/18 25/6 25/7
**hours' [2]** 71/2 71/3
**house [2]** 63/11 88/22
**houses [1]** 87/25
**HOUSTON [12]** 1/2 1/17 2/7 2/11 2/18 2/21 2/24 3/4

**how -- you [1]** 92/25
**however [3]** 23/11 41/6 52/11
**HOXIE [1]** 1/22
**Hoyt [1]** 80/2
**HRVATIN [11]** 2/22 31/13 31/21 32/1 32/12 33/20 34/25 53/18 53/23 54/5 54/9
**Hrvatin's [1]** 54/2
**huge [5]** 11/16 12/7 14/8 27/11 45/19
**hundred [3]** 18/10 45/17 51/17
**husband [1]** 60/14
**hyperbolic [1]** 17/23

**I**

**I -- as [1]** 34/16
**I -- I [4]** 57/20 67/11 77/8 85/6
**I -- I'll [2]** 25/11 46/10
**I -- I'm [2]** 57/2 61/18
**I -- it [1]** 34/15
**I -- it's -- it's [1]** 86/4
**I -- what [1]** 80/4
**I -- you [1]** 10/11
**I'd [4]** 40/8 48/19 48/20 78/9
**I'll [16]** 4/18 10/4 25/11 25/11 29/1 35/15 40/12 46/10 47/4 64/25 79/24 89/15 92/12 93/3 93/4 95/22
**I'm [121]**
**I'm -- I [2]** 4/12 78/23
**I'm -- I'm [3]** 68/25 78/24 80/24
**I'm -- there [1]** 69/6
**I've [29]** 4/5 6/2 6/5 9/23 13/4 14/23 14/25 18/11 25/5 34/18 35/12 39/14 46/5 46/6 47/14 68/24 69/13 80/5 83/11 83/11 83/14 83/14 83/16 84/23 86/11 86/12 89/21 90/5 96/15

**idea [3]** 51/19 57/20 63/15
**identical [1]** 31/22
**identified [2]** 15/8 28/8
**identify [1]** 27/23
**Ides [1]** 81/19
**III [1]** 1/19
**illegal [1]** 50/13
**illustrate [2]** 17/13 18/12
**illustration [1]** 14/10
**imagine [1]** 70/10
**immediately [1]** 19/14
**impact [1]** 26/16
**impactful [2]** 19/6 80/22
**importance [1]** 76/18
**important [21]** 6/22 8/13 8/14 9/13 10/6 10/8 21/14 29/12 29/22 40/9 48/23 51/8 51/25 53/4 60/3 64/12 72/16 77/22 83/12 93/19 94/9
**impossible [3]** 47/22 47/22 84/24
**impossible -- impossible [1]** 47/22
**imputing [1]** 70/5
**inappropriate [1]** 66/16
**incidents [1]** 26/18
**inclined [1]** 85/10
**include [4]** 19/20 37/19 64/25 73/8
**included [3]** 14/18 20/4 26/7
**includes [1]** 90/18
**including [2]** 51/22 59/1
**income [2]** 35/9 35/9
**inconsistent [4]** 7/21 8/5 9/5 91/8
**incorrect [2]** 32/16 38/6
**increases [2]** 41/22 44/14
**incredible [1]** 14/12
**incredibly [1]** 20/14
**inculpatory [3]** 63/24 86/14 89/22
**incumbent [1]** 19/1
**independently [1]** 33/4

**I**

**indeterminate [1]** 41/22
**indicate [1]** 67/19
**indicating [1]** 87/5
**indicative [1]** 17/22
**indicted [3]** 5/5 18/21 44/6
**indictment [24]** 4/22 5/1
5/2 5/3 5/8 9/23 10/23 13/19
25/16 25/24 27/22 28/6 28/8
28/10 42/22 42/24 43/2 45/9
57/2 58/6 59/3 68/18 82/13
83/1
**individual [4]** 31/24 40/22
67/4 79/16
**individuals [1]** 69/17
**information [21]** 22/11
25/20 30/16 34/21 43/19
44/11 50/4 51/10 51/21
55/10 56/13 58/24 59/1 59/2
59/6 60/19 60/22 61/4 82/24
94/5 94/10
**informs [1]** 8/16
**inside [3]** 8/16 34/5 58/15
**insider [2]** 40/19 40/20
**insiders [1]** 64/20
**instance [3]** 22/13 63/6
63/10
**instruments [1]** 44/3
**intangible [1]** 67/14
**integrity [1]** 34/24
**intelligent [1]** 36/2
**intelligently [1]** 18/15
**intensive [1]** 55/21
**intent [6]** 7/9 7/12 8/11 9/12
63/16 73/20
**interchanged [1]** 23/24
**interested [2]** 32/13 89/12
**interject [1]** 58/19
**interjection [1]** 58/20
**intermingled [1]** 23/25
**Internet [3]** 6/14 37/5 37/14
**intervals [1]** 10/7
**intervening [1]** 39/1
**interview [1]** 33/21

**interviews [1]** 44/1
**introduce [3]** 36/23 55/6
74/5
**invested [1]** 50/16
**investigate [2]** 50/5 64/13
**investigated [3]** 44/13 44/24
51/11
**investigation [12]** 30/21
43/15 44/2 51/10 51/12
51/13 52/17 57/16 58/16
59/1 60/13 87/12
**investigative [3]** 50/5 50/9
51/5
**investigatory [1]** 44/23
**investing [1]** 6/15
**investors [1]** 7/25
**involved [7]** 24/8 26/8 29/3
43/15 47/25 60/16 64/19
**involvement [1]** 64/16
**involves [1]** 65/4
**involving [2]** 50/13 65/7
**irreconcilable [1]** 38/9
**irrelevant [1]** 36/19
**IRS [5]** 47/8 62/18 63/3
63/25 64/2
**is -- does [1]** 7/11
**is -- I [2]** 83/22 86/21
**is -- is [1]** 43/12
**is -- trades [1]** 33/4
**is -- when [1]** 21/19
**isn't [4]** 19/20 24/4 29/16
82/15
**issue [48]** 10/10 14/8 19/16
22/6 22/8 24/7 27/1 29/5
37/25 38/18 40/14 41/17
42/5 42/9 42/12 43/8 43/13
44/18 46/7 49/23 49/25
54/18 56/7 56/7 59/15 59/24
59/25 65/3 65/12 65/24 66/5
66/21 69/11 75/10 76/3 76/3
83/24 84/8 86/4 86/10 86/11
88/15 88/17 92/23 93/22
94/2 94/2 96/6
**issued [4]** 40/19 44/2 47/6

**issues [35]** 12/3 12/20 12/25
13/9 13/15 13/18 19/12
20/19 22/12 28/5 36/2 36/2
36/3 36/3 36/4 36/5 36/7
37/6 37/22 39/3 39/11 40/1
60/9 65/2 68/22 70/1 70/2
72/24 75/5 81/20 81/22 85/1
87/7 92/12 93/20
**it -- I [1]** 89/18
**It'll [1]** 93/14
**it's -- I [2]** 56/9 78/12
**it's -- if [1]** 52/5
**it's -- it's [1]** 12/15
**it's -- that's [1]** 79/10
**It's -- yeah [1]** 75/7
**item [1]** 33/14
**its [8]** 11/4 19/19 23/12 50/6
59/1 59/4 70/9 71/5
**itself [2]** 31/6 60/11

**J**

**J-A-G-X [1]** 46/13
**Jackson [2]** 3/9 3/12
**JAGX [2]** 42/6 46/13
**jail [1]** 87/23
**JAMES [1]** 3/12
**JAMIE [2]** 1/22 19/11
**January [5]** 42/14 42/14
46/23 51/3 53/22
**January -- between [1]**
42/14
**January 25th [1]** 53/22
**January 31st [1]** 51/3
**Jencks [3]** 28/13 95/6 96/1
**Jenks [4]** 66/14 95/10 95/14
95/17
**Jenks-qualified [1]** 66/14
**jeopardy [2]** 13/15 35/20
**job [3]** 8/2 11/11 20/14
**JOHN [1]** 1/12
**joined [2]** 28/24 30/11
**joint [5]** 30/20 43/15 67/9
79/5 81/5
**jointly [2]** 27/14 44/1

**J**

**joking [1]** 75/20
**Journal [1]** 57/14
**judge [16]** 1/9 5/18 7/4 8/21 14/14 58/14 66/9 67/18 80/2 80/2 81/2 81/12 84/20 92/3 92/20 96/8
**judge -- thank [1]** 14/14
**Judge Gilmore's [1]** 81/12
**Judge Hoyt [1]** 80/2
**Judge Rosenthal [1]** 80/2
**judge-approved [1]** 66/9
**judicial [1]** 16/2
**juice [1]** 53/25
**July [2]** 30/24 35/13
**June [5]** 5/4 27/23 34/3 37/21 83/4
**June 5th [1]** 34/3
**jurisprudence [1]** 17/5
**juror's [1]** 70/6
**jurors [3]** 79/16 79/18 80/6
**jury [22]** 6/9 10/24 19/2 29/16 30/16 31/7 31/16 31/18 45/22 47/15 48/17 69/24 69/24 73/18 75/3 79/5 79/6 79/10 80/7 80/9 80/22 93/10
**jury's [1]** 75/9
**just [88]** 10/18 11/4 11/19 12/9 13/2 13/8 13/19 13/21 14/7 15/23 17/14 19/12 20/4 25/11 28/21 28/25 29/12 29/14 32/5 33/24 34/19 36/1 36/18 36/21 36/23 36/25 37/3 38/13 40/13 41/15 45/14 49/22 53/3 53/3 53/20 54/14 54/14 54/21 56/20 57/12 59/9 60/17 61/18 61/19 62/10 62/13 64/6 65/5 65/12 65/19 65/20 65/21 65/24 65/25 69/10 70/4 71/12 71/15 71/22 73/11 74/12 77/5 77/14 78/24 80/12 80/22 83/7 83/13

83/22 84/8 84/25 86/16 86/17 87/2 87/6 87/19 89/2 89/15 89/19 90/18 90/24 91/25 92/4 92/5 92/8 94/1 95/1 96/9
**just -- I'll [1]** 25/11
**Justice [2]** 1/13 67/17

**K**

**K-O-S-S [1]** 46/14
**keep [7]** 50/11 69/21 69/25 74/8 75/9 80/15 93/6
**kept [1]** 78/5
**key [1]** 85/19
**kick [1]** 93/11
**KIDD [1]** 3/9
**kids [1]** 93/2
**kind [13]** 4/5 6/21 24/1 33/7 35/10 50/3 54/14 69/17 72/8 74/20 77/5 78/6 92/3
**kindly [3]** 16/4 31/25 33/15
**knew [5]** 24/4 24/6 35/16 52/15 72/13
**know [123]**
**know -- it [1]** 10/18
**knowledge [2]** 57/14 61/2
**known [3]** 14/25 72/14 83/11
**knows [8]** 15/15 36/23 37/4 77/16 93/16 93/18 93/20 93/20
**Koss [1]** 46/14
**Kyles [2]** 51/14 87/11

**L**

**L.L.P [1]** 2/23
**lack [3]** 34/24 51/10 71/16
**Landy [2]** 1/20 1/23
**large [4]** 23/3 37/6 52/13 81/11
**largely [1]** 14/19
**last [7]** 10/12 13/3 15/12 16/4 29/12 48/10 73/4
**late [2]** 33/19 92/24
**later [6]** 6/25 18/25 32/5

**latter [1]** 93/18
**laundering [1]** 91/7
**laundry [1]** 89/19
**LAURA [4]** 3/9 4/18 81/11 83/15
**law [22]** 2/3 2/6 2/17 2/20 3/3 3/6 35/11 35/20 38/6 38/6 38/24 50/22 60/19 66/16 67/12 67/13 86/5 87/8 87/18 88/16 95/11 95/25
**laws [1]** 18/4
**lawyer [4]** 18/2 18/3 18/5 86/11
**lawyer's [1]** 80/14
**lawyers [9]** 33/11 34/20 49/3 74/6 75/1 80/10 82/22 83/16 86/3
**lay [2]** 15/24 82/22
**lead [4]** 4/16 21/7 64/10 74/25
**leading [1]** 67/17
**leads [2]** 60/6 88/14
**learn [5]** 6/9 31/16 31/17 35/17 43/11
**learning [1]** 18/3
**least [18]** 9/4 19/14 21/4 22/20 30/4 32/21 34/12 43/25 44/12 49/6 52/12 53/6 53/6 64/23 83/16 87/15 88/6 89/21
**leave [1]** 89/15
**leaving [1]** 12/7
**left [4]** 22/11 36/14 56/10 70/12
**legal [2]** 61/7 74/3
**length [5]** 23/21 53/20 82/5 82/10 82/21
**less [4]** 8/13 8/13 29/12 41/19
**let [23]** 4/2 6/2 10/4 10/9 28/20 30/9 49/3 49/19 57/2 66/20 67/7 67/10 69/19 69/19 73/25 77/4 77/4 78/19

**L**

**let...** [5] 83/1 86/2 86/7 92/2 96/6
**let's** [15] 4/10 4/15 37/25 39/13 39/23 39/24 52/22 53/3 54/16 55/11 64/3 74/6 79/6 92/1 94/21
**letter** [3] 20/25 34/7 70/18
**letters** [1] 42/2
**level** [1] 8/22
**LEWIS** [5] 3/2 36/25 83/13 94/2 94/11
**Lewis's** [1] 25/22
**lied** [1] 6/16
**life** [2] 17/3 81/13
**like** [32] 11/4 11/15 11/17 11/22 11/23 12/2 12/11 13/16 13/19 17/17 19/12 19/25 22/6 34/18 38/14 40/8 48/20 48/20 52/13 53/21 61/24 63/21 64/1 64/20 65/17 65/17 77/24 81/14 81/19 84/1 89/13 90/21
**like -- there's** [1] 12/2
**like -- they're** [1] 65/17
**limine** [6] 11/1 11/15 12/2 45/25 61/1 84/1
**limit** [3] 32/9 85/10 85/18
**limitation** [1] 5/9
**line** [3] 20/8 22/21 48/21
**lining** [1] 19/17
**LIOLOS** [1] 1/12
**list** [16] 19/19 22/14 23/7 24/5 33/13 33/16 41/6 42/18 46/4 46/15 52/11 52/12 53/16 63/13 63/16 71/16
**listed** [5] 42/19 42/20 43/2 59/4 64/18
**listen** [1] 69/25
**listened** [1] 72/7
**listening** [1] 36/1
**listens** [1] 16/25
**lists** [5] 6/6 54/25 55/4 62/7 84/3

**literal** [1] 8/11
**literally** [3] 48/17 48/17 81/13
**literally -- literally** [1] 48/17
**litigation** [1] 35/17
**little** [10] 4/3 37/21 41/11 53/4 61/19 65/14 65/19 72/24 77/5 87/19
**lived** [1] 87/24
**living** [1] 32/18
**LLP** [5] 1/20 1/23 2/13 3/9 3/12
**lock** [2] 8/3 9/4
**locked** [1] 11/11
**locking** [1] 8/7
**long** [15] 7/25 13/25 35/2 69/11 71/4 71/10 75/3 75/25 76/23 78/7 80/5 83/11 85/12 88/17 90/17
**long-term** [1] 7/25
**longer** [3] 5/7 27/22 28/17
**look** [30] 8/23 11/16 11/17 11/22 12/11 14/22 16/5 19/3 21/20 22/1 22/13 22/18 24/8 26/21 34/12 47/23 48/10 48/12 48/17 48/22 68/22 70/6 75/17 77/19 79/9 79/13 83/8 87/15 91/22 96/6
**looked** [6] 13/2 41/21 62/21 69/13 70/24 72/6
**looking** [6] 12/9 16/15 58/23 70/1 75/2 75/25
**looks** [2] 22/6 52/13
**losing** [1] 67/14
**loss** [4] 31/24 44/22 67/14 83/24
**losses** [2] 40/24 41/3
**lost** [4] 41/13 55/1 64/1 72/7
**lot** [31] 4/4 5/24 8/23 12/20 13/18 16/8 18/3 26/9 26/25 27/2 27/10 29/2 35/25 36/17 37/6 39/9 42/8 52/3 53/2 53/4 56/4 64/11 71/13 72/1

74/15 75/23 77/2 79/1 79/11 79/11 83/17
**Louisiana** [1] 1/16
**love** [1] 13/20
**Lovett** [1] 2/11
**Lu** [1] 28/22
**Lubbock** [1] 15/14
**lucky** [1] 75/3
**LUIS** [2] 2/2 28/22
**lumped** [2] 24/1 24/2
**lunch** [1] 9/8
**lying** [1] 7/17

**M**

**ma'am** [1] 14/15
**made** [39] 14/7 15/3 15/6 15/19 18/21 19/4 19/19 20/17 27/7 29/24 31/1 32/7 35/8 41/3 41/18 42/13 42/15 42/16 42/17 42/17 45/2 45/3 45/5 45/18 45/22 46/10 50/17 52/3 56/4 73/15 75/17 77/1 78/5 86/18 86/18 86/19 87/17 88/19 94/5
**Madison** [1] 1/23
**magistrate** [1] 66/9
**magistrate's** [1] 35/14
**mail** [8] 21/6 21/9 34/10 66/7 66/13 90/18 95/9 95/13
**mailed** [1] 34/4
**mails** [7] 33/14 33/17 59/7 90/1 90/8 95/5 95/16
**main** [2] 72/12 73/2
**maintain** [1] 5/14
**major** [2] 43/8 93/4
**majority** [3] 19/24 45/4 45/5
**make** [31] 5/7 7/16 10/7 11/16 11/22 12/6 13/10 14/24 16/23 18/13 18/16 21/25 23/17 29/1 29/18 32/6 32/18 35/15 44/18 44/19 61/15 65/21 73/18 77/7 78/21 80/21 85/8 88/16 89/24 92/18 95/4

**makes [7]** 18/16 20/13 20/18 33/7 33/11 33/23 34/11

**making [6]** 6/13 12/11 27/22 31/23 56/25 71/18

**MALLETT [3]** 2/23 2/23 31/12

**malpractice [1]** 10/18

**man [3]** 17/2 54/8 57/9

**manager [2]** 14/3 16/5

**manipulation [2]** 64/13 64/20

**manner [3]** 43/8 73/21 80/17

**many [11]** 12/18 13/25 16/11 26/11 43/23 45/6 45/6 46/25 63/7 83/20 84/8

**March [6]** 15/13 37/18 42/15 81/19 84/2 92/25

**March 1st [1]** 42/15

**margins [1]** 35/3

**MARIE [1]** 3/9

**marital [1]** 87/9

**market [16]** 8/3 8/20 9/6 25/8 25/13 25/19 25/20 26/2 26/4 26/14 26/16 26/21 26/22 31/3 32/10 32/16

**market -- these [1]** 26/4

**Massachusetts [1]** 2/14

**massive [4]** 5/22 22/19 24/23 65/16

**master [1]** 17/23

**match [1]** 73/6

**material [25]** 21/1 23/10 26/7 28/13 30/9 30/12 34/7 37/3 40/5 40/9 49/2 50/2 51/14 51/19 51/20 52/1 53/6 56/8 58/14 58/15 59/11 59/12 87/24 94/8 95/7

**materiality [1]** 72/1

**materials [7]** 21/1 34/22 35/5 43/20 66/16 66/18 95/18

**MATTLOCK [5]** 2/2 27/14 28/23 47/20 49/12

**matter [6]** 17/24 23/9 51/11 73/13 73/14 96/20

**matters [2]** 19/18 22/3

**MATTHEW [1]** 1/19

**Maxine [3]** 42/23 46/16

**may [48]** 5/18 6/7 14/4 14/5 19/8 19/9 26/8 30/14 31/10 31/11 32/16 34/15 35/4 46/12 53/12 55/20 55/20 57/25 58/19 62/13 63/22 63/23 64/2 64/2 69/18 80/1 81/3 82/1 82/2 82/15 82/16 84/2 84/6 84/12 84/18 85/2 85/2 85/3 85/3 85/7 91/24 92/25 93/1 93/2 93/14 93/15 93/19 93/21

**may -- may [1]** 64/2

**maybe [10]** 6/18 39/15 57/25 69/6 70/4 70/4 75/25 86/15 86/25 92/6

**MCGUIRE [1]** 2/10

**McKinney [2]** 3/6 3/10

**me -- and [1]** 6/6

**me -- I [1]** 86/2

**me -- let [2]** 69/19 77/4

**mean [57]** 4/10 4/11 4/16 6/8 6/16 6/21 6/22 12/5 12/15 13/15 13/18 19/23 21/18 32/15 57/3 58/12 63/14 63/25 64/2 67/12 69/15 69/21 70/5 70/7 70/16 70/20 71/3 71/4 71/11 71/14 72/8 73/15 74/3 74/5 74/20 75/1 75/2 77/9 77/10 78/3 78/15 78/19 78/23 79/10 79/24 80/11 83/22 86/15 86/17 86/21 89/10 89/18 91/22 91/23 92/5 93/7 93/9

**Meaning [1]** 19/22

**means [3]** 21/17 31/21 60/11

**measure [1]** 16/14

**mechanical [1]** 36/8

**media [1]** 36/8

**meet [2]** 13/10 33/11

**megabytes [1]** 65/17

**Melley [1]** 64/10

**members [1]** 25/10

**meme [11]** 41/11 41/21 42/5 42/18 44/8 45/6 45/19 46/3 46/16 54/20 58/25

**Memorial [2]** 2/24 83/9

**memorialize [1]** 90/20

**memorialized [1]** 90/1

**memory [1]** 67/18

**mention [2]** 30/7 77/4

**mentioned [4]** 45/9 70/17 81/4 95/1

**merits [1]** 77/22

**message [7]** 12/7 20/2 20/3 53/17 88/7 88/9 89/12

**messages [9]** 12/5 14/19 17/12 18/8 19/17 19/17 73/7 74/15 74/16

**methodology [1]** 73/11

**MICHAEL [1]** 3/12

**microphone [4]** 58/22 75/6 75/7 87/5

**Microsoft [1]** 8/14

**mid [1]** 5/4

**mid-June [1]** 5/4

**middle [1]** 70/14

**might [3]** 7/15 61/15 79/4

**million [11]** 11/3 41/18 41/20 42/14 42/15 42/20 45/3 45/3 45/15 45/22 48/3

**millions [4]** 20/6 20/6 48/17 48/18

**mind [6]** 46/22 55/4 69/21 74/8 80/15 93/6

**mindful [1]** 31/15

**minute [9]** 8/9 9/5 10/5 10/5 49/20 57/7 66/23 74/5 77/17

**minutes [4]** 7/22 18/18 18/24 32/4

**misleading [2]** 20/15 48/15

M

**misled [1]** 72/17
**missed [3]** 51/5 51/5 52/14
**missing [5]** 6/7 25/12 26/23
39/25 65/7
**missing -- and [1]** 6/7
**mistake [2]** 33/15 33/17
**mistakes [1]** 34/11
**Mitchell [1]** 4/19
**mode [1]** 82/7
**Mole [1]** 10/2
**moment [1]** 22/9
**money [21]** 10/7 35/8 41/3
41/13 45/18 45/20 46/10
50/9 50/10 50/12 52/3 52/4
52/4 73/15 87/18 88/1 88/15
91/6 91/6 91/7 91/9
**monitor [1]** 5/8
**month [15]** 13/8 15/13
29/13 75/2 75/25 76/9 76/13
76/23 80/23 80/25 83/6 84/5
91/4 94/14 94/21
**months [14]** 10/21 10/22
13/2 13/3 13/6 13/21 20/21
24/21 27/23 36/11 69/5 76/1
76/1 80/15
**months' [1]** 13/25
**monumental [1]** 15/5
**moon [1]** 46/25
**more [13]** 9/23 19/12 20/19
20/19 22/11 22/12 24/25
27/21 30/10 35/8 41/2 53/25
85/11
**morning [9]** 6/24 12/9 14/6
16/5 19/10 24/16 31/10
35/23 36/21
**most [14]** 7/18 13/4 17/4
32/17 33/25 38/8 38/15
39/16 39/16 40/8 80/6 84/25
85/19 93/19
**most -- you [1]** 39/16
**motion [60]** 1/8 4/13 4/14
4/19 10/12 12/4 24/17 28/6
28/24 30/11 30/18 30/24

31/10 31/19 33/6 33/8 33/9
33/10 33/10 33/16 33/21
34/17 38/2 39/20 40/9 41/17
54/25 61/1 61/9 61/10 66/4
67/5 67/9 67/25 68/6 68/7
68/13 68/13 68/19 68/21
68/25 68/25 69/1 69/2 74/1
74/10 77/6 82/9 83/23 84/10
86/4 86/18 86/23 88/19
91/13 92/9 92/16 93/23
93/23 94/24
**motions [19]** 4/13 11/1
11/15 12/1 12/19 12/19 30/8
32/25 39/16 39/18 40/5
66/24 67/3 67/4 67/24 68/10
68/16 69/2 84/1
**motions -- there's [1]** 68/10
**motive [1]** 73/19
**move [5]** 26/2 31/3 45/25
75/9 85/3
**moved [1]** 79/21
**movement [3]** 7/13 7/19
57/9
**movements [3]** 8/3 8/10
76/11
**moves [1]** 32/10
**moving [1]** 25/21
**MR [19]** 1/12 1/12 1/15
1/19 1/19 2/2 2/5 2/9 2/9
2/13 2/16 2/19 2/23 3/2 3/5
3/12 39/18 49/14 53/18
**Mr. [91]** 4/6 4/6 4/20 5/7
5/12 5/21 10/12 12/4 14/7
15/2 15/24 16/3 16/3 16/17
17/2 18/17 23/22 25/22
27/14 27/14 28/22 28/24
29/1 29/21 30/9 30/10 31/13
31/21 32/1 32/12 33/20
34/25 36/22 36/24 36/25
39/15 39/18 39/24 40/13
41/15 41/18 45/7 45/12
48/10 49/10 49/13 49/15
52/24 53/1 53/17 53/18
53/19 53/19 53/20 53/23

54/9 54/20 60/13 60/23 63/6
63/8 63/20 64/21 64/24 65/2
67/5 67/23 68/7 69/1 69/19
71/4 75/22 82/15 82/18
83/13 86/3 86/8 86/9 86/25
88/10 90/9 93/25 94/2 94/4
94/11 95/19
**Mr. Alt [1]** 64/21
**Mr. Armstrong [13]** 39/24
40/13 41/15 48/10 52/24
63/20 65/2 67/23 69/19 71/4
86/8 93/25 95/19
**Mr. Carter [3]** 53/1 86/25
90/9
**Mr. Constantinescu [11]**
41/18 45/7 53/17 53/20
53/23 54/4 54/7 60/13 60/23
63/8 88/10
**Mr. Constantinescu's [5]**
29/21 30/10 39/18 54/20
86/3
**Mr. Cooperman [6]** 16/17
17/2 27/14 49/10 63/6 94/4
**Mr. Cooperman's [1]** 36/24
**Mr. Deel [1]** 29/1
**Mr. Fertitta [1]** 28/24
**Mr. Ford [2]** 64/24 86/9
**Mr. Hennessey [4]** 4/20 5/7
5/12 49/15
**Mr. Hennessey's [3]** 12/4
68/7 69/1
**Mr. Hrvatin [9]** 31/21 32/1
32/12 33/20 34/25 53/18
53/23 54/5 54/9
**Mr. Hrvatin's [1]** 54/2
**Mr. Lay [1]** 15/24
**Mr. Lewis [4]** 36/25 83/13
94/2 94/11
**Mr. Lewis's [1]** 25/22
**Mr. Matlock [1]** 27/14
**Mr. O'Brien [1]** 30/9
**Mr. Perry [1]** 28/22
**Mr. Rosen [6]** 14/7 16/3

# M

**Mr. Rosen... [4]** 18/17
23/22 36/22 75/22
**Mr. Rosen's [1]** 15/2
**Mr. Rybarczyk [5]** 4/6 5/21
49/13 82/15 82/18
**Mr. Rybarczyk's [1]** 45/12
**Mr. Stefan [1]** 31/13
**Mr. Williams [3]** 4/6 16/3
39/15
**Mr. Williams' [1]** 10/12
**Mrs. [1]** 15/9
**Mrs. Epley [1]** 15/9
**MS [3]** 1/22 2/10 3/9
**Ms. [11]** 27/16 37/15 38/2
40/7 47/5 48/24 68/9 69/4
71/17 73/12 86/9
**Ms. Cordova [4]** 27/16 38/2
68/9 69/4
**Ms. Cordova's [1]** 37/15
**Ms. Garibotti [1]** 71/17
**Ms. Garibotti's [1]** 73/12
**Ms. Solano [3]** 40/7 47/5
86/9
**Ms. Solano's [1]** 48/24
**much [7]** 6/8 15/24 19/18
73/15 86/12 86/16 86/16
**mud [1]** 45/15
**multi [2]** 26/13 76/13
**multi-disciplined [1]** 26/13
**multi-month [1]** 76/13
**multiple [4]** 4/13 31/22
63/15 63/17
**multiples [1]** 17/16
**multiplied [1]** 26/17
**MURTHA [1]** 3/12
**must [1]** 5/24
**mutually [1]** 38/10
**my [78]** 7/6 10/4 11/2 12/21
12/25 13/5 13/16 15/18 16/5
16/13 16/14 16/19 17/11
17/20 17/21 18/14 18/19
19/10 24/18 27/19 28/14
29/5 29/13 30/6 33/6 33/13
33/17 34/17 37/17 38/3
40/7 41/1 41/10 42/13 42/15
43/8 43/11 44/12 44/15 45/2
45/5 45/15 46/4 46/10 47/12
47/23 50/13 50/20 50/22
52/19 56/10 56/10 64/18
64/25 66/11 67/2 67/18
69/21 71/16 72/7 72/16 73/6
75/22 78/16 79/11 80/5 81/7
81/13 81/15 82/9 82/16 84/7
84/7 84/9 84/15 87/14 88/1
88/15
**My -- I [1]** 7/6
**myself [1]** 15/11

# N

**N-A-K-D [1]** 46/13
**nailed [1]** 7/3
**NAKD [4]** 42/6 42/13 42/16
46/10
**name [4]** 19/10 41/1 50/21
78/16
**naming [1]** 46/9
**narrow [3]** 10/22 13/23
72/23
**Nasdaq [1]** 25/17
**Nasdaq.com [2]** 25/17
25/21
**national [1]** 60/8
**nationwide [1]** 13/4
**nature [2]** 18/2 76/2
**NEAL [2]** 2/16 2/17
**near [1]** 75/7
**nearly [2]** 52/4 84/24
**necessarily [3]** 4/12 78/12
89/20
**necessary [2]** 14/21 21/16
**need [37]** 7/2 7/2 12/25
13/13 13/18 13/21 14/12
17/17 21/22 21/25 24/24
24/24 30/4 30/5 30/17 30/22
30/25 31/6 31/7 34/12 35/17
44/23 45/25 51/21 53/11
74/9 76/9 78/21 81/25 82/21
84/3 84/18 85/8 89/11 89/16

**need -- we [1]** 21/22
**needs [4]** 24/15 32/21 56/8
84/9
**negotiating [1]** 80/1
**neighborhood [1]** 72/2
**never [7]** 9/23 9/23 17/3
28/7 32/12 34/11 57/23
**new [7]** 1/13 1/24 1/24
19/11 22/10 22/11 92/23
**newspaper [1]** 40/25
**next [3]** 47/5 48/14 84/15
**nice [1]** 4/8
**night [3]** 10/12 13/3 73/4
**night's [1]** 16/4
**nine [1]** 36/15
**ninth [1]** 81/16
**no [39]** 1/4 8/12 8/13 16/15
16/17 16/20 17/17 18/5 39/8
39/8 39/17 40/24 40/24 41/2
41/19 42/13 43/9 43/13
43/13 44/22 44/22 49/10
49/12 49/13 49/14 49/15
49/16 51/19 55/11 57/20
60/19 70/6 72/22 73/9 76/10
78/18 82/21 95/5 95/5
**No. [4]** 31/20 33/14 34/15
51/2
**No. 22 [1]** 34/15
**No. 346 [1]** 51/2
**No. 383 [1]** 31/20
**No. 388 [1]** 33/14
**nobody [3]** 41/3 41/3 46/24
**Nods [1]** 86/6
**none [5]** 16/6 16/13 28/10
45/7 70/5
**norm [1]** 13/7
**normal [4]** 25/6 25/7 36/6
90/21
**normally [3]** 38/9 79/15
87/19
**not [168]**
**not -- I'm [2]** 17/23 23/21
**not -- in [1]** 7/8

**N**

**not -- you're [1]** 92/6
**note [2]** 21/11 96/10
**nothing [5]** 10/21 11/7
44/15 76/11 90/5
**notice [2]** 77/6 83/6
**noticed [1]** 21/12
**notion [1]** 26/8
**novel [1]** 17/4
**now [44]** 8/23 14/1 20/7
21/4 21/17 23/5 23/13 23/14
23/17 24/7 24/11 26/9 33/6
33/7 34/10 34/19 36/18 39/7
42/2 43/5 45/4 45/14 46/4
47/9 52/10 52/20 55/23 57/4
57/25 63/22 65/3 66/11 74/2
76/13 77/17 79/12 79/24
80/15 86/23 87/14 87/25
92/2 92/17 94/2
**number [8]** 12/16 15/8 39/3
42/20 69/21 69/23 82/4
82/11
**numbered [1]** 34/15
**numbers [2]** 34/16 61/16
**numerous [1]** 94/6
**NW [1]** 1/13

**O**

**O'Brien [3]** 1/20 1/23 30/9
**o'clock [1]** 6/23
**o0o [1]** 96/18
**object [2]** 49/7 96/10
**objection [7]** 18/14 49/10
49/12 49/13 49/14 49/15
49/16
**obligation [1]** 56/14
**observation [1]** 84/7
**obtain [3]** 63/14 63/17
67/20
**obtained [6]** 21/2 21/19
43/24 43/25 50/7 50/12
**obviously [17]** 6/22 10/17
11/7 49/8 55/3 55/5 63/20
69/22 77/11 80/18 80/19

86/20 86/23 87/8 87/25
90/17 94/8
**occasioned [1]** 16/11
**occasions [1]** 20/10
**occurred [1]** 44/9
**October [9]** 4/21 5/15 5/17
13/6 16/18 18/7 28/12 29/7
78/9
**October 23 [1]** 29/7
**October 23rd [2]** 5/15 5/17
**odd [3]** 64/18 65/19 83/2
**off [12]** 4/16 7/15 7/21 8/6
10/7 15/9 17/12 36/14 60/18
73/6 74/25 77/5
**offenses [1]** 60/24
**offer [3]** 58/7 72/25 73/3
**office [4]** 1/16 16/5 60/4
81/3
**official [2]** 3/16 25/17
**often [3]** 31/15 31/23 64/14
**oftentimes [1]** 75/25
**oh [9]** 10/3 10/14 10/18
36/13 36/14 39/8 42/11
70/13 83/10
**old [1]** 92/25
**omitted [1]** 71/2
**once [4]** 44/10 80/7 80/8
85/23
**one [92]** 5/16 5/23 9/22 9/25
10/2 10/3 11/2 11/10 11/19
12/9 12/10 12/10 12/10
12/17 12/22 13/4 14/24
15/16 15/18 16/13 17/4
17/15 20/5 20/23 21/5 21/6
22/5 22/5 25/10 29/18 30/3
32/8 32/21 33/19 36/7 38/11
40/8 40/18 41/8 43/6 44/22
47/4 47/23 48/15 49/18 50/6
51/9 51/14 52/19 54/14
54/20 56/20 57/12 57/13
60/2 64/17 65/12 65/24 67/3
68/10 68/11 68/12 68/15
68/15 69/10 69/21 69/23
70/6 70/11 70/12 74/6 74/7

76/3 77/4 77/6 79/2 80/2
81/6 82/4 85/6 87/7 87/9
87/11 87/16 88/12 90/9 92/4
92/16 93/21 94/1 95/23 96/9
**one -- one [1]** 12/10
**one -- that's [1]** 22/5
**one's [3]** 39/8 39/8 54/22
**ones [1]** 43/10
**online [1]** 9/17
**only [12]** 10/14 10/15 13/15
22/18 23/13 32/17 32/21
55/9 65/14 65/23 82/25
84/15
**ons [1]** 46/7
**open [4]** 22/24 56/5 86/24
91/18
**opened [1]** 59/1
**opening [1]** 43/18
**opinion [3]** 8/5 18/22 59/4
**opinions [1]** 7/7
**opportunity [1]** 76/10
**oppose [2]** 33/16 33/23
**opposed [2]** 13/25 67/5
**opposition [1]** 33/9
**option [1]** 44/22
**orchestrate [1]** 81/17
**order [15]** 4/7 7/8 9/2 25/2
26/20 44/8 49/4 49/8 56/18
64/25 78/10 84/15 92/24
93/13 93/22
**ordered [5]** 41/24 56/15
64/7 64/9 64/24
**ordering [9]** 49/5 56/16
58/1 58/2 58/4 59/8 59/13
61/13 79/3
**orders [8]** 8/23 8/24 9/9
9/15 9/15 11/16 11/22 32/9
**organized [1]** 46/17
**original [1]** 21/15
**other [42]** 5/10 6/21 8/21
12/20 12/21 13/1 13/13
31/19 32/16 34/20 35/11
35/12 35/12 38/12 43/10
44/16 45/24 47/1 47/3 47/20

**O**

**other...** [22] 48/21 49/2
53/21 55/19 61/2 61/5 61/19
62/6 62/23 65/12 68/16
68/22 69/2 73/4 76/3 76/12
76/16 79/18 81/19 86/17
87/17 96/9
**others** [6] 32/24 35/8 35/9
53/18 67/20 84/10
**otherwise** [5] 13/11 59/6
63/25 73/7 74/15
**our** [61] 5/6 7/11 8/10 11/11
11/14 16/1 19/14 20/7 20/14
22/20 24/8 24/11 24/15
25/10 27/10 28/3 28/3 28/8
28/10 28/14 30/2 30/3 30/20
31/2 31/3 31/6 31/19 37/9
37/10 37/19 40/9 43/19 47/8
47/21 48/3 53/16 54/24 55/9
56/13 61/22 61/24 62/15
63/12 68/19 76/15 76/16
76/22 81/3 82/16 83/23
85/10 85/12 85/25 89/24
90/3 90/8 90/10 90/11 90/15
90/23 90/24
**our -- our** [1] 28/3
**ourselves** [2] 19/13 62/23
**out** [54] 5/7 8/25 9/3 9/8
10/4 11/1 11/14 12/2 12/4
12/7 12/25 13/14 13/19
13/23 15/3 16/22 17/7 17/15
22/25 27/10 31/5 31/22
32/10 32/19 33/24 34/4 44/5
47/15 50/9 58/1 58/4 60/3
63/23 63/23 67/11 68/18
70/12 70/17 73/22 78/24
79/9 80/7 81/20 83/23 84/5
85/19 87/7 87/9 88/3 88/4
88/5 89/14 92/1 93/11
**outside** [4] 16/8 44/15 49/9
79/18
**outstanding** [3] 39/16 40/4
88/15
**over** [28] 4/22 5/23 14/25
42/15 42/16 42/17 42/17
43/25 44/24 46/6 47/5 48/3
48/4 48/14 55/9 57/10 64/15
73/9 80/13 80/13 81/15
81/21 86/3 93/7
**overnight** [1] 34/4
**overruled** [1] 96/15
**overwhelming** [2] 45/4 45/4
**owes** [2] 56/1 94/20
**own** [13] 15/19 17/11 27/10
32/24 37/11 37/11 37/14
38/14 50/6 56/22 59/7 60/10
62/25

**P**

**P.C** [1] 2/10
**p.m** [5] 7/14 7/15 66/25
66/25 96/17
**pace** [1] 18/6
**page** [4] 13/22 53/24 54/7
58/4
**page 2** [1] 54/7
**pages** [2] 46/6 48/4
**paid** [1] 34/20
**pain** [2] 89/1 91/24
**panel** [1] 79/19
**paper** [7] 14/23 18/11 45/21
52/16 65/15 65/20 66/1
**papers** [1] 10/14
**paragraph** [1] 34/17
**parse** [2] 87/2 87/6
**part** [14] 7/1 18/25 24/19
41/19 51/4 52/13 55/10
55/20 57/11 61/17 69/11
70/9 73/8 90/14
**parte** [1] 89/3
**particular** [4] 32/14 32/20
33/13 34/8
**particularly** [2] 8/15 91/5
**parties** [3] 25/5 59/2 81/8
**partly** [1] 56/24
**partnership** [2] 32/23 35/11
**party** [8] 23/1 23/1 70/7
70/7 89/24 90/4 91/3 91/4
34/10 34/14
**past** [3] 44/24 61/19 79/6
**paying** [1] 34/21
**peak** [1] 11/4
**penalize** [1] 80/14
**penalty** [1] 15/13
**pending** [7] 16/6 30/9 32/25
33/22 68/6 68/23 94/25
**people** [13] 4/23 9/7 9/8
35/11 41/12 57/10 69/14
75/14 78/20 79/17 84/2 84/5
89/13
**per** [1] 82/20
**percent** [3] 7/6 11/5 32/7
**percentage** [1] 26/9
**peremptories** [1] 81/8
**perhaps** [1] 24/25
**period** [7] 19/13 25/15
32/20 35/7 50/7 50/8 50/8
**period -- that** [1] 50/7
**permission** [1] 14/10
**Perry** [1] 28/22
**person** [8] 12/22 15/16
69/18 77/13 93/18 93/19
93/19 95/12
**personal** [1] 57/14
**perspective** [2] 16/12 75/10
**pertains** [1] 50/3
**pertinent** [1] 93/23
**Peter** [1] 64/10
**pettiness** [1] 82/8
**phenomenon** [2] 44/9 45/20
**PHILIP** [2] 1/12 2/9
**phone** [4] 17/11 17/13
33/21 43/19
**phones** [1] 59/7
**phonetic** [1] 64/21
**pick** [2] 8/15 69/23
**picked** [6] 24/8 48/6 70/11
70/12 77/18 80/8
**piece** [1] 15/20
**pieces** [2] 15/2 41/8
**piling** [1] 83/22

**P** 47/20

**PJ [1]** 47/20

**place [4]** 27/1 39/12 67/8 72/17

**PLAINTIFF [1]** 1/11

**plan [6]** 43/5 43/7 45/25 55/6 93/13 93/16

**platform [1]** 27/1

**platforms [1]** 8/22

**play [1]** 10/1

**plea [1]** 69/2

**pleading [1]** 16/4

**pleadings [1]** 56/22

**Please [1]** 9/18

**pledge [1]** 16/19

**plenty [1]** 10/23

**plow [1]** 78/14

**plowed [1]** 78/13

**plugged [1]** 53/9

**plus [1]** 20/12

**pocket [2]** 56/10 56/10

**point [22]** 10/13 11/1 11/14 12/2 14/7 14/24 17/7 22/9 25/20 30/7 31/2 37/15 45/12 50/1 61/20 63/5 67/11 72/1 72/12 72/21 73/11 74/8

**point -- if [1]** 30/7

**pointed [2]** 12/4 83/23

**points [3]** 13/14 26/4 26/22

**pool [1]** 44/7

**portion [2]** 7/21 49/6

**portions [1]** 12/7

**position [16]** 4/23 5/6 7/15 7/21 8/6 20/15 28/11 30/20 32/6 45/8 62/20 66/11 76/22 85/16 85/17 95/8

**positions [2]** 87/16 91/8

**positive [1]** 8/5

**possession [15]** 44/11 46/4 47/8 48/3 54/24 55/3 55/9 55/16 55/17 56/8 56/13 61/23 61/23 63/2 94/4

**possibilities [1]** 61/6

**possible [4]** 33/12 35/16

**post [1]** 83/25

**posted [2]** 25/16 25/25

**posting [1]** 25/23

**postings [1]** 32/13

**posts [3]** 26/25 27/1 36/8

**pot [1]** 39/6

**potential [1]** 51/16

**potentially [7]** 26/16 60/25 61/1 64/19 65/7 76/8 94/9

**pour [1]** 48/5

**pouring [1]** 15/10

**practical [2]** 74/4 74/12

**practitioner [1]** 34/19

**preadmit [1]** 93/6

**precedent [1]** 81/24

**precluded [1]** 45/25

**predict [1]** 8/24

**prefer [1]** 75/8

**preferred [1]** 69/5

**prejudice [3]** 38/8 38/9 38/15

**prejudices [1]** 28/3

**prejudicial [1]** 10/25

**preliminary [1]** 20/10

**preparation [2]** 14/8 15/5

**prepare [2]** 14/12 64/3

**prepared [6]** 5/13 9/14 19/1 36/5 58/25 96/7

**preparing [1]** 52/14

**presence [1]** 79/18

**present [5]** 19/2 49/4 79/1 80/16 81/7

**presentation [5]** 40/13 73/5 73/8 80/4 82/7

**presented [3]** 17/25 76/10 94/3

**presenting [1]** 43/12

**presents [1]** 82/11

**press [3]** 36/25 37/13 44/5

**pressed [1]** 45/16

**pressuring [1]** 47/17

**pretrial [2]** 14/8 81/18

**pretty [2]** 32/8 61/5

**prevented [1]** 46/1

**price [16]** 8/2 8/6 8/25 11/20 32/5 32/10 40/19 40/23 41/12 41/12 41/22 44/14 44/21 57/7 76/10 76/11

**prices [1]** 8/10

**primarily [6]** 4/16 42/15 47/12 47/20 60/8 76/25

**prior [1]** 19/14

**prioritizing [1]** 76/17

**privacy [1]** 49/23

**privately [1]** 79/17

**probably [9]** 69/6 71/19 71/22 73/7 78/8 78/10 92/24 93/4 93/14

**problem [10]** 17/20 21/21 21/22 22/5 23/8 23/15 24/19 45/14 56/23 61/12

**problematic [2]** 21/5 64/3

**procedures [1]** 82/6

**proceed [1]** 5/12

**proceedings [4]** 3/24 4/1 96/17 96/20

**process [7]** 5/12 15/17 21/16 25/7 35/20 71/17 82/3

**processing [2]** 22/7 25/5

**processor [2]** 23/1 23/1

**produce [12]** 5/1 9/16 28/12 56/8 58/2 58/16 59/13 61/13 64/9 64/14 64/24 66/7

**produced [15]** 3/25 21/23 23/16 33/2 37/21 39/5 50/19 54/23 59/21 61/12 61/24 65/21 66/19 94/10 94/14

**produces [1]** 33/25

**producible [1]** 95/10

**producing [8]** 20/25 22/7 36/8 37/16 37/19 51/21 66/15 95/2

**production [17]** 20/18 20/23 20/25 21/5 21/24 25/8 25/13 26/10 26/23 27/8 27/9 27/19 34/15 36/12 43/20

**P**

**production... [2]** 61/17 95/18

**productions [11]** 20/17 20/19 22/10 22/25 23/2 23/14 24/21 25/1 26/18 34/18 64/11

**profit [5]** 31/23 32/4 35/2 44/22 73/12

**profitable [1]** 73/21

**profited [1]** 35/6

**profiting [1]** 35/2

**profits [5]** 8/7 9/4 40/24 50/7 50/11

**program [1]** 5/25

**promise [1]** 89/21

**promptly [1]** 33/12

**promulgated [1]** 16/1

**proof [3]** 43/5 43/6 85/10

**proper [3]** 18/13 27/20 28/15

**properly [1]** 16/17

**property [2]** 67/14 88/20

**proportional [1]** 82/11

**proposed [1]** 14/9

**proposing [1]** 63/12

**prosecute [2]** 9/21 75/11

**prosecuted [1]** 4/25

**prosecution [5]** 55/10 55/13 55/19 55/20 66/14

**prosecutions [1]** 17/4

**prosecutor [2]** 21/7 28/15

**prosecutors [2]** 47/16 52/19

**prospective [1]** 80/6

**protect [1]** 80/18

**protected [1]** 25/1

**protective [2]** 49/8 60/10

**protracted [1]** 35/17

**prove [3]** 71/25 75/22 83/21

**proven [1]** 32/16

**provide [7]** 5/3 29/6 32/1 34/12 62/23 63/7 63/19

**provided [6]** 34/8 34/9 34/24 52/5 52/7 90/25

**public [1]** 6/15

**pulled [1]** 23/24

**pulling [1]** 17/12

**pump [10]** 9/22 10/2 10/3 11/7 12/11 12/13 18/1 40/15 64/21 75/24

**pumped [1]** 6/14

**purchase [1]** 18/23

**purely [1]** 71/6

**purported [1]** 29/15

**purportedly [2]** 12/11 27/24

**push [2]** 5/6 76/24

**put [30]** 5/25 9/9 10/16 13/15 15/6 16/4 16/12 16/14 16/22 17/17 17/21 20/3 22/8 23/12 24/11 30/19 30/19 41/9 44/4 52/1 52/15 53/5 54/24 60/10 63/16 69/18 70/9 71/5 87/7 92/16

**puts [1]** 35/10

**puts -- rebuts [1]** 35/10

**Q**

**qualified [1]** 66/14

**quantities [1]** 8/2

**quarters [1]** 71/19

**quasi [1]** 64/8

**quasi-government [1]** 64/8

**QUENTIN [1]** 2/9

**question [10]** 7/16 58/10 71/6 71/7 71/22 71/22 77/10 80/13 82/22 95/11

**questionable [1]** 53/5

**questioning [3]** 79/13 82/7 83/18

**questionnaire [4]** 79/5 79/7 79/12 81/5

**questions [7]** 17/6 49/2 79/17 82/1 82/14 82/16 82/17

**quibble [1]** 85/25

**quick [1]** 14/25

**quicker [1]** 61/15

**quickly [3]** 9/10 61/5 75/9

**quote [8]** 30/3 39/9 55/1 77/23 79/3 79/24 80/13 92/15

**quote [1]** 21/10

**R**

**rabbit [1]** 61/4

**raise [5]** 12/21 13/9 13/20 65/24 94/2

**raised [5]** 10/10 13/20 51/7 64/24 94/2

**ran [1]** 33/24

**Ranch [1]** 1/20

**random [1]** 36/23

**randomly [1]** 5/8

**rapid [1]** 35/1

**rapid-fire [1]** 35/1

**rarely [1]** 53/25

**rather [1]** 96/11

**reached [1]** 8/7

**reacting [1]** 9/5

**read [6]** 8/4 46/5 57/13 59/9 59/12 95/11

**Reading [6]** 53/24 54/2 54/4 54/5 54/7 54/9

**ready [17]** 4/17 4/24 4/24 5/11 16/23 18/6 19/15 20/22 28/1 38/3 38/5 38/5 39/2 39/8 39/9 76/20 78/9

**real [14]** 12/3 12/6 17/11 17/12 25/8 25/13 25/19 25/20 25/20 26/4 29/6 54/12 77/9 82/1

**real-time [1]** 54/12

**realistic [1]** 85/4

**realistically [4]** 69/15 69/19 70/8 71/3

**realize [2]** 71/11 71/11

**really [19]** 8/18 12/15 15/21 17/21 23/9 29/4 30/25 33/9 44/17 60/21 76/3 78/25 80/4 82/19 84/5 87/25 88/12 93/12 93/17

**really -- these [1]** 12/15

**reams [2]** 14/23 18/11

**reason [10]** 19/17 27/13
30/7 39/7 39/8 47/21 50/25
51/8 51/17 87/10
**reasonable [2]** 13/23 45/1
**reasons [4]** 24/15 29/5 39/9
40/15
**rebuts [1]** 35/10
**receipt [1]** 60/22
**receive [1]** 34/14
**received [7]** 20/23 24/21
29/14 31/5 41/4 50/6 94/7
**recently [2]** 5/24 64/22
**Recess [1]** 66/25
**reciprocal [1]** 94/6
**recognizing [1]** 55/22
**recollection [1]** 37/17
**recommend [1]** 21/15
**recommended [1]** 33/20
**recommends [1]** 32/12
**record [5]** 35/24 53/3 59/18
96/10 96/20
**record -- the [1]** 59/18
**recorded [1]** 3/24
**records [35]** 11/18 19/3
20/1 20/6 31/25 32/1 33/1
36/8 43/24 43/24 47/2 47/8
48/5 48/9 49/6 50/18 50/19
50/20 54/17 54/18 54/23
55/7 59/14 59/18 61/9 61/10
61/20 62/9 64/7 64/9 65/13
77/12 77/14 78/3 81/22
**records -- or [1]** 49/6
**recounting [1]** 89/8
**recreated [1]** 19/24
**Recreation [1]** 17/11
**red [2]** 11/16 17/13
**redo [1]** 20/13
**referenced [3]** 16/3 54/21
56/3
**referred [1]** 25/15
**referring [1]** 21/15
**reflecting [1]** 23/19
**refused [1]** 5/3

**regard [3]** 78/1 78/16
81/25
**regarding [1]** 12/22
**regret [1]** 53/24
**regular [1]** 78/5
**relate [2]** 21/1 95/7
**related [6]** 26/11 39/20
40/10 57/1 59/4 90/3
**relates [2]** 22/8 65/12
**relationship [1]** 88/2
**relationships [1]** 75/14
**relative [4]** 14/8 15/7 18/19
18/20
**relayed [1]** 19/16
**release [2]** 37/13 44/5
**releases [1]** 36/25
**relevant [7]** 25/15 36/22
74/22 85/19 90/8 94/5 94/9
**relied [1]** 59/5
**relying [1]** 23/16
**remedy [3]** 5/6 27/21 28/16
**remember [1]** 77/25
**remiss [1]** 30/6
**replied [1]** 95/20
**reply [1]** 74/9
**report [11]** 34/25 35/5
37/19 57/20 58/25 64/14
64/17 66/10 84/18 90/21
96/1
**reported [1]** 21/13
**REPORTER [3]** 3/15 3/16
96/23
**reports [9]** 21/20 23/10
30/19 41/4 41/5 56/3 56/4
66/9 95/16
**represent [6]** 16/17 19/11
22/16 24/17 72/24 80/20
**representations [1]** 52/3
**represented [3]** 15/24 48/18
94/3
**representing [1]** 46/21
**represents [1]** 48/4
**request [3]** 59/10 85/8
85/12

**requested [2]** 34/9 36/10
**requesting [1]** 43/19
**requests [3]** 4/14 32/25 94/6
**required [1]** 47/7
**requiring [1]** 48/16
**research [3]** 22/12 26/20
26/21
**reservation [1]** 16/24
**reserve [1]** 10/16
**reserving [1]** 10/20
**resolved [2]** 36/5 93/8
**resolves [1]** 65/1
**resources [1]** 27/7
**respect [1]** 83/17
**respectfully [1]** 91/7
**respectively [1]** 13/22
**respond [13]** 28/20 35/22
35/25 67/7 67/7 67/10 67/11
67/23 68/5 74/1 83/24 91/15
91/22
**responds [1]** 67/22
**response [12]** 33/8 34/8
54/2 62/10 72/22 87/22 90/8
90/15 91/22 91/24 92/12
94/7
**responsible [1]** 9/21
**restitution [1]** 83/25
**result [2]** 21/2 91/10
**results [1]** 21/13
**retained [1]** 34/20
**returned [1]** 50/10
**returns [1]** 64/1
**reveals [1]** 48/13
**review [3]** 8/18 29/23 66/17
**REYES [3]** 2/2 28/22 28/22
**Rhonda [3]** 14/14 53/8 79/8
**rid [4]** 4/10 4/11 4/12 49/22
**Ridge [1]** 79/21
**right [64]** 4/2 4/4 6/4 10/16
12/12 13/1 13/11 17/10 20/7
28/4 29/25 31/14 34/11
36/17 39/13 43/3 48/6 48/9
48/13 49/17 50/24 52/4
55/23 56/10 57/4 59/15

**R**

**right... [38]** 59/23 59/25 64/5 65/1 66/3 66/22 67/1 67/2 67/8 67/18 68/4 68/14 68/18 70/23 73/25 74/2 74/24 77/7 79/24 80/9 80/24 82/6 83/7 84/11 85/9 86/5 88/24 90/18 90/18 90/20 92/17 92/19 92/23 93/22 94/2 94/13 95/19 96/15

**rights [5]** 4/20 10/20 28/16 35/19 38/21

**rises [1]** 69/18

**risk [1]** 54/4

**RMR [1]** 3/15

**road [5]** 1/20 13/12 13/17 49/24 89/16

**rob [2]** 54/9 87/19

**ROBERT [1]** 1/19

**robust [2]** 16/13 81/18

**Roman [1]** 81/20

**roof [3]** 57/8 57/17 70/15

**room [7]** 4/11 29/16 53/18 55/14 81/24 82/12 83/16

**room's [1]** 81/6

**ROSEN [8]** 2/13 5/20 14/7 16/3 18/17 23/22 36/22 75/22

**Rosen's [1]** 15/2

**Rosenthal [1]** 80/2

**Ross [1]** 3/13

**round [1]** 32/3

**row [3]** 74/2 78/13 78/14

**Ruby [1]** 79/20

**rule [6]** 38/25 63/13 63/17 67/21 82/6 96/7

**ruled [1]** 67/3

**rules [3]** 44/6 44/8 82/6

**ruling [3]** 65/6 85/25 96/14

**rulings [1]** 84/2

**run [2]** 21/18 61/5

**running [2]** 71/12 71/15

**rush [1]** 12/24

**Rusk [1]** 3/16

**RYBARCZYK [8]** 2/8 2/16 5/21 49/13 67/5 74/1 82/15 82/18

**Rybarczyk's [2]** 33/10 45/12

**S**

**S-N-D-L [1]** 46/13

**Sachs [1]** 8/1

**said [45]** 6/16 6/24 7/5 7/22 9/5 10/14 10/18 10/19 14/13 14/14 15/4 15/7 15/21 17/1 17/17 18/11 18/17 24/2 27/19 36/13 40/13 41/10 41/15 42/7 43/4 48/10 48/11 48/11 50/13 51/23 51/23 61/9 64/1 72/21 75/23 77/6 77/7 77/17 77/17 84/1 85/8 87/12 88/14 88/21 89/3

**said -- Rhonda [1]** 14/14

**sale [2]** 7/14 7/16

**sales [1]** 40/20

**same [22]** 5/10 6/9 13/22 17/12 24/25 31/16 31/18 31/23 32/2 32/3 32/5 44/5 44/5 47/14 47/15 54/9 58/3 64/9 72/15 78/14 80/12 92/1

**Samesies [1]** 54/2

**SAMUEL [1]** 2/13

**Saper [1]** 2/23

**sat [1]** 37/17

**saw [3]** 16/1 37/3 46/25

**say [48]** 6/23 7/4 7/6 7/17 8/5 10/15 11/4 11/20 13/14 23/18 24/9 24/10 27/12 34/11 37/5 38/23 40/3 41/10 44/20 45/2 45/22 46/10 48/22 53/6 53/6 55/12 56/9 57/6 58/14 60/21 67/16 70/9 72/9 72/10 72/12 74/6 75/1 76/10 76/20 77/14 77/15 77/18 78/4 78/16 79/6 82/25 84/20 91/8

**say -- and [1]** 70/9

**say -- to [1]** 8/5

**saying [30]** 4/17 6/13 7/18 7/18 12/10 12/12 18/15 20/25 31/21 37/7 38/13 38/20 40/12 44/6 56/12 56/24 56/24 57/2 62/16 66/6 66/12 70/11 79/11 87/17 87/17 91/6 91/13 95/13 95/15

**says [13]** 17/10 21/10 23/18 33/14 38/3 38/12 54/4 54/5 54/7 54/9 57/16 58/15 79/19

**scenes [1]** 74/18

**schedule [2]** 17/5 38/14

**scheduling [4]** 69/10 76/19 84/14 92/24

**scheme [1]** 41/19

**Schwab [1]** 8/1

**SCOTT [2]** 1/12 35/24

**scoured [1]** 46/6

**screen [2]** 20/1 20/2

**search [4]** 21/2 43/25 66/8 95/25

**seat [1]** 39/24

**seated [2]** 4/2 67/1

**SEC [40]** 30/13 30/18 30/21 42/1 42/2 42/3 42/7 43/14 43/16 43/19 43/20 43/21 44/1 44/2 44/4 44/13 45/5 46/2 46/18 46/21 47/1 54/18 55/7 56/13 56/20 57/11 57/16 58/10 58/11 58/18 58/25 59/2 61/9 64/7 64/9 64/14 64/22 76/25 84/16 85/9

**SEC -- if [1]** 57/11

**SEC's [4]** 40/10 44/11 44/23 58/24

**second [7]** 10/5 10/5 29/24 40/9 52/18 68/9 68/15

**secondary [1]** 60/7

**seconds [2]** 18/19 19/5

**securities [6]** 18/2 18/4 40/17 40/18 41/20 75/14

**security [1]** 60/8

**see [32]** 6/11 6/23 9/15 9/15 17/14 20/9 22/2 22/16 22/21 23/6 23/7 31/7 42/25 43/10 49/7 50/20 57/18 65/25 68/22 70/1 70/2 70/11 70/16 70/16 70/18 72/19 73/4 75/10 78/16 86/7 91/1 93/13
**see -- I [1]** 70/1
**seeing [6]** 8/16 8/21 74/3 74/4 91/11 92/17
**seek [3]** 27/9 50/9 72/25
**seeking [2]** 5/14 54/25
**seems [1]** 21/17
**seen [19]** 6/2 6/5 9/23 9/23 13/5 13/5 15/24 29/11 47/14 57/23 74/19 83/14 83/16 86/11 86/13 89/21 90/5 90/12 90/12
**seizure [5]** 52/2 52/2 52/6 52/10 66/8
**selected [1]** 33/15
**selective [1]** 37/17
**selfish [1]** 83/4
**sell [14]** 7/15 7/21 8/2 8/6 8/23 8/24 9/2 9/9 9/9 9/15 11/16 11/20 32/4 88/20
**selling [5]** 7/6 11/6 12/13 44/8 72/14
**sells [2]** 11/19 23/23
**Senate [2]** 41/24 81/20
**send [2]** 22/25 34/1
**sense [2]** 18/16 38/19
**sent [4]** 47/7 64/14 66/13 95/13
**separate [1]** 87/25
**separately [2]** 65/10 92/13
**SEPTEMBER [7]** 1/9 6/24 21/8 77/19 77/19 77/20 96/22
**September 23rd [1]** 6/24
**September 3rd [1]** 77/19
**September 4th [1]** 77/20
**September 5th [1]** 77/19

**sequence [2]** 10/6 11/6
**serious [1]** 5/9
**serves [1]** 67/18
**set [4]** 68/9 85/11 91/12 92/24
**setting [6]** 4/11 4/12 39/14 67/4 78/10 82/2
**seven [8]** 24/21 26/17 30/19 48/21 71/11 81/13 82/21 83/10
**sever [5]** 4/13 4/19 38/2 69/1 69/2
**several [6]** 20/10 20/17 34/17 47/20 75/25 80/5
**several-month-long [1]** 75/25
**severance [5]** 5/14 33/11 37/25 38/13 38/16
**shared [1]** 31/25
**shares [2]** 11/20 25/18
**sharing [1]** 34/19
**she [13]** 11/13 35/5 38/6 41/23 46/17 52/13 52/14 52/15 71/17 81/14 88/3 88/6 89/15
**she's [2]** 38/3 38/20
**Shepherd [1]** 3/3
**shift [1]** 39/13
**shirt [1]** 72/7
**shit [1]** 54/3
**shocked [3]** 16/5 40/12 40/14
**shoehorn [1]** 61/6
**short [4]** 44/8 70/20 80/21 82/13
**shot [1]** 38/12
**shots [1]** 39/7
**should [15]** 17/6 28/2 39/12 45/9 45/11 45/13 45/21 45/24 46/1 66/19 77/23 79/2 81/10 81/18 87/23
**shouldn't [1]** 23/16
**show [15]** 10/4 11/12 12/1 15/22 18/8 32/14 33/4 38/8

**44/1 45/16 60/23 74/16 74/17 74/17 74/20
**showing [1]** 68/6
**shown [1]** 14/25
**sic [5]** 10/23 13/16 15/22 30/10 89/14
**side [2]** 80/22 92/3
**sides [1]** 80/20
**sideshow [1]** 36/18
**sign [2]** 27/6 64/4
**Signature [1]** 96/23
**signed [2]** 66/9 66/10
**significance [2]** 18/8 76/17
**significant [3]** 7/12 7/19 38/15
**similar [1]** 14/23
**simple [2]** 17/25 19/3
**simply [5]** 7/6 7/10 11/2 13/19 17/2
**simultaneously [1]** 91/5
**SINA [3]** 3/5 3/6 94/12
**since [6]** 4/22 10/10 15/24 46/23 69/12 78/23
**single [3]** 20/5 29/18 36/7
**sister [3]** 60/15 87/18 87/21
**sit [3]** 10/1 39/6 78/19
**sitting [6]** 11/23 31/13 36/1 55/13 57/20 94/8
**situation [2]** 24/4 51/19
**six [6]** 7/11 27/23 69/5 69/5 81/13 83/7
**Sixth [3]** 13/1 28/16 29/4
**skin [1]** 73/23
**slid [1]** 83/7
**slowed [1]** 15/17
**small [7]** 8/2 10/7 31/23 31/23 32/4 35/3 35/7
**smearing [1]** 41/1
**so -- these [1]** 47/21
**so-called [1]** 41/7
**social [1]** 36/8
**SOLANO [5]** 1/22 19/11 40/7 47/5 86/9
**Solano's [1]** 48/24

**sold [6]** 6/14 18/24 32/2 32/5 48/12 53/24
**solo [1]** 34/19
**solution [1]** 28/5
**some [47]** 6/5 7/15 9/4 9/14 9/14 10/25 12/11 15/6 18/3 20/6 21/12 21/12 22/19 22/24 23/2 23/10 23/15 25/3 25/12 29/11 35/10 36/21 37/2 47/12 49/1 54/14 57/25 63/5 64/11 67/4 69/8 69/14 73/1 74/9 77/9 81/2 81/3 81/8 81/20 84/16 86/11 86/19 86/21 87/25 88/6 92/6 93/2
**somebody [8]** 70/17 78/4 78/5 78/13 79/19 88/1 93/16 93/17
**somebody's [1]** 78/13
**somehow [4]** 31/3 31/3 60/22 81/17
**Someone [1]** 9/2
**something [13]** 6/25 28/3 29/11 34/1 34/1 46/21 64/2 67/14 67/20 77/23 89/3 90/21 92/8
**sometime [1]** 84/2
**sometimes [8]** 11/20 24/1 25/4 32/3 37/16 64/15 69/16 78/15
**somewhat [1]** 57/24
**soon [2]** 34/9 88/4
**sorry [7]** 36/10 58/21 65/5 75/6 87/4 90/3 91/16
**sort [5]** 5/23 82/8 87/16 88/16 89/11
**Sotto [1]** 14/3
**sounds [1]** 89/12
**source [2]** 48/2 53/6
**sources [1]** 26/5
**South [2]** 1/20 3/3
**SOUTHERN [1]** 1/1
**speak [7]** 14/21 32/22 33/19

**speaking [1]** 41/5
**special [1]** 51/22
**specific [4]** 18/3 19/13 25/9 40/18
**specifically [2]** 25/14 75/14
**speculation [1]** 57/25
**speed [4]** 15/11 15/17 85/12 93/9
**speedily [1]** 79/8
**speedy [6]** 4/20 27/25 28/3 38/18 38/20 38/22
**spell [1]** 46/12
**spend [1]** 17/20
**spending [1]** 88/5
**spliced [1]** 12/6
**spreadsheets [3]** 34/23 48/19 65/16
**spring [4]** 93/1 93/2 93/4 93/4
**squarely [3]** 13/7 51/9 73/19
**stab [1]** 81/19
**staffing [1]** 93/16
**stance [1]** 76/5
**stand [7]** 45/2 52/8 74/6 78/16 85/7 90/10 90/10
**standing [1]** 10/9
**standpoint [6]** 24/20 70/21 70/22 74/4 74/4 74/12
**staring [1]** 9/7
**start [9]** 4/15 4/18 31/20 40/12 53/3 69/19 71/4 79/12 93/7
**started [1]** 81/15
**starts [2]** 33/6 53/23
**state [2]** 32/14 34/17
**stated [1]** 30/13
**statement [11]** 15/2 18/22 19/4 66/14 87/11 95/4 95/10 95/12 96/2 96/4 96/5
**statements [25]** 5/4 14/19 15/7 15/18 17/15 24/6 27/24 28/8 29/23 29/24 36/23

**STATES [12]** 1/1 1/4 1/9 1/13 1/16 46/22 55/15 55/16 55/25 56/7 57/10 71/7
**station [1]** 60/4
**statistics [1]** 16/1
**status [1]** 60/10
**steal [1]** 87/20
**Stefan [1]** 31/13
**stenography [1]** 3/24
**step [1]** 20/11
**STEPHANIE [1]** 2/10
**STEPHEN [1]** 1/19
**steps [2]** 36/6 60/17
**Stewart [1]** 67/18
**stick [1]** 57/9
**still [4]** 28/6 53/10 68/6 81/15
**stock [37]** 6/14 7/7 7/10 7/14 8/2 8/6 8/10 8/12 11/3 11/4 11/5 11/5 18/22 25/14 31/22 32/2 32/4 32/5 32/13 32/15 35/1 40/20 41/10 44/8 45/19 46/9 46/16 48/11 48/14 53/21 58/25 59/4 64/17 70/14 70/14 72/6 72/16
**stocks [35]** 7/18 8/15 30/15 32/19 36/24 40/10 40/23 41/20 41/21 42/6 42/16 42/18 43/7 43/9 43/9 44/13 45/6 45/9 45/18 46/2 46/3 46/18 46/25 54/20 57/1 58/6 58/7 64/18 82/11 82/13 82/14 82/15 82/19 83/20 84/8
**stood [3]** 42/7 46/19 48/10
**stop [1]** 6/2
**stopped [3]** 5/23 35/12 35/13
**stories [1]** 72/11

**S**

story [1] 41/7
STRADLEY [2] 2/5 2/6
straight [2] 48/2 48/2
straightforward [2] 92/8
 92/11
strains [1] 60/21
strange [1] 87/19
strategy [3] 23/5 54/12
 87/14
streamline [2] 82/2 84/6
Street [5] 1/16 2/14 3/6 3/10
 57/14
strengthen [2] 30/2 30/3
stretch [2] 53/10 66/23
strictly [1] 24/20
strikes [1] 37/21
strongly [1] 62/8
struggling [1] 87/25
studied [1] 35/5
study [1] 95/23
stuff [5] 6/21 36/17 44/16
 78/6 86/17
sub [1] 73/1
subject [1] 67/15
submitted [2] 42/2 43/14
subpoena [4] 47/15 63/20
 64/3 65/22
subpoenaed [1] 59/1
subpoenas [1] 63/17
subscriber [1] 27/5
subscribers [1] 27/6
subsequent [1] 51/2
subsequently [1] 44/7
substance [2] 90/24 95/7
substantive [4] 15/20 18/20
 19/20 72/1
such [4] 17/22 36/7 36/8
 63/8
suffer [2] 5/7 27/22
suffered [2] 16/10 41/3
suffering [1] 88/16
suffices [1] 62/11
sufficient [1] 22/1

sufficiently [1] 82/2
suggest [2] 41/9 62/8
suggested [1] 4/7
suggestion [4] 4/5 60/16
 81/2 85/6
suggestions [1] 84/7
suggests [1] 51/3
Suite [10] 1/16 1/20 2/3 2/6
 2/17 2/24 3/6 3/10 3/13 3/16
summaries [6] 23/13 37/7
 37/10 37/10 47/6 48/16
summary [13] 20/3 20/4
 20/5 22/14 22/14 22/18
 23/20 23/22 75/12 75/17
 77/10 77/10 81/21
sun [1] 69/18
Sundial [3] 42/6 42/16
 46/13
superseding [2] 25/16
 68/18
supervision [1] 64/8
support [1] 15/19
supporting [1] 88/17
supposed [4] 22/16 27/24
 27/25 43/23
suppression [1] 22/8
Supreme [4] 38/7 38/24
 67/13 67/16
sure [16] 7/3 13/10 16/23
 18/13 22/1 23/18 29/18
 54/19 62/14 65/21 72/10
 80/1 85/14 85/16 89/24
 92/18
surrounding [1] 51/10
sweet [2] 70/20 80/21
synthesized [2] 23/10 24/5

**T**

tackle [1] 10/3
tagged [1] 94/11
tailor [1] 84/3
taint [1] 79/19
take [30] 7/23 25/4 26/14
 26/19 29/15 34/12 37/25
 39/6 48/21 52/22 65/9 66/12

66/15 66/20 66/22 69/12
 71/5 71/10 76/4 77/1 77/13
 78/25 79/1 84/25 84/25 85/5
 86/19 91/21 91/21 94/25
taken [7] 15/3 26/25 36/6
 66/6 66/25 83/11 95/8
takes [3] 26/16 27/10 29/19
taking [5] 17/14 31/23
 35/12 36/21 76/22
talk [15] 18/14 30/10 39/13
 39/23 39/24 44/17 45/23
 64/19 69/12 71/17 74/25
 77/22 86/15 86/24 94/13
talked [5] 29/13 29/22 43/9
 81/4 93/23
talking [16] 18/17 18/18
 20/12 29/23 40/11 40/22
 41/1 43/7 46/19 61/19 69/15
 71/6 76/13 86/25 90/23
 92/15
talks [1] 87/10
tally [1] 29/8
target [1] 8/7
task [5] 9/20 17/22 23/19
 27/11 27/13
TATE [1] 2/9
tax [7] 47/6 47/8 48/9 49/5
 49/5 64/1 83/3
tax -- your [1] 49/5
TD [8] 47/13 47/16 47/17
 47/19 77/24 77/24 78/1 78/2
TD -- what [1] 77/24
tea [1] 57/7
team [15] 19/15 20/7 22/20
 24/15 25/6 25/10 50/5 51/5
 55/10 55/13 55/13 55/19
 55/20 76/16 82/16
teams [1] 76/16
technical [1] 41/2
technicalities [1] 29/3
technology [1] 34/21
tee [2] 13/9 36/7
tell [14] 7/2 15/9 16/23 18/4
 40/1 57/4 61/16 62/20 66/22

**tell... [5]** 72/8 74/21 79/24
83/10 95/3
**telling [10]** 6/15 16/16
45/18 55/23 61/11 72/15
74/2 89/19 90/2 91/3
**tells [2]** 32/12 41/6
**ten [10]** 9/24 13/6 32/7
36/14 43/1 67/23 68/4 81/11
91/21 91/22
**tend [3]** 75/4 75/8 76/7
**tens [2]** 48/17 48/18
**terabyte [1]** 5/23
**term [3]** 7/25 40/15 40/21
**terms [1]** 29/14
**testified [2]** 42/2 42/3
**testify [3]** 28/14 72/5 77/1
**testifying [10]** 21/1 21/7
21/9 28/13 52/8 60/20 65/7
66/7 66/13 95/14
**testimony [7]** 46/5 46/7
77/14 86/21 86/22 88/11
95/8
**TEXAS [15]** 1/1 1/17 1/21
2/4 2/7 2/11 2/18 2/21 2/24
3/4 3/7 3/10 3/13 3/17 60/4
**text [16]** 12/5 12/6 17/12
18/8 19/16 19/17 20/2 20/2
21/15 22/2 53/17 73/6 74/15
88/7 88/9 89/12
**texts [1]** 17/21
**than [12]** 6/8 9/23 29/13
32/5 41/2 41/19 43/10 43/12
46/20 79/11 84/21 96/11
**thank [15]** 14/14 19/7 27/15
28/21 35/23 49/25 65/11
78/19 92/19 92/20 92/21
94/19 94/22 96/8 96/16
**thanks [2]** 54/8 82/25
**Thanksgiving [1]** 16/22
**that [621]**
**that -- and [4]** 6/21 68/10
75/20 89/11
**that -- that [8]** 25/15 29/21

91/23 93/14
**that -- their [1]** 30/18
**that -- those [1]** 92/12
**that -- what [1]** 29/13
**that's [81]** 7/18 8/9 8/9 9/13
10/7 10/17 10/23 11/5 14/20
17/2 18/25 21/21 22/5 22/5
23/19 25/20 26/1 26/3 27/24
28/4 28/15 32/8 33/15 33/17
37/5 38/12 40/6 40/21 41/11
41/14 41/17 44/22 45/20
47/11 48/23 51/8 52/23
53/16 54/14 54/21 55/8 56/6
57/4 57/11 59/12 59/15 61/4
61/12 63/12 63/24 64/17
66/11 67/20 68/14 69/22
74/2 74/20 76/22 77/1 77/11
77/20 79/10 79/11 80/20
80/20 81/23 81/23 82/9
82/12 82/12 82/19 84/22
86/5 87/12 88/23 89/10
91/23 92/17 94/8 96/3 96/5
**that's -- that's [2]** 81/23
82/12
**their [61]** 6/12 8/1 8/17 9/7
10/14 14/17 14/18 17/18
18/13 21/1 21/6 24/22 26/11
28/4 28/13 28/17 30/11
30/18 31/2 34/2 34/16 35/5
37/10 37/11 41/14 42/20
43/4 43/22 43/23 44/3 46/11
51/3 52/8 52/11 52/12 54/25
55/3 55/4 56/21 61/2 61/23
62/7 70/14 73/20 75/11
76/24 78/3 80/7 80/8 80/8
80/10 81/8 81/9 82/23 83/18
84/3 84/3 88/9 91/23 95/7
95/12
**their -- is [1]** 95/12
**them [72]** 4/8 9/14 9/17
10/16 12/19 13/9 16/6 19/24
21/5 23/4 23/4 27/7 28/17
30/22 30/22 33/3 33/3 33/21

40/24 41/9 45/13 45/19
46/10 47/17 48/21 49/6 49/7
49/20 52/9 55/3 55/5 55/6
56/4 58/13 61/14 61/16 62/5
62/16 62/17 62/19 62/23
62/23 63/2 63/7 63/7 63/9
63/11 63/11 63/13 63/16
63/17 63/22 65/22 69/10
70/13 74/17 75/15 78/4 79/7
79/8 79/17 83/17 83/18
87/20 93/11 93/11 94/21
95/4
**themselves [3]** 14/21 50/20
73/22
**then [48]** 6/14 6/24 10/15
11/6 18/24 19/4 20/3 20/8
21/22 22/19 23/7 25/4 29/24
29/25 32/4 34/24 35/18
40/20 40/25 42/2 43/6 45/14
47/4 47/18 48/12 48/14 52/7
55/19 56/17 56/19 59/24
64/19 68/11 68/18 71/21
71/23 71/25 73/3 79/16
79/21 81/14 82/13 84/5
87/22 88/7 89/14 91/14
91/25
**then-acting [1]** 42/2
**theories [2]** 17/4 39/11
**there -- I [2]** 37/22 59/17
**there -- if [1]** 49/4
**there'll [1]** 11/20
**there's [43]** 11/2 11/17
11/18 11/22 12/2 12/2 12/9
12/20 13/18 21/4 21/20
21/25 22/2 22/6 22/16 23/15
26/9 29/11 31/4 37/12 37/17
47/3 47/3 50/21 51/18 55/18
58/15 58/16 65/12 65/17
68/10 68/11 72/22 73/9
75/24 82/21 82/25 86/13
86/15 86/21 87/9 87/12
93/17
**there's -- and [1]** 86/15

**therefore [8]** 5/14 35/20 39/2 44/22 60/18 66/17 72/18 95/10

**these [107]**

**these -- these [1]** 42/5

**they [160]**

**they -- if [1]** 61/13

**they -- the [1]** 23/25

**they -- they [2]** 23/19 70/13

**they -- what [1]** 43/4

**they'll [4]** 10/2 45/16 72/10 83/24

**they're [50]** 4/16 4/17 5/2 5/2 8/16 10/6 10/19 10/20 11/2 11/23 11/23 12/7 17/19 18/10 20/25 25/6 37/7 38/23 39/10 39/25 41/14 42/22 48/1 55/4 57/6 57/15 57/18 62/7 63/2 65/17 65/17 71/14 73/16 73/17 75/13 75/15 75/16 76/5 76/7 76/9 76/24 80/7 80/9 80/9 80/11 80/12 82/17 87/16 87/17 94/8

**they've [12]** 10/21 11/19 11/21 12/5 13/14 19/25 20/3 23/23 27/19 43/4 43/22 50/8

**thing [15]** 8/21 11/3 12/10 13/13 74/21 76/4 77/4 79/2 80/9 82/8 88/14 89/11 92/1 92/16 96/9

**things [25]** 4/4 4/7 20/22 21/4 22/11 27/8 29/1 29/12 30/4 33/12 39/5 42/8 48/9 53/5 61/15 64/13 81/3 81/4 81/4 84/24 87/7 88/8 90/18 92/3 93/9

**think [105]**

**think -- I [1]** 76/23

**thinking [4]** 61/5 74/2 75/1 79/23

**thinks [1]** 91/9

**third [13]** 23/1 23/1 25/4 48/24 49/1 49/17 59/2 59/24

**third-party [2]** 23/1 23/1

**this [237]**

**this -- because [1]** 52/1

**this -- the [1]** 6/11

**this -- this [1]** 9/10

**This -- what [1]** 58/23

**this -- your [1]** 58/15

**THOMAS [2]** 1/15 67/17

**thoroughly [1]** 83/13

**those [48]** 8/24 10/19 18/8 18/9 23/2 23/16 24/11 24/14 24/15 24/18 29/18 29/25 32/20 39/17 42/9 42/19 43/5 43/9 45/24 48/23 52/10 52/21 59/12 61/12 61/17 62/11 62/22 64/9 65/1 65/21 66/18 67/21 67/23 72/3 73/8 73/11 74/1 74/15 84/2 84/7 86/11 89/25 90/4 91/8 92/12 93/8 95/2 95/18

**though [8]** 5/5 31/20 42/10 42/23 43/5 50/12 55/12 85/20

**thought [8]** 4/8 24/12 24/12 72/6 72/23 73/4 78/8 84/21

**thought -- where [1]** 24/12

**thousand [4]** 11/20 20/12 45/17 51/18

**thousands [3]** 25/2 40/25 46/6

**three [13]** 29/14 35/7 40/4 46/22 49/20 54/16 71/19 74/14 75/24 76/1 79/9 80/15 93/11

**three -- the [1]** 74/14

**three-quarters [1]** 71/19

**three-year [1]** 35/7

**through [30]** 9/14 11/10 11/25 12/16 15/10 15/17 17/8 21/16 23/14 29/17 30/5 45/15 46/6 52/12 57/8 57/17 66/24 69/25 70/15 71/12 71/15 73/1 74/7 74/14 75/13

**throughout [2]** 43/21 44/9

**throws [1]** 9/2

**thumb [3]** 34/6 34/8 34/10

**Thursday [1]** 79/7

**ticker [1]** 25/14

**tickers [3]** 46/9 59/4 83/1

**tied [3]** 77/22 83/19 84/8

**ties [1]** 39/25

**till [2]** 27/23 39/22

**time [63]** 5/10 6/9 7/13 7/13 10/6 12/14 13/20 13/21 14/12 16/22 17/12 19/13 20/18 22/1 22/10 24/24 24/24 25/22 25/24 26/14 26/15 26/17 27/10 27/21 29/20 30/1 30/5 31/16 31/18 32/17 32/20 33/24 34/25 35/7 35/15 35/21 39/2 50/7 50/8 50/8 50/12 54/12 54/13 67/6 67/10 72/15 75/1 77/2 78/6 79/13 79/14 80/10 81/25 82/8 83/12 83/18 83/24 84/9 87/25 88/5 88/18 91/17 93/10

**time-wise [1]** 75/1

**times [5]** 26/17 31/22 32/3 32/7 93/12

**timestamp [1]** 23/15

**timestamps [8]** 12/22 21/12 21/14 21/21 21/23 21/25 29/21 34/23

**timing [3]** 22/3 22/4 78/10

**title [1]** 25/17

**titling [1]** 33/8

**today [11]** 4/5 17/5 25/18 40/11 44/19 46/1 53/18 56/25 57/20 92/4 94/25

**together [16]** 4/8 5/25 15/20 16/14 17/18 17/21 20/3 28/18 30/19 30/19 38/23 38/25 39/1 48/22 79/4 88/5

**told [2]** 17/22 39/7

**tolled [1]** 39/2

**T**

**tons [1]** 37/22
**too [1]** 22/23
**took [4]** 26/25 27/1 60/17 81/12
**tool [2]** 21/18 21/20
**top [2]** 53/24 73/6
**Torchlight [1]** 25/18
**totally [1]** 74/11
**town [2]** 88/3 89/15
**track [1]** 77/5
**trade [8]** 8/8 43/24 48/4 48/22 65/13 65/16 65/21 73/21
**trade -- the [1]** 65/16
**traded [5]** 25/25 34/25 43/9 43/11 53/21
**trader [4]** 8/23 31/21 32/18 63/6
**traders [2]** 8/1 8/15
**trades [14]** 6/22 8/3 22/3 23/22 26/15 26/15 28/9 31/22 31/24 33/4 37/11 48/18 65/16 71/2
**TradeZero [1]** 47/19
**trading [35]** 5/24 6/20 8/4 8/22 10/4 11/18 19/3 20/1 25/15 26/18 29/25 32/19 32/24 32/25 35/2 36/8 44/7 48/2 50/6 50/11 53/20 54/12 54/17 54/23 59/14 59/18 59/18 61/10 61/20 61/25 61/25 62/1 62/9 65/23 77/25
**traditional [1]** 64/21
**transcript [2]** 3/24 96/19
**transfer [4]** 50/15 51/5 61/6 87/8
**transpired [1]** 88/7
**travels [1]** 64/15
**TRCH [3]** 25/14 25/23 25/25
**trial [70]** 4/11 4/12 4/20 4/21 4/24 4/25 5/9 5/10 5/13 5/15 5/17 10/1 10/24 12/24

12/4 14/1 14/9 14/18 15/13 16/7 18/2 18/5 18/9 18/13 18/19 19/14 19/15 20/22 27/25 28/4 28/12 30/23 30/25 35/18 35/18 36/4 36/10 36/11 36/16 36/19 36/20 38/3 38/18 38/21 38/22 39/1 39/14 39/22 39/25 41/2 41/16 45/16 67/4 69/5 69/22 73/3 73/5 73/8 75/25 77/22 78/10 81/15 82/5 82/10 82/13 82/21 83/3 85/11 87/14 93/7
**trial's [3]** 9/11 69/11 78/7
**trials [1]** 80/6
**tried [7]** 36/15 38/23 38/25 70/19 72/23 81/10 83/15
**trier [1]** 19/6
**trips [1]** 32/3
**trouble [1]** 17/3
**true [1]** 60/17
**trusted [1]** 72/13
**truthfully [3]** 34/25 44/16 48/20
**try [16]** 9/3 14/11 41/14 41/16 58/4 64/3 69/7 70/5 75/2 75/13 85/22 85/23 92/25 93/1 93/3 94/21
**trying [20]** 8/8 8/24 10/7 10/10 15/11 17/23 33/11 33/17 35/2 39/10 57/3 68/22 70/3 74/7 75/21 80/19 85/4 87/23 89/23 95/4
**turn [3]** 47/5 63/23 63/23
**turned [1]** 6/25
**tweet [5]** 7/13 7/14 8/25 11/6 18/15
**tweeting [1]** 8/19
**tweets [7]** 14/19 21/10 21/13 21/14 22/4 23/24 33/17
**Twenty [2]** 13/2 13/3
**Twenty-four [2]** 13/2 13/3
**twice [2]** 54/10 85/22

**Twitter [5]** 13/22 21/16 21/19 22/2 25/24 25/25 26/2 26/8 26/11 26/15 32/13 43/24 72/6 72/8 72/13
**two [36]** 6/25 9/22 11/19 16/7 17/15 20/20 21/4 36/11 38/11 39/14 40/14 44/23 44/24 47/3 47/24 48/16 50/3 60/6 64/1 67/24 69/7 69/7 71/2 71/3 71/9 71/21 75/20 75/24 76/1 79/9 87/7 87/7 87/15 89/13 92/12 93/3
**two -- I [1]** 69/7
**type [2]** 12/12 40/18
**typical [1]** 19/25
**typically [2]** 7/5 9/22

**U**

**U.S [3]** 16/1 62/17 62/19
**UK [1]** 12/22
**ultimate [1]** 73/12
**ultimately [1]** 23/9
**Um [1]** 52/25
**uncharged [2]** 72/20 74/8
**under [11]** 5/7 24/14 27/22 27/25 37/12 47/2 51/13 60/18 64/8 82/6 95/10
**underbrush [1]** 54/15
**underground [1]** 57/9
**underlying [11]** 19/20 20/1 20/13 22/2 22/15 22/15 23/12 27/4 30/15 31/1 58/24
**underscore [1]** 74/12
**understand [16]** 6/19 7/1 20/21 29/18 56/2 56/6 59/17 61/11 69/16 70/1 76/16 76/17 85/24 89/3 96/13 96/14
**understandably [1]** 5/11
**understanding [1]** 89/24
**understatement [1]** 27/12
**Understood [2]** 37/9 85/21
**unfair [1]** 78/12
**unflattering [1]** 89/4
**unheard [1]** 36/12

**U**

**unique [2]** 36/1 36/3
**UNITED [12]** 1/1 1/4 1/9 1/13 1/16 46/22 55/15 55/16 55/25 56/7 57/10 71/7
**United States [7]** 46/22 55/15 55/16 55/25 56/7 57/10 71/7
**universe [3]** 72/22 73/2 73/9
**unless [2]** 10/22 56/15
**unopposed [1]** 33/21
**unpack [5]** 4/2 53/2 75/19 75/21 77/3
**unprepared [1]** 80/12
**until [6]** 5/4 20/20 39/2 51/6 60/13 68/24
**untoward [1]** 37/21
**up [50]** 6/14 9/2 9/9 11/5 13/9 15/11 15/16 19/17 20/9 20/20 20/22 21/11 22/21 23/6 24/8 34/5 36/7 40/20 40/21 41/12 42/7 44/17 44/21 45/2 45/16 45/17 46/24 47/18 48/10 48/22 52/8 52/22 54/21 55/12 65/9 66/20 72/1 73/6 74/6 77/13 78/16 79/19 79/20 80/22 81/6 86/7 93/9 93/10 94/25 95/23
**upon [2]** 14/7 19/1
**upset [1]** 88/6
**us [18]** 8/18 10/17 19/1 22/11 22/11 22/20 26/19 27/4 32/1 34/1 43/16 51/21 58/4 58/9 63/5 65/13 90/25 94/10
**use [6]** 16/21 16/21 26/5 32/9 43/5 80/2
**used [10]** 9/21 17/13 40/17 47/12 47/13 47/20 61/1 63/7 63/15 70/4
**using [1]** 57/12
**usually [5]** 11/18 65/22

**UUU [1]** 64/17

**V**

**vacation [1]** 83/4
**value [1]** 67/20
**variables [1]** 76/12
**variance [1]** 35/9
**various [1]** 67/5
**various -- Mr. Rybarczyk [1]** 67/5
**version [2]** 66/10 66/10
**versus [1]** 55/15
**very [32]** 5/24 10/7 10/7 13/8 14/7 16/13 17/24 19/6 21/4 25/9 27/10 29/6 29/11 29/11 30/11 31/2 31/23 35/9 39/5 39/5 39/10 41/23 43/11 47/4 48/25 55/21 76/3 82/1 86/22 88/6 89/15 94/1
**victim's [1]** 72/9
**victims [3]** 43/23 71/25 72/3
**video [1]** 44/5
**view [3]** 7/11 23/3 87/11
**viewable [1]** 60/11
**violate [1]** 28/16
**violated [1]** 38/21
**violating [1]** 34/2
**violation [3]** 5/12 35/11 41/2
**visit [1]** 86/2
**voce [1]** 14/3
**voir [3]** 79/4 79/15 84/4
**volatility [2]** 8/12 8/15
**volume [10]** 8/13 12/16 15/23 15/25 16/15 24/23 24/25 29/25 30/15 41/22
**voluminous [1]** 20/7
**vote [3]** 5/16 29/8 76/15
**VS [1]** 1/5

**W**

**W-E-B-U-L-L [1]** 47/11
**Waco [1]** 79/21
**wait [7]** 23/6 28/17 55/11

**waited [1]** 27/23
**walk [3]** 17/8 21/16 76/19
**Walker [2]** 3/9 3/12
**wall [2]** 57/14 60/18
**Wall Street [1]** 57/14
**want [46]** 4/4 17/18 21/11 21/11 28/19 29/1 29/15 31/17 31/20 36/13 38/5 38/13 40/1 61/8 69/8 69/12 69/22 77/9 77/12 77/14 77/21 78/6 78/13 78/25 79/4 79/22 79/22 80/4 80/14 80/18 81/1 85/17 85/18 85/22 86/2 86/15 88/16 91/14 91/14 93/6 93/7 93/8 93/15 93/21 94/13 94/14
**wanted [6]** 9/12 17/7 23/6 49/22 49/23 65/24
**wants [7]** 4/16 4/21 35/22 37/23 53/1 74/25 88/17
**warnings [2]** 27/4 27/8
**warnings -- all [1]** 27/8
**warrant [7]** 38/15 52/2 52/2 52/6 66/8 66/8 95/25
**warrants [3]** 21/2 43/25 52/11
**Washington [1]** 1/14
**wasn't [7]** 7/4 12/13 12/13 52/6 52/6 88/11 89/22
**waste [7]** 33/7 33/11 33/23 80/10 81/25 82/8 83/12
**wastes [1]** 83/18
**wasting [1]** 93/10
**watch [1]** 32/9
**Waters [1]** 41/23
**Waters's [1]** 46/17
**wave [1]** 45/21
**waves [1]** 45/19
**wax [1]** 17/23
**way [26]** 4/9 4/25 16/17 17/18 18/5 20/23 23/25 30/3 34/1 36/13 36/14 39/8 43/11 43/16 63/21 63/24 64/3 70/4

**way... [8]** 70/13 70/19 73/23 75/1 75/10 79/18 85/12 95/11

**we [309]**

**We -- and [1]** 24/22

**we -- I've [1]** 25/5

**we -- it [1]** 19/1

**we -- you [1]** 24/5

**we'd [4]** 64/7 73/3 73/3 73/7

**we'll [11]** 10/18 13/22 39/22 63/21 71/4 75/3 79/5 79/17 85/25 92/18 96/10

**we'll -- that [1]** 63/21

**we're [58]** 4/23 5/14 7/5 7/5 7/18 7/18 8/21 9/20 9/20 10/1 10/14 10/21 11/1 11/14 11/25 12/1 12/18 13/11 13/13 14/1 18/18 20/11 23/21 29/17 29/23 30/1 36/17 39/7 40/11 45/15 49/23 55/4 58/23 61/19 63/1 64/7 66/12 69/10 69/12 69/23 69/24 70/2 71/6 72/23 73/9 74/7 74/12 75/25 76/13 76/18 76/20 78/25 79/19 79/23 79/25 88/21 95/13 95/14

**we've [20]** 9/14 15/7 24/21 29/11 35/16 40/6 44/19 50/4 62/21 64/11 65/13 65/23 66/17 68/22 75/2 79/6 81/4 87/6 87/10 87/22

**we've -- the [1]** 87/10

**website [1]** 25/17

**Webull [5]** 47/8 47/11 47/16 47/18 63/6

**Wednesday [1]** 12/2

**week [2]** 81/14 84/25

**weeks [12]** 13/25 20/24 29/14 43/18 48/14 64/1 69/5 71/9 81/13 83/7 84/25 93/4

**weigh [4]** 28/20 53/1 81/1 84/9

**weird [1]** 65/14

**well [40]** 5/23 7/3 10/4 18/24 24/4 25/6 29/22 37/8 38/20 40/3 42/25 49/19 53/11 55/22 56/9 56/16 56/17 56/23 57/22 58/5 58/12 59/5 62/5 62/16 63/3 63/19 64/23 64/24 69/2 70/11 73/8 73/25 74/6 74/19 85/2 85/14 87/23 88/10 88/19 91/24

**went [8]** 11/5 41/12 52/16 57/8 70/15 71/18 83/6 88/3

**were [44]** 5/5 6/14 6/16 6/17 7/17 17/21 18/15 22/24 23/5 26/11 27/7 28/2 28/9 37/15 41/21 41/22 43/18 44/6 44/6 44/15 45/6 46/2 49/4 50/11 50/19 52/21 54/13 56/4 60/6 60/6 63/13 63/16 73/20 73/22 76/12 88/3 88/7 88/12 89/4 89/5 89/13 89/23 89/25 90/14

**were -- we [1]** 63/16

**weren't [4]** 6/15 52/21 65/21 89/24

**west [1]** 69/18

**Whac [1]** 10/2

**what -- when [1]** 28/9

**what's [8]** 8/19 8/19 30/17 45/8 54/11 55/1 63/10 70/7

**whatever [3]** 41/15 61/16 88/11

**whereby [1]** 41/10

**wherein [1]** 18/21

**whether [8]** 23/14 45/8 58/25 61/3 64/15 73/17 76/5 77/10

**which [52]** 4/8 4/14 5/4 20/6 20/10 21/24 22/7 22/8 22/20 23/21 23/25 25/10 26/25 27/7 29/19 30/11 31/1 33/14 35/6 35/7 40/9 40/18 40/19 41/2 41/7 41/21 43/8

**weird [1]** 65/14
**went [33]** 64/4 45/7 47/19 51/13 52/4 56/14 66/18 67/6 67/9 67/16 67/17 68/7 68/17 70/17 71/18 72/22 72/22 73/4 73/9 76/2 76/13 85/4 86/20 87/12 88/15

**while [6]** 6/14 10/9 21/13 64/6 69/4 89/14

**whistleblower [1]** 71/23

**Whitley [2]** 51/14 87/11

**who [26]** 4/6 4/16 5/13 7/24 8/19 9/8 15/7 21/9 32/12 35/22 36/23 36/23 37/4 51/4 52/12 55/12 60/6 64/21 72/11 74/25 75/16 75/23 82/22 89/13 90/9 94/11

**who -- you [1]** 8/19

**who's [3]** 8/19 31/13 52/10

**Whoever [1]** 53/1

**whole [1]** 30/1

**wholesale [1]** 37/3

**whom [2]** 32/22 72/11

**why [41]** 6/18 6/20 6/21 7/1 7/2 7/16 8/9 9/13 10/8 10/10 12/1 17/22 19/14 19/17 22/22 22/22 24/25 33/3 39/8 40/6 48/23 50/25 51/8 54/4 54/9 54/21 55/4 63/19 66/22 70/2 70/19 71/10 73/13 73/14 73/20 73/23 74/21 76/22 85/4 92/15 96/3

**why -- and [1]** 6/18

**wife [8]** 50/23 51/18 81/15 88/4 88/10 88/17 89/6 89/14

**wife's [1]** 52/20

**will [40]** 9/9 9/19 10/24 14/22 14/24 16/20 16/21 16/21 16/21 17/6 17/18 19/6 24/18 27/4 27/4 30/9 32/4 32/13 32/14 33/1 34/9 34/24 35/20 36/19 41/5 43/10 63/10 63/11 63/11 63/22 64/4 66/6 66/15 67/16 79/15 82/20 85/4 93/9 93/20 93/22

## W

**will -- will [1]** 27/4
**WILLIAM [1]** 2/5
**WILLIAMS [4]** 2/9 4/6
16/3 39/15
**Williams' [1]** 10/12
**win [1]** 13/16
**wind [1]** 47/18
**windows [1]** 69/7
**wise [1]** 75/1
**within [8]** 13/7 13/25 16/7
17/15 21/6 28/1 43/18 62/19
**without [3]** 16/24 48/15
48/16
**witness [19]** 21/9 52/11
52/12 53/16 60/20 66/5
66/14 66/19 69/13 71/15
77/15 82/22 83/12 95/1 95/6
95/10 95/14 96/3 96/4
**witness's [1]** 66/7
**witnesses [9]** 21/1 21/7
33/20 52/8 59/4 61/2 69/14
72/3 82/17
**won't [2]** 78/21 79/18
**word [4]** 33/17 59/11 70/18
71/17
**work [12]** 13/9 18/6 18/12
24/22 24/25 27/25 35/15
60/5 79/1 85/3 93/1 93/3
**working [6]** 12/1 15/16 25/6
25/6 27/10 32/18
**works [1]** 60/8
**world [1]** 72/15
**worried [1]** 79/25
**worry [2]** 82/24 93/1
**worth [7]** 11/3 54/6 65/23
71/2 71/3 93/5 93/15
**would [75]** 5/11 5/11 7/6
7/20 8/12 8/13 8/13 10/11
10/18 13/7 13/20 19/12
21/14 23/6 27/20 28/11 29/8
29/15 30/6 31/7 31/16 33/20
35/16 37/19 37/19 38/23
44/7 45/23 45/23 49/4 50/2

51/19 56/13 58/2 59/6
60/25 61/9 62/8 63/14 63/21
65/25 67/11 69/4 70/10
70/10 70/19 70/20 70/22
70/23 70/23 71/16 71/17
71/19 71/21 71/23 71/25
72/12 72/15 72/25 73/2 73/5
74/21 75/8 75/21 76/15 79/3
81/17 82/4 85/11 90/24 91/7
92/15 94/9 95/15 96/11
**would -- I [1]** 45/23
**wouldn't [1]** 90/20
**write [2]** 34/16 90/21
**writing [1]** 62/10
**wrong [5]** 6/7 11/13 12/1
47/24 56/24
**wrote [2]** 67/17 67/18

## Y

**y'all [16]** 62/5 69/9 69/22
70/5 70/22 77/23 78/24
78/25 79/2 79/4 79/22 80/14
86/7 91/19 93/2 96/16
**yeah [14]** 9/19 53/8 63/3
67/19 68/2 68/3 71/8 75/7
84/13 84/19 85/24 89/10
89/18 94/18
**year [7]** 18/7 27/13 35/7
48/8 65/15 65/24 84/15
**years [7]** 14/25 16/7 44/24
62/22 75/20 81/11 81/11
**years -- almost [1]** 81/11
**years' [1]** 65/23
**Yep [1]** 88/23
**Yes [10]** 5/19 17/9 49/3
52/23 60/1 92/10 92/18
94/23 95/21 95/24
**yesterday [3]** 25/10 33/19
35/13
**yet [4]** 14/14 31/5 34/14
67/3
**York [3]** 1/13 1/24 1/24
**you [288]**
**you -- also [1]** 25/22
**you -- but [1]** 62/2

**you -- that [1]** 57/1
**you -- you [1]** 7/3
**you'll [4]** 25/9 48/25 79/13
93/13
**you'll -- I [1]** 25/9
**you're [26]** 6/6 8/7 8/7 8/23
8/24 9/3 9/5 10/9 18/17 56/3
56/12 56/24 56/25 57/3 57/4
58/7 58/12 58/17 61/11 74/8
74/21 85/17 89/12 89/17
92/6 94/25
**you've [8]** 26/13 29/2 29/5
57/15 57/23 67/13 85/18
93/16
**young [1]** 17/2
**youngest [1]** 81/13
**your [136]**
**your -- what [1]** 91/12
**Your Honor [104]**
**Your Honor's [3]** 65/6
84/15 85/24

## Z

**ZACHARY [2]** 2/19 24/16
**Zack [1]** 54/5
**ZADEH [3]** 3/5 3/6 94/12
**zero [1]** 26/10