**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **Case No. 4:22-cr-612** |
| | § | |
| **EDWARD CONSTANTINESCU**, *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## RENEWED MOTION FOR STATUS CONFERENCE

The United States, by and through its undersigned counsel, hereby renews its request that the Court schedule a Status Conference in the case of *United States v. Edward Constantinescu, et. al.*, 4:22-CR-00612.  On October 28, 2025, the Fifth Circuit Court of Appeals remanded the case to this Court to continue proceedings consistent with its ruling. On October 31, 2025, the United States filed a motion requesting that the Court set a status conference and order all defendant in the case to attend.  Dkt No. 722.  On February 27, 2026, the case was reassigned to the Honorable Alfred H. Bennett, and the United States' motion remained pending.  Accordingly, and in light of the recent notice of reassignment (Dkt. No. 735), the United States is now renewing its request for a status conference to, among other things, address counsel retention issues, bond conditions, procedural next steps, and the setting of a trial date.

For the foregoing reasons and those laid out in the government's prior request for a status conference (Dkt. No. 722), the Court should grant this motion and set a Status Conference as soon as practicable.  A proposed Order is attached.

Date: October 31, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:    *s/ Thomas H. Carter*
Thomas H. Carter
Assistant United States Attorney
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:22-cr-612** |
| | § | |
| **EDWARD CONSTANTINESCU**, *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## <u>O R D E R</u>

HAVING CONSIDERED the Government's Motion for a Status Conference, the COURT ORDERS a Status Conference set for March _____, 2026 at _____AM/PM and for Defendants Constantinescu, Hennessey, Matlock, Cooperman, Deel, Rybarczyk, and Hrvatin to attend.

Signed at Houston, Texas this the _____ day of March, 2026.

_____
The HON. ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE