**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case Number: 4:22–cr–00612 |
| | § | |
| Tom Cooperman | § | |

# Notice of Cancellation

A proceeding in this case as to Tom Cooperman has been canceled as set forth below.

Canceled setting: Motion Hearing

Date and Time: July 22,2026 at 11:00 AM

Date: July 21, 2026

Nathan Ochsner, Clerk