IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-612-3 |
| | § | |
| TOM COOPERMAN | § | |
| | § | |

## UNOPPOSED MOTION TO WAIVE APPEARANCE

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

COMES NOW the Defendant, Tom Cooperman, by and through Undersigned Counsel, and respectfully requests that the Court waive his appearance at the upcoming Pretrial Hearing set for August 6, 2026.

Pursuant to the Court's Order Setting Conditions of Release [Doc. No. 782] (authorizing his international travel for concert performances), Mr. Cooperman will be traveling on August 6, 2026, for a performance in Spain. Consistent with the Court's directive, Mr. Cooperman is requesting the Court waive his appearance so he can maintain his schedule of performances. Counsel will appear on Mr. Cooperman's behalf and is fully authorized to address all matters at the Pretrial Hearing.

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests that the Court grant this Motion and excuse the hiss personal appearance at the Pretrial Hearing on August 6, 2026,

2

Respectfully Submitted,

/s/ Chip Lewis
CHIP LEWIS
Federal ID#24313
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone: (713) 523-7878
Chip@chiplewislaw.com

2

## CERTIFICATE OF CONFERENCE

On July 23, 2026, counsel for Defendant conferred with the Government regarding their position on this Motion - the Government is UNOPPOSED.

_____/s/ Chip Lewis_____

CHIP LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been forward via electronic mail to the Government.

_____/s/ Chip Lewis_____

CHIP LEWIS

3